IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| METRO CONTAINER GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| AC&T CO., INC.; A. KLEIN & CO., INC.; A. | ) | COMPLAINT |
| PHELPS PETROLEUM OF NW FL INC. | ) | |
| D/B/A PHELPS PETROLEUM EQUIPMENT | ) | |
| SERVICE; A.H. ANGERSTEIN, INC. D/B/A | ) | |
| ANGERSTEIN'S; A.P.M. CONSTRUCTION; | ) | |
| A.R. SANDRI, INC.; A.VALERIO BUILDING | ) | |
| CONSULTANTS INC.; ABB INC.; ABF | ) | |
| FREIGHT SYSTEM, INC.; ABRAMS | ) | |
| DEVELOPMENT GROUP D/B/A ABRAMS | ) | |
| METAL COMPANY; AC ARGO; ACCURATE | ) | |
| BOX COMPANY, INC.; ACE AMERICAN | ) | |
| INSURANCE COMPANY; ACE AUTO | ) | |
| SUPPLY CO.; ACE-ROBBINS, INC.; ACME | ) | |
| COAL & FUEL OIL CO., INC.; ACME GEAR | ) | |
| CO., INC.; ACME INC.; ACME MARKETS, | ) | |
| INC.; ADAM UGG OIL CO.; ADAMS OIL | ) | |
| CO.; ADIRONDACK ENERGY PRODUCTS, | ) | |
| INC.; ADOOCAK SERVICE; ADVANCED | ) | |
| TEXTILE COMPOSITES, INC.; | ) | |
| ADVANTAGE PAYROLL SERVICES, INC.; | ) | |
| AFCO DRUM HANDLERS LLC; AGWAY | ) | |
| ENERGY SERVICES, LLC; AIRECO | ) | |
| SUPPLY, INC.; AIRWELL-FEDDERS NORTH | ) | |
| AMERICA INC.; AK STEEL CORPORATION; | ) | |
| ALEXSON SUPPLY, INC.; ALFA LAVAL | ) | |
| INC.; ALGER OIL, INC. D/B/A ALGER OIL & | ) | |
| PROPANE, INC.; ALIROEL; ALLEGANY | ) | |
| AGGREGATES, INC.; ALLEGHENY | ) | |
| TECHNOLOGIES INC.; ALLEN OIL SALES, | ) | |
| INC.; ALLERMAN; ALLIED CONCRETE & | ) | |
| SUPPLY CORPORATION; ALMORT INC.; | ) | |
| ALPHA LEHIGH TOOL & MACHINE CO.; | ) | |
| ALSTOM INC.; ALTA EAST, INC.; ALTMAN | ) | |
| DISTRIBUTING CO., INC.; AM + G KER; AM | ) | |
| CHEM; AMARAL MOTORS, INC.; AMCAST | ) | |

INDUSTRIAL CORPORATION; AMERICAN )
AIRLINES, INC.; AMERICAN ALUMINUM )
COMPANY D/B/A AMALCO; AMERICAN )
ATLANTIC COMPANY; AMERICAN )
BILTRITE, INC.; AMERICAN METALS & )
MANUFACTURING CO.; AMERICAN )
NEWS; AMERICAN OIL & SUPPLY )
INTERNATIONAL, LLC; AMERICAN ZINC )
RECYCLING CORP.; AMERIGAS PROPANE, )
INC.; AMES SUPPLY; AMF BOWLING )
CENTERS, INC.; AMPHENOL )
CORPORATION; AMPIN STEEL CAST; )
ANCHOR MOTOR FREIGHT INC.; )
ANHEUSER-BUSCH COMPANIES, LLC; )
APACHE OIL COMPANY, INC.; APPVION, )
INC.; ARCBEST CORPORATION; ARCO )
4300; ARCO DESIGN/BUILD INDUSTRIAL, )
INC.; ARGO TECHNOLOGY, INC.; )
ARLINGTON COUNTY PUBLIC SCHOOLS; )
ARNOLD TRANSPORTATION SERVICES, )
INC.; ARROW FASTENER CO., LLC; )
ARROW MATERIAL SERVICES; ARTHUR )
N. ULRICH COMPANY; ASHEVILLE OIL )
COMPANY; ATLANTIC TRACTOR LLC; )
ATLAS OIL COMPANY; AUBECO; )
AUDUBON-CESCO CORPORATION; )
AUMAN OIL; AUSTIN-STULL INC.; AUTO )
SCREW CO.; AUTO SERVICE INC.; AUTO )
SERVICE INK; AUTOPART )
INTERNATIONAL, INC.; AVAYA INC.; )
AVIS RENT A CAR SYSTEM, LLC; AXLE )
INCORPORATED; B.W.P. DISTRIBUTORS, )
INC.; B&D TRANSFER INC.; THE )
BABCOCK & WILCOX COMPANY; )
BACHMAN'S GARAGE, INC.; BAE )
SYSTEMS INFORMATION AND )
ELECTRONIC SYSTEMS INTEGRATION )
INC.; BAE SYSTEMS, INC. PLATFORM & )
SERVICES; HARSCO CORPORATION; )
BAKER INDUSTRIES; BALDWIN )
HARDWARE CORPORATION; BALL )
CORPORATION; NEWELL BRANDS; THE )
BALTIMORE AUTO SUPPLY COMPANY; )
BALTIMORE AUTO WIRE; BALTIMORE )
GAS & ELECTRIC CO.; BANDY'S SUNOCO )
OIL; BAREN NATIONAL PRODUCT; )

2

BARKSDALE OILS, INC.; BARON MOTOR  )
COMPANIES; BARTCO-PENN PETROLEUM  )
CORPORATION; BATTERYCRAFT, INC.;  )
BAY MACHINE CO.; BAY PROD.; BAYLY'S  )
SEPTIC SERVICE, LLC; BECHTEL GROUP,  )
INC.; BEL-RAY COMPANY, LLC; BELL  )
PETROLEUM, INC.; BELT, GAS, &  )
ELECTRIC; THE BERKEBILE OIL  )
COMPANY, INC.; BEST MACHINE;  )
BETHENERGY MINES, INC.; BETHLEHEM  )
STEEL; BETTER FORMED METALS; BEYER  )
& FORTNER, INC.; BILGER & SONS, INC.;  )
BILTMORE OIL COMPANY, INC.;  )
BINGHAMTON INDUSTRIES, INC. D/B/A  )
PUBLIC LOAN CO.; BLEVINS OIL, INC.;  )
BLOCK AND COMPANY, INC.; BLUE CHIP  )
PRODUCTS; BLUE RIDGE OIL INC.;  )
BLUEGRASS BAKERY DISTRIBUTORS,  )
INC.; BOCK DRUM COMPANY, INC.;  )
BOLIN OIL COMPANY; BOLLMAN HAT  )
COMPANY; BORGWARNER INC.; BOSCH  )
REXROTH USA; BOULDEN, INC. D/B/A  )
BOULDEN BROTHERS; BOWERS &  )
BURROWS, INC.; BOWMAN FUEL;  )
BRANDT PATTON & MECHANICS;  )
BRENNTAG NORTHEAST, LLC; BREWERS  )
CO.; BRIDGESTONE AMERICAS TIRE  )
OPERATIONS, LLC; BRIDON-AMERICAN  )
CORPORATION; BRISTOL METAL CO.,  )
INC.; BRONSTEIN CONTAINER COMPANY;  )
BROOKS SERVICE STATION; BROWN  )
ARCO; BROWNS; BRUCE MILLER  )
COMPANY; BRULIN HOLDING COMPANY  )
D/B/A BHC; BULOVA TECHNOLOGIES  )
GROUP, INC.; BURNIE WHITACKER INC.;  )
BUS TERMINAL; BUX-MONT  )
TRANSPORTATION, INC. D/B/A BUX-  )
MONT TRANSPORTATION SERVICES CO.;  )
BUZZI UNICEM USA INC.; C.A. LESSIG,  )
INC.; C.A. SPALDING COMPANY; C.E.  )
LUTZ, INC.; C.E. WILLIAMS SONS INC.;  )
C.R. DAMPMAN FUELS, INC.; CALL  )
CHROMYCAL; CALLAHAN CHEMICAL  )
COMPANY, INC.; CALLOWAY OIL  )
COMPANY; CALORITE; CALVIN E.  )
POWELL DRILLING & SERVICES, INC.;  )

CAMPBELL OIL COMPANY; CAMPBELL     )
OIL COMPANY; CAPITAL EXCAVATION     )
COMPANY; CAPITAL PRODUCTS, INC.;     )
CAPPELLI EXCAVATING CO., INC.;     )
CAPPONI, D. AND SONS, INC.; CARL     )
BICKER INC.; CARL GLOWACKI     )
TRUCKING, INC.; CARL R. BIEBER, INC.;     )
CARLISLE COMPANIES INCORPORATED;     )
CARPENTER TECHNOLOGY     )
CORPORATION D/B/A CARTECH;     )
CARROLL INDEPENDENT FUEL, LLC;     )
CARSON COMPANIES INC.; CARSON LINE     )
CO.; CARY OIL CO., INC.; CASEY'S     )
GENERAL STORES, INC.; CASH     )
PURCHASE; CBS CORPORATION; CC;     )
CEMENT CEMETARY; CENTRAL AIR     )
FREIGHT SERVICES, INC.; CENTRAL     )
LUBE; CENVEO CORPORATION;     )
CERTAINTEED CORPORATION;     )
CHAMPION TRUCK; CHAMPION VALLEY;     )
CHAPIN OIL SERVICE; CHAPLER CORP.;     )
CHEM CLEAR; CHRISTIAN HEATING AND     )
AIR CONDITIONING, INC.; CIANBRO     )
CORPORATION; CK RESOURCES LLC;     )
CLARK'S PETROLEUM SERVICE INC.;     )
CLASSIC ENTERPRISE, INC. D/B/A     )
CLASSIC CAR WASH; THE CLAY     )
DISTRIBUTING CO.; CLOVER FARMS     )
DAIRY; CNH INDUSTRIAL AMERICA LLC;     )
COALFIELD LUMBER CO., INC.; COEN OIL     )
COMPANY; COLORITE PLASTICS     )
COMPANY; COMMONWEALTH OIL     )
CORPORATION; COMMUNITY AUTO;     )
COMMUNITY FUELS, INC.; COMPANY     )
OPERATED ST.; COMPASS GROUP USA,     )
INC.; CONCRETE PIPE & PRECAST, LLC;     )
CONESTOGA FOUNDRY SUPPLY     )
COMPANY, INC.; CONESTOGA FUELS     )
INC.; CONNUMAH CORP.; CONNY OIL,     )
INC.; CONSHOHOCKEN CONSTRUCTION,     )
INC.; CONSOLIDATED CONTAINER     )
COMPANY LP; CONSOLIDATED     )
ELEVATOR SERVICE CORP.;     )
CONSOLIDATED MECHANICAL, INC.;     )
CONSOLIDATED SCRAP RESOURCES,     )
INC.; CONSTRUCTION SYSTEMS INC.;     )

4

CONTINENTAL TIRE OF THE AMERICAS, )
LLC; CORNELL-DUBILIER ELECTRONICS, )
INC.; CORNING INCORPORATED; )
CORPORATE EXPRESS, INC. D/B/A NYC )
BUS COMPANY; COUNTRY AUTOMOTIVE; )
COUNTRY FRESH MUSHROOM CO.; CPV )
MANUFACTURING, INC.; CRAMCO, INC.; )
CRESCENT INDUSTRIES, INC.; )
CRESTWOOD MIDSTREAM PARTNERS LP; )
CREYWOOD OIL COMPANY D/B/A )
COLONY TIRE & SERVICE; CROSBY- )
WHIPPLE OIL CORPORATION; CSX )
CORPORATION; CUT RATE; CUTCANA; )
D&B EXPRESS, INC.; D&R SUPPLY, INC.; )
DAILY EXPRESS, INC.; DAIRY FARMERS )
OF AMERICA, INC.; DANA )
INCORPORATED; DANIELSON OIL )
COMPANY, INC.; DART CONTAINER )
CORP.; DATALOGIC USA, INC.; )
DAVENPORT ENERGY, INC.; DAVEY )
COMPANY; DAVID M. KELLY, LLC; )
DAVID SCHWARTZ CONSTRUCTION INC.; )
DAVIDSON STORE CO.; DAVIS FUELS OF )
EPSOM, INC.; DCA FOOD EQUIPMENT CO.; )
DEAN OIL COMPANY, INC.; DECORATIVE )
AIDES CO. INC.; DEITER BROS. FUEL CO., )
INC.; DELMARVA POWER AND LIGHT )
COMPANY; DELTA AIR LINES, INC.; )
DEMATTE OIL SERVICE, INC.; DENA )
CORPORATION; DEPENDABLE )
DISTRIBUTION SERVICES, INC.; DESOUSA )
OIL AND SERVICE CORP.; DIETZ & )
WATSON, INC.; DIFFEL CO.; DME CO. LLC; )
DOGAN WELL DRILLING INC.; DOMOCO )
OIL & GAS CO.; DON ADAMS OIL CO., )
INC.; DORAN & SONS; DOZZ & OLIVER )
INC.; DREW CHEMICAL CORPORATION; )
DRIVER-HARRIS COMPANY; IDH CABLES )
LTD.; DRUG PLASTICS AND GLASS )
COMPANY, INC.; DUEL FORD CO.; DUELL )
FUEL CO.; DUKE ENERGY CORP.; DUKE )
HEATING OIL, INC.; DUNLAP, MELLOR )
AND COMPANY, INC.; DUNMORE OIL CO., )
INC.; DUNNE MANNING INC.; DUQUESNE )
LIGHT HOLDINGS, INC.; DWK LIFE )
SCIENCES LLC; DYER QUARRY, INC.; )

DYNAMICS CORPORATION OF AMERICA;                )
DYNAPAC NORTH AMERICA LLC; E.&J.                )
GALLO WINERY; E.E. KOUCH & SONS; E.F.           )
WILKINSON & SONS INC.; E.J.                      )
BRENEMAN, LLC; EAST ALCO; EAST                   )
AVENUE AUTO; EAST COAST RAILROAD;                )
EASTERN STEEL DRUM DIV.; EASTMAN                 )
KODAK COMPANY; ECHOLS OIL                         )
COMPANY, INC.; EDDIE'S AUTO SALES;               )
EDELEN & BOYER CO., INC.; EDRIS OIL              )
SERVICE, INC.; EDWARD E. GOLDBERG &             )
SONS, INC.; EDWARDS OIL COMPANY,                 )
INC. D/B/A QUICK MART; EFCO INC. D/B/A           )
ERIE PRESS SYSTEMS; EGGERS, CARYL, &            )
CORRIGAN, INC.; EGON OIL & SUPPLY;              )
EICHELBERGERS, INC.; ELBIT SYSTEMS              )
OF AMERICA, LLC; ELIAS TARABESLI;               )
ELLICOTT DREDGES, LLC; EMMART OIL               )
COMPANY; EMULSION                                )
MANUFACTURING; EMULSION                          )
PROCESSING INC.; ENRIGHT OIL; EQT               )
CORPORATION; EQUIPMENT SERVICE                   )
CO.; ER MANSFELD, LLC D/B/A WALKER              )
FUELS; ERB BROTHERS LANDSCAPING,                )
INC.; ESSCLEM CO.; EVERSOURCE                    )
ENERGY; EVES TRUCKING CO.; EXCELLA              )
OIL COMPANY; F. HOFFMAN-LA ROCHE                )
AG; F.L. ROBERTS & CO., INC.; F.M.              )
POWELL, INC.; F&W PARTS; F&Y AUTO               )
PARTS; FALCO & VERST; FALCON OIL                )
CO., INC.; FANCKLE BROS.; FANELLI               )
BROTHERS TRUCKING COMPANY;                       )
FARMERS CO-OP GRAN CO.; FARRED CO-              )
OP; FATHER JUDGE HIGH SCHOOL;                    )
FEGLEY OIL COMPANY INCORPORATED;                )
FERGUSON ENTERPRISES, INC.; FERRARI             )
SUN; FIAT CHRYSLER AUTOMOBILES US               )
LLC; FILGER CO.; FIRMSTONE OIL CO.;             )
FIRST STATE STEEL DRUM CO.;                      )
FITZGERALD TRUCK PARTS AND SALES,               )
LLC; FLINCHBAUGH COMPANY, INC.;                 )
FLOOR SYSTEMS; FLUID EXPRESSIONS IN             )
METAL; FLYING TIGER; FOWLER OIL                 )
COMPANY, INC.; FRAME'S MOTOR                     )
FREIGHT, INC.; FRANCIS L. WERLEY, INC.;         )
FRANCIS SMITH & SONS, INC.; FRANKLIN            )

PLASTICS, INC.; FRED FOOTE, INC.; FRED )
GAILEY INC.; FRED HILL AND SON )
COMPANY; FREDERICK NORTHUP, INC.; )
THE FRENCH OIL MILL MACHINERY CO.; )
FRES-CO SYSTEM USA, INC.; FRITCH )
LUBES & CHEMICALS, INC.; FRITCH, INC. )
D/B/A FRITCH FUEL COMPANY; )
FRONTIER COMMUNICATIONS )
CORPORATION; FROTTMAN'S OIL; FRY'S )
GAS & OIL CO.; FUCHS LUBRICANTS CO.; )
GAF MATERIALS LLC; GARDEN STATE )
FUELS, INC.; GEARS BECK ENTERPRISE; )
GEMSTAR GEMSTONE COMPANY; )
GENERAL AUTO; GENERAL FOAM )
PLASTICS CORP.; GENERAL MACHINE )
PRODUCTS (KT), LLC; GENERAL MOTORS )
COMPANY; GENERAL OIL EQUIPMENT )
CO., INC. D/B/A G.O.E.; GENERAL WIRE & )
STAMPING CO., INC.; GENERAL WIRE )
PRODUCTS, INC.; GEO FORBES; GEO'S )
ARCO; GEORGE H. BLOUCH FUEL )
SERVICE INC.; GEORGE S. COYNE )
CHEMICAL CO., INC. D/B/A COYNE )
CHEMICAL; GEORGETOWN MILL )
SUPPLIES, INC.; GEORGINO INDUSTRIAL )
SUPPLY, INC.; GILBERT PLASTICS; GILL )
OIL CO., INC.; GKN PLC; GLASGOW, INC.; )
GLOBE PETROLEUM, INC.; GLOSSON )
ENTERPRISES, LLC; GOLD STAR LINES, )
INC.; GOODRICH PETROLEUM )
CORPORATION; GRAFT OIL COMPANY; )
GRAPHIC PACKAGING INTERNATIONAL, )
LLC; GREAT LAKES DREDGE & DOCK )
COMPANY, LLC; GREAT SOUTHERN )
TRANSMISSION INC.; GREENSBORO )
SUPPLY, INC.; GREG WOOD OIL CO.; )
GREYHOUND LINES, INC.; GREYWOOD )
OIL CO.; GRIFFITH ENERGY SERVICES, )
INC.; GROVE SILK COMPANY; GROVE )
TEXTILES, INC.; GTJ REIT, INC.; )
GUTTMAN ENERGY, INC.; GWALTNEY )
OIL AND GAS COMPANY, INC.; H.B. )
FULLER COMPANY; H.C. RINNER SONS, )
INC.; H.J. TANNER, INC. D/B/A TANNER )
HOME AND ENERGY; H.J. WALKER OIL )
COMPANY, INC.; H.O. ENGEN, INC.; H.O. )

ENGINEERING; HABBERSETT, INC.; HAHN )
OIL, INC.; HALL OIL COMPANY, INC.; )
HALSEY, INC.; HAMILTON OIL CO.; )
HARBOURT NEWHART EXP.; HARLINGEN )
GARAGE, INC.; HARRED OIL CO.; HARRIS )
GAS & OIL; HARRISSON EAST; HARRY )
MILLER CORP.; HARTE; HARTFORD OIL )
COMPANY, INC.; HATHY OIL CO.; HAYS )
TUG & LAUNCH SERVICE, INC.; )
HEADLEY'S; HEAT, LTD. D/B/A )
PATTERSON FUELS; HEATING OIL )
PARTNERS, L.P. D/B/A BRINKER'S FUEL; )
HECKLEY'S AUTO EXP.; HEFFNES BRAS )
CO.; HENDRICK MANUFACTURING )
COMPANY; HENRY'S TIRE SERVICE, INC.; )
HERB TOY; HERCULES CORP.; HERR )
FOODS INC.; HERR FARMS INC.; HERR'S )
MOTOR EXPRESS; THE HERSHEY )
COMPANY; THE HERTZ CORPORATION; )
HERZOG TRUCK SERVICES, LLC; HESS )
CORPORATION; HEYCO METALS, INC.; HF )
WHITAKER, INC.; HICKLEY'S AUTO EXP.; )
HIGH PERFORMANCE HOLDINGS LTD. )
INC.; HIGHHOUSE OIL COMPANY, INC.; )
HINDS OIL CO., INC.; HMI CERAMICS, INC. )
D/B/A CERAMIC SUPPLY; HOFMANN )
INDUSTRIES; HOMASOTE COMPANY; )
HOME OIL; HOOBER, INC.; HOP ENERGY, )
LLC D/B/A MAJOR OIL; HOPPERS CO.; )
HOSPITAL CENTRAL SERVICES, INC. )
D/B/A NU-DY-PER BABY SERVICE; )
HOSTESS BRANDS, LLC; HOUFF )
TRANSFER, INC.; HOUGHTON; )
HOUGHTON CHEMICAL CORPORATION; )
HOWARD ASAL CONSTRUCTION INC.; )
HRI, INC.; HUDSON INDUSTRIES, LLC; )
HUNTER INC.; HUTLER INC.; HUTTER )
CONSTRUCTION CORPORATION; I.R.I.; )
IDEAL CORP.; IMO INDUSTRIES INC.; INC- )
MARYLAND, LLC; INDUSTRIAL DRUM )
CO., INC.; INGERSOLL-RAND COMPANY; )
INLAND TERMINAL; INTERCOLL CORP.; )
INTERNATIONAL SCRAP IRON AND )
METAL CO., INC.; INTERROLL )
ENGINEERING WEST INC.; ISOCYANTE )
PRODUCTS; IVACO STEEL PROCESSING )

(NEW YORK) LLC; IVYLAND VILLAGE,　　　)
L.P.; IWM INTERNATIONAL LLC; J.　　　)
LAROCCA CONSTRUCTION INC. D/B/A　　)
BRITE LUMBER & HOME CENTER; J.　　　)
REYTON & SONS; J.B. HUNT TRANSPORT　)
SERVICES, INC.; J.O. COOK, INC.; J.P.　　)
RUSSELL & SON, INC.; JACK A. ALLEN,　　)
INC. D/B/A ALLEN OIL; JACK RICH　　　)
INCORPORATED D/B/A POTTSVILLE　　　)
FUEL; JACOB HALTRY CO.; JAMES D.　　　)
MORRISSEY, INC.; JAMES T. WARRING　　)
SONS, INC.; JEDDO-HIGHLAND COAL CO.;　)
JEHU, R. L. GULF SUPPLY, INC.; JERSEY　)
CENTRAL POWER & LIGHT COMPANY;　　)
JERSEY PLASTIC MOLDERS, INC.; JESSE　)
BARO, INC.; JET BLAST, INC.; JET　　　)
PULVERIZER CO. INC.; JOHN GABRIEL JR.,　)
INC.; JOHN TRUCKING; THE JOHNS　　　)
HOPKINS UNIVERSITY; JOHNS MOTOR　　)
FREIGHT; JOHNS-MANVILLE SALES　　　)
CORPORATION; JOHNSON CONTROLS　　　)
INTERNATIONAL, INC.; JOHNSON OIL CO.;　)
JON STONE TRUCKING; JONES MOTOR　　)
GROUP, INC.; JOSEPH RIZZO & SONS　　　)
CONSTRUCTION CO.; JOSEPH ROGER &　　)
SONS; JOY DRUMS, INC.; JR RIGGS &　　　)
SONS; JTEKT NORTH AMERICA　　　　　)
CORPORATION; JTM DRUM CO.; JW　　　)
WHITE TRUCK CENTER; K&S TOWING,　　)
INC.; KAISER ALUMINUM CORPORATION;　)
KALLAM OIL COMPANY, INC.; KANCCH-　)
BEIYLES; KEATS INC.; KEITH & GREGORY　)
OIL; KELLAM ENERGY, INC.; KELLER　　)
ENTERPRISES, INC.; KELLERSON; KELLY;　)
KENNEDY OIL, LLC; KENRICH　　　　　)
PETROCHEMICALS, INC.; KERENS AIR　　)
FREIGHT; KERRICO CORP.; KESSLER　　　)
CHEMICAL, INC.; KEYSTONE FOODS LLC;　)
KEYSTONE PAVING & SEALCOATING,　　)
INC.; KEYSTONE SCREW CORPORATION;　)
KILGER & SONS NC; KIMBERLY-CLARK　　)
CORPORATION; KING CHEMICAL; KIRBY　)
CORPORATION; KLINE　　　　　　　　)
TRANSPORTATION, INC. D/B/A H.O. KLINE　)
TRANSPORTATION, INC.; KOHN　　　　　)
BROTHERS; KONE INC.; KSM FASTNERS;　)

KUHN BROTHERS INC.; KYLE'S FRIENDLY )
SERVICE, INC.; L.F. TAYLOR, INC.; L&N )
AUTOMOTIVE, LLC D/B/A MONTOUR )
AUTO SHOP; LAFARGE NORTH AMERICA )
INC.; LAKE CHAMPLAIN COAL )
COMPANY, INC.; LAKEWOOD OIL )
COMPANY, INC.; LAMBS ARCO; LANDIS )
SOLUTIONS, LLC; LANEY OIL COMPANY, )
INC.; LANXESS SOLUTIONS US INC.; )
LASSAHN FUNERAL HOME, INC.; LAWES )
COAL CO., INC.; LEAR CORPORATION; )
LEASE WARMES; LEBANON MACHINE & )
MANUFACTURING CO., INC.; LEE OIL )
COMPANY, INC.; LEESONA CORP.; )
LEFFLER ENERGY COMPANY; LEHIGH )
GAS AND OIL COMPANY; LEHIGH )
HANSON ECC, INC.; LEHIGH HANSON INC. )
D/B/A HANSON AGGREGATES; LEHIGH )
PRESS; LENDLEASE CORPORATION; )
LENTZ MILLING COMPANY, LLC; )
LEROUX OIL COMPANY, INC.; LEROY )
HOLDING CO., INC.; LESTER M. PRANGE )
INC.; LIBERTY COACH, INC.; LIBERTY )
LINES TRANSIT, INC.; LIBERTY OIL )
COMPANY; LINDE NORTH AMERICA INC.; )
THE LION BREWERY, INC.; )
LOCHENBOUGH CHEVROLET CO.; )
LOCKER OIL CO.; LOCKHEED MARTIN )
CORPORATION; LOGAN TOOL CO.; )
LOOMIS ARMORED US, LLC; LORING J. )
WRIGHT & SONS, INC.; LOUMARK LTD.; )
LUCKERBOUGH CHEM.; LUSKINS; LUTZ- )
YELTON OIL CO.; LYONDELLBASELL )
INDUSTRIES, INC.; M. CLAUSERINGS; M. )
COBLEN SONS; M. COHEN & SONS INC.; )
M/G RECONDITIONING PRODUCTS INC.; )
M&M REFRIGERATION, INC.; MABRAK )
LINE; MAC PRODUCTS, INC.; MACK OIL )
COMPANY, INC.; MACK TRUCKS, INC.; )
MACY'S, INC.; MAERSK LINE, LTD.; )
MAGNESITA REFRACTORIES CO.; MAIN )
LINE ELECTRICAL COMPANY; MAJESTIC )
OIL COMPANY; MAJOR PETROLEUM )
INDUSTRIES INC.; MAN ROLAND INC.; )
MAN. BRONX; MANASSAS ICE AND FUEL )
COMPANY, INCORPORATED; THE )

MANITOWOC COMPANY, INC.; MANYA          )
OPERATING CORPORATION; W.R. GRACE       )
CO.-CONN.; MARINE HYDRAULICS, INC.;     )
MARINE LUBRICANTS, INC.; MARINE OIL     )
SERVICE, INC.; MARKINS LAB; MARS,       )
INCORPORATED; MARTIN LIMESTONE,         )
INC.; MARTIN OIL COMPANY; MASONITE      )
CORPORATION; MASTER SOLUTIONS,          )
INC.; MASTERS CONCRETE PRODUCTS,        )
INC.; MATHEWS BROS. INC. D/B/A          )
MATHEWS OIL CO.; MATTER                 )
LITHOGRAPH; MAUGER & CO., INC.;         )
MAUGILL CO. INC.; MC; MC BAUSEMAN;      )
MC MATER OIL; MCGONEGAL'S               )
WRECKER SERVICE; MCHUGH BROTHERS        )
INC. D/B/A MCHUGH BROTHERS MOVING       )
& STORAGE; MCINTOSH ENERGY              )
COMPANY, INC.; MCMACKIN; MCMAHON        )
ASSOCIATES, INC. D/B/A MCMAHON          )
TRANSPORTATION ENGINEERS AND            )
PLANNERS; MCO, INC.; MCT SERVICES,      )
LLC; MELZER'S FUEL SERVICE, INC.;       )
MERCER COUNTY COMMUNITY                 )
COLLEGE; MERCK & COMPANY, INC.;         )
MERCURY ENERGY DISTRIBUTORS INC.;       )
METAL IMPROVEMENT COMPANY, LLC          )
D/B/A E/M COATING SERVICES;             )
METALLURGICAL PROCESSING,               )
INCORPORATED; METRO OIL &               )
CHEMICAL CORP. D/B/A METRO ENERGY;      )
METROPOLITAN CORACH;                    )
METROPOLITAN LIFE INSURANCE             )
COMPANY D/B/A METLIFE; MICHIE           )
TEXTILES INTERNATIONAL, INC.;           )
MIDDLETON & MEADS CO., INC.;            )
MIDWAY OIL AND GAS COMPANY, INC.;       )
MILLER AND SONS; THE MILLER GROUP,      )
INC. D/B/A SCHUYLKILL AUTO SYSTEM;      )
MILLER OIL COMPANY; MIRABITO            )
HOLDINGS, INC.; MITCHELL INDUSTRIAL     )
TIRE COMPANY; MONGAN CK; MOORE'S        )
EXCAVATING, INC.; MORAN TOWING          )
CORPORATION; MR. TIRE, INC.; MSM        )
SERVICE CO.; MUNCY INDUSTRIES, LLC;     )
MURRAY MACHINE & TOOL INC.; MW          )
INDUSTRIES, INC. D/B/A ACCURATE         )

SCREW MACHINE; NAI SERVICE;  )
NATIONAL RAILROAD PASSENGER  )
CORPORATION D/B/A AMTRAK; NATL;  )
NEAPCO COMPONENTS, LLC; NELSON  )
OIL CO. INC.; NESTLE USA, INC.; NEU  )
BROTHERS HOLDINGS, INC.; NEVIN'S  )
TRUCKING INC.; NEW DIXIE OIL  )
CORPORATION; NEW ENTERPRISE STONE  )
AND LIME CO., INC.; NEW HAMPSHIRE  )
BALL BEARINGS, INC.; NEW JERSEY WIRE  )
STITCHING MACHINE CO.; THE NEW  )
YORK TIMES COMPANY; NEWELL  )
RUBBERMAID INC.; NEWTON-LYNMAN;  )
NGC INDUSTRIES, LLC D/B/A NATIONAL  )
GYPSUM COMPANY; NGK METALS  )
CORPORATION; CABOT CORPORATION;  )
THE NIELSEN COMPANY (US), LLC;  )
NITTANY ENERGY, LLC; NORBERT E.  )
MITCHELL CO., INC.; NORTH PENN  )
SCHOOL DISTRICT; NORTH PETROLEUM;  )
NORTH TRANSFER; NORTON PETROLEUM  )
CORPORATION; NORWICH DISCOUNT OIL  )
INC.; NOVARES US LLC; NOVARTIS  )
PHARMACEUTICALS CORPORATION; NRC  )
TRUCKING & STEEL DRUM; NY STATE  )
ELECTRIC AND GAS CORPORATION; NYC  )
FREIGHT; O.A. GREGORY, INC. D/B/A  )
GREGORY OIL; O.F. ZURN COMPANY;  )
OAKES OIL CO.; OBETZ ENERGY;  )
OCCIDENTAL CHEMICAL HOLDING  )
CORPORATION; OCCIDENTAL  )
PETROLEUM CORPORATION; THE OIL  )
MAN, INC.; OMNIMAX INTERNATIONAL,  )
INC.; ONEIDA MOTOR FREIGHT, INC.;  )
OTIS ELEVATOR COMPANY; OWENS  )
CORNING; OWENS-ILLINOIS, INC. D/B/A  )
O-I; OXFORD GRAIN & HAY CO. D/B/A  )
OXFORD FEED & LUMBER; P.H.  )
GLATFELTER COMPANY; P.M.E. CO.; P.R.  )
HOFFMAN MACHINE PRODUCTS, INC.;  )
PABST BREWING COMPANY; PACKAGING  )
CORPORATION OF AMERICA; PALMER  )
ROSSI INC.; PANNELL MANUFACTURING  )
CORPORATION; PARADEE OIL COMPANY;  )
PARISH ENERGY FUELS, INC. D/B/A  )
WEBBER GROUP; PARK-OHIO HOLDINGS  )

CORPORATION; PARKER OIL COMPANY, )
INC.; PARS; PARTS ELEVATOR; PAT )
BARRETT TRANSMISSIONS INC.; PAUL )
BRADIGAN & SONS INC. D/B/A BRADIGAN )
INC.; PAUL CHEVROLET-OLDS-PONTIAC; )
PAULSEN WIRE ROPE CORPORATION; )
PEANUT PROCESSORS, INC.; PECO )
ENERGY COMPANY; PEDRONI FUEL )
COMPANY; PENN MAR OIL COMPANY, )
INC.; PENNA BOX DIV.; PENNSYLVANIA )
MACHINE WORKS INC.; PENNSYLVANIA )
TRUCK CENTERS, INC.; PENSKE TRUCK )
LEASING CO., L.P.; PEOPLE'S PETROLEUM )
PRODUCTS, INC. D/B/A PEOPLE'S OIL; )
PEOPLES GAS & OIL COMPANY, INC.; )
PEPRO ENTERPRISES, INC.; PETES T/A )
DJW; PETROL PLUS, INC.; PETROLEUM )
HEAT & POWER CO., INC. D/B/A PETRO; )
PETROLEUM SALES & SERVICE, INC.; )
PETROLEUM SERVICE COMPANY; )
PETROLEUM WORLD, INC.; )
PHILADELPHIA BETH. HERB; )
PHILADELPHIA GAS WORKS; PHOENIX )
INC.; PHOTO & ELECTRIC; PHUMPHREY )
FARM LLLP; PILKINGTON NORTH )
AMERICA INC.; PIONEER OIL COMPANY, )
INC.; PIPELINE PETROLEUM, INC.; PLANT )
#2; PLAZA USED AUTO PARTS; PLR )
ECOMMERCE, LLC; POINT BAY FUEL LLC; )
POINT BAY FUEL, INC.; POLYONE )
CORPORATION; POMONA OIL CO., INC. )
D/B/A POMONA HEATING & COOLING; )
PONTARELLI'S AUTOMOTIVE & MARINE )
SERVICE CENTER INC.; PORTS AMERICA, )
INC.; DELAWARE RIVER STEVEDORES, )
INC.; THE POTOMAC EDISON COMPANY; )
PPC CORP.; PPL CORPORATION; THE )
PRATT & WHITNEY COMPANY, INC.; )
PRAXAIR, INC.; PRECISION CUSTOM )
COMPONENTS, LLC; PRECISION )
GRINDING SERVICES, INC.; PRECISION )
ROLL GRINDERS INC.; PRESS- )
ENTERPRISE, INC.; PRINCETON )
UNIVERSITY; PROFESSIONAL )
COMPOUNDING CENTERS OF AMERICA, )
INC.; PROGRESS LIGHTING INC.; PTL )

INTERNATIONAL; PUBLIC SERVICE )
ENTERPRISE GROUP; PURE FISHING, INC. )
D/B/A PENN REELS; PUROLATOR )
INTERNATIONAL, INC.; PYRAMID LLC; Q )
PETROL; QUALITY AIRE CO.; QUALITY )
DISTRIBUTION, INC.; QUALITY METAL )
FINISHING CO.; QUANEX BUILDING )
PRODUCTS CORPORATION; QUARLES )
PETROLEUM INCORPORATED; QUICK )
SERVICE TAXI COMPANY, INC.; R. JOHNS )
TRANSFER, INC.; R.E. CARROLL, INC.; R.T. )
ROGERS OIL CO., INC.; R&L MACHINE )
SHOP, INC.; R&S MACHINE; R&W OIL )
PRODUCTS, LLC; RAHWAY STEEL DRUM )
CO., INC.; RAILWAY TRUCK; RASCO OIL; )
RAUNEER CO.; RAWL SALES & )
PROCESSING CO. INC.; RAY MACHINE )
INC.; RAY MURRAY INC.; RAYCO AUTO )
SERVICE; READCO KURIMOTO, LLC; )
READING COMMERCIAL HEAT TREATING )
CO., INC.; REAGENT CHEMICAL AND )
RESEARCH, INC.; RED'S MOTOR MACHINE )
CO. INC.; RED'S OF JAFFREY LLC; )
REENERGY HOLDINGS LLC; REFLEG )
CORP.; REH HOLDINGS, INC.; REICHHOLD )
LLC 2; REIMER BROTHERS INC.; )
REINAUER TRANSPORTATION )
COMPANIES, LLC; REINER GROUP INC.; )
REINHARDT-ANDRUS; REINHOLDT; REISS )
MANUFACTURING, INC.; REIT ENERGY )
COMPANY; REIT FUEL OIL CO.; )
RELADYNE NE LLC D/B/A AUTOMOTIVE )
SERVICE RELADYNE LLC; RELIABLE )
INDUSTRIES, LLC; RELIANCE MOTOR )
COACH COMPANY, INC.; RENEER FILMS )
CORPORATION; REX OIL CO.; RFP, INC.; )
RHOADES OIL CO.; RHOADES PAVING )
INCORPORATED; RHOADS ENERGY )
CORPORATION; RHODES; RICHARDS & )
DAVIS CO.; RIGGINS, INC.; RMR CORP.; )
ROADWIDE; ROBERT E. REEDY & SONS, )
INC.; ROBERTSON FUEL OIL, INC.; )
ROCKVILLE FUEL & FEED COMPANY, )
INCORPORATED; ROCKWELL )
AUTOMATION, INC.; ROCKY MOUNT TIRE )
DISTRIBUTORS, INC. D/B/A ROCKY )

MOUNT OIL COMPANY; ROIS )
MANUFACTURING CO., INC.; ROME )
EXPRESS, INC.; ROMULUS )
DEVELOPMENT CORP.; RON DAVIS TIRE )
CO. INC.; ROOT OIL CO., INC.; ROUTON )
RIVER; RYDER SYSTEM, INC.; S. ROY; S.B. )
COLLINS, INC.; S.D. RICHMAN SONS INC.; )
S.L.F., INC. D/B/A CONSUMERS OIL CORP.; )
S&S FUEL CO., INC.; SADLER BROTHERS )
OIL COMPANY, INC.; SAINT-GOBAIN )
ABRASIVES, INC.; SALEM CORPORATION; )
SALES; SALLIDY OIL CO., INC.; SALMON )
OIL COMPANY; SAM E. FAST & SON INC.; )
SAM MILLER & SON, INC.; SAMUEL )
KINDER & BROTHER, INC.; SAN JUAN )
INTERNATIONAL; SAVAGE SERVICES )
CORPORATION; SAVANNAH OIL & )
CHEMICAL; SAVON SERVICE CORP.; )
SCARBOROUGH OIL CO, INC.; SCHATZ )
STEINWAY INC.; SCHAUB OIL SERVICE )
INC.; SCHIAVONE CONSTRUCTION CO. )
LLC; SCHINDLER ELEVATOR )
CORPORATION; SCHUBERT INC.; SCM OIL )
CO.; SCOT LUBRICANTS, LLC; SCOTT )
CARS LP; SCULLIN OIL CO.; SENICK INC.; )
SERTA SIMMONS BEDDING LLC; SERVICE )
OIL COMPANY; SHADY GROVE BP; )
SHEBOYGAN PAINT COMPANY; )
SHELLHORN & HILL, INC.; SHERWOOD B. )
KIMMEL TRUCKING & EXCAVATING; )
SHIFFER BITUMINOUS SERVICE )
COMPANY; SHIPLEY ENERGY COMPANY; )
PPC LUBRICANTS, INC.; SHIPYARD )
CREEK, LLC; SHORTLIDGE, S.C., INC.; )
SHUR HEAT OIL CO., INC.; SI-TECH )
INDUSTRIES INCORPORATED; SIEGFRIED )
USA, LLC; SILBERLINE MANUFACTURING )
CO., INC.; SILVER EAGLE; SIMPSON )
INVESTMENT COMPANY; SINOCHEM )
(USA) INC.; SIX PAINTERS; SKF USA, INC.; )
SMITH & SMITH TRANSFER CO. INC.; )
SMITH BROTHERS, INC.; SMITH OIL )
SERVICES, LLC; SMITHFIELD FOODS, INC. )
D/B/A ESSKAY; SMO, INCORPORATED )
D/B/A SMO ENERGY; SNEDEKER ENERGY )
LLC; SOLAR COMPOUNDS )

CORPORATION; SOLAR OIL CO., INC.; THE )
SOLVENTS RECOVERY SERVICE OF NEW )
JERSEY, INC.; SONOCO PRODUCTS )
COMPANY; SOUNDVIEW PAPER )
COMPANY, LLC; SOUSA'S WHOLESALE )
TIRE CENTER; SOUTEWORK COOPERAGE; )
SOUTHAMPTON TIRE CENTER, INC.; )
SOUTHCO INC.; SOUTHERN LUBRICANTS, )
INC.; SOUTHERN MISSOURI AGR. )
ASSOCIATION; SOUTHERN OIL )
COMPANY; SOUTHHAMPTON TOWN )
CENTER; SPECTRON SYSTEMS )
TECHNOLOGY INC.; SPENCER BROTHERS )
INC.; SPENTONBUSH/RED STAR )
COMPANIES, INC.; SPS TECHNOLOGIES, )
LLC; SREG EDEN, LLC D/B/A )
INTELLIGENCER; STALINER OIL; )
STANDARD MOTOR PRODUCTS, INC.; )
STANDARD OFFSET PRINTING CO., INC.; )
STANDARD STEEL, LLC; STANDEX )
ELECTRONICS, INC.; STANLEY BLACK & )
DECKER, INC.; STAR GROUP, L.P.; STAR )
OIL; STATE ROAD BUILDERS SUPPLY CO.; )
STATE STEEL DRUM CO.; STATEWOOD, )
INCORPORATED D/B/A STATE LINE OIL; )
STAVOLA CONTRACTING CO. INC.; )
STEGMAN SERVICES; STEIN HARVY )
CORP.; STEPHENSON OIL COMPANY; )
STEUART PETROLEUM COMPANY; )
STEVENS PAINT & WALLPAPER STORE; )
STIFF OIL CO.; STOCKMAN OIL TWO, INC.; )
STOUGH OIL; STRATOS, INC.; STREFLING )
OIL CO.; SUBURBAN PROPANE )
PARTNERS, LP; SUFFOLK CHEMICAL )
COMPANY; SUFFOLK ENERGIES, INC.; )
SUMTER PETROLEUM CO., INC.; SUN )
AUTO TRUCK; SUNROC CORPORATION; )
SUPER QUIK, INC.; SUPERIOR BUILDING; )
SUPERIOR BULK LOGISTICS, INC.; )
SUPERIOR DRUM AND BARREL CO., INC.; )
SUPERIOR PLUS ENERGY SERVICES INC.; )
SUPERIOR PRINTING INK CO. INC.; )
SUTHERLAND IND. CENTER; SYNCO )
CHEMICAL CORPORATION; T AND E )
TRUCKING LLC; T. EPSTEIN AND SONS; T. )
IDOLT2WORTH; T.R.I.; T.R.M. INC.; T&D )

TERMINAL; T&R CARRIER; TALLEY )
PETROLEUM ENTERPRISES INC.; TALON )
PAINT PRODUCTS, INC.; TANSELNS )
ABBEY; TASTY BAKING COMPANY; )
TAWANDA; TAYLOR OIL CO., INC.; )
TAYLOR WHARTON INTERNATIONAL )
LLC; TECH CAST, LLC; TECHNIP USA, )
INC.; TECHTRONIC INDUSTRIES NORTH )
AMERICA, INC.; TENNECO, INC.; )
TERWOOD AUTO REPAIR, INC.; TEVIS )
OIL, INC.; TEXAS EASTERN )
TRANSMISSION, LP; TFCO, INC.; THOMAS )
CORP.; THOMPSON OIL COMPANY; )
THOMPSON STEEL COMPANY, INC.; )
THYSSENKRUPP BUDD COMPANY; )
THYSSENKRUPP ELEVATOR )
CORPORATION; TILCON INC.; TILLEY )
CHEMICAL CO., INC.; TIMES OIL )
CORPORATION; TIMKEN GEARS & )
SERVICES INC. D/B/A PHILADELPHIA )
GEAR; TIRE CRAFT OF TOMS RIVER INC.; )
TIRE CRAFTT; TOLINO'S FUEL SERVICE, )
INC.; TOLL BROTHERS, INC.; TOM'S )
SUNOCO; TONY DEPAUL & SON; TOOL )
SALES & SERVICE COMPANY, INC.; )
TOWER PRODUCTS, INC.; TRAILWAYS )
TRANSPORTATION SYSTEM INC.; )
TRANSPORTATION SUPPLIES; TRAY & )
RIDLEY; TRELLEBORG WHEEL SYSTEMS )
AMERICAS, INC.; TRETOLITE CHEMICAL; )
TREULS OIL; TRI GAS & OIL CO., INC.; )
TRI-STATE PETROLEUM CORPORATION; )
TRIANGLE OIL COMPANY; TRIBORO )
COACH HOLDING CORP.; TRIBUNE )
MEDIA COMPANY; TRINCHIRIA )
BROTHERS; TRUCK LOAD TRANSPORT; )
TSI LEASEWAY BELT; TSI, INC.; TURNER )
CONSTRUCTION COMPANY INC.; )
TURNHATIC INC.; U.S. AXLE, INC.; U.S. )
DRAPE FORGE; U.S. METAL FORMS & )
TUBES, INC.; U.S. SILICA COMPANY, INC.; )
U.S. TRUCK LINES INC.; UGI )
CORPORATION; ULTRA POWER; )
ULTRALENE PETROLEUM PRODUCTS; )
UNIFIRST CORPORATION; UNILEVER )
UNITED STATES, INC.; UNION COAL CO.; )

UNION FUEL COMPANY; UNITED AW )
COMPANY; UNITED CONTAINER )
COMPANY; UNITED CONTINENTAL )
HOLDINGS, INC.; UNITED GILSONITE )
LABORATORIES, INC.; THE UNITED )
ILLUMINATING COMPANY; UNITED OIL; )
UNITED PARCEL SERVICE OF AMERICA, )
INC.; UNIVERSAL MACHINE CO. OF )
POTTSTOWN, INC.; THE UNIVERSITY OF )
PENNSYLVANIA; THE UNIVERSITY OF )
PITTSBURGH; UPS GROUND FREIGHT, )
INC.; USS ASSOCIATES INC.; V.G.I.; VACU )
BRAZE, INC.; VALCO CINCINNATI, INC.; )
VALES BRASS & COPPER CO.; VALLEY )
FORGE FLAG COMPANY, INC.; VALLEY )
MAINTENANCE & SUPPLY CO., INC.; )
VALLEY OIL CORPORATION; VALLEY )
PETROLEUM, INC.; VALSPAR )
CORPORATION; VAN SANT EQUIPMENT )
CORP.; VANCO; THE VANE BROTHERS )
COMPANY; VANTAGE SPECIALTY )
CHEMICALS, INC.; VAROUH OIL, INC.; )
VARSITY TRANSIT, INC.; VERONA OIL )
COMPANY, INC.; VIBRACOUSTIC USA, )
INC.; VITOLS TOOL & MACHINE CORP.; )
VOESTALPINE AG; VOITH HYDRO, INC.; )
VORTEQ COIL FINISHERS, LLC; VYMCAL; )
W. SCHUAB; THE W.C. & A.N. MILLER )
DEVELOPMENT COMPANY; W.C. )
NEWMAN COMPANY, INCORPORATED; )
W.C. SPIKES CO.; W.D. GRAHAM )
BUILDERS, INC.; W.H. JONES COMPANY, )
INC.; W.K. HOBBS, INC.; W.L. MILLER )
COMPANY; WACRER COMPANY; WALTER )
F. SCHWAB COMPANY; THE WARD )
MACHINERY COMPANY; WARNER CO.; )
WARNER MANUFACTURING CO.; )
WARNER OIL COMPANY; WARREN )
LIGHTNING ROD COMPANY; WARREN )
OIL COMPANY, LLC; WASHINGTON T.B.A. )
CENTER; WASNICKS-AUTO SUPPLY; )
WATER CHEM; WATERBURY GULF L.L.C.; )
WEEKS ENGINEERING; WEIER NC; )
WEINER BROTHERS INC.; WEIS )
MARKETS, INC.; WELLES MILL CO., INC.; )
WERTZ MOTOR COACHES, INC.; )

WESTERN KRAFT CORPORATION;                    )
WILLAMETTE INDUSTRIES, INC.; WHC              )
ENERGY SERVICES LLC;                          )
WHEELABRATOR TECHNOLOGIES, INC.;              )
WHITE OIL COMPANY; WILGER & SON               )
INC.; WILKINSON INDUSTRIES, INC.;             )
WILLIAM H. COOPER'S SONS, INC.;               )
WILLIAM J. JONES & SON INC.; WILLIAMS         )
OIL COMPANY, INC.; WILLIAMSON IND.;           )
WILSON FORGING; WILSON OIL, INC.;             )
WINFALL OIL; WITCO SUPPLY CO.;                )
WOLLENWEBER'S TRUCKING COMPANY;               )
WOLTERS KLUWER N.V.; WOOD RIVER               )
CAPITAL, LLC D/B/A LAKE ARMITAGE              )
CORPORATION; WOODFIN HEATING,                 )
INC.; WOODLAWN OIL COMPANY, INC.;             )
WOODSTREAM CORPORATION;                       )
WORTHINGTON INDUSTRIES, INC.; WV-             )
DYPER BABY SERVICES; YEARSLEY'S               )
SERVICE LTD.; YORK INTERNATIONAL             )
CORPORATION; YOST M. KUNTS INC.;              )
YRC, INC.; YYX; ZENITH PRODUCTS               )
CORPORATION; AND ZIEGLER CHEMICAL             )
& MINERAL CORP.,                              )
                                              )
                                              )
                    Defendants.               )

## **COMPLAINT**

For its Complaint, Plaintiff Metro Container Group (hereinafter "Plaintiff" or "Metro

Container Group"), by and through counsel, alleges as follows:

### **STATEMENT OF THE CASE**

1.      This is a civil action pursuant to the provisions of the Comprehensive

Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. §

9601 *et seq.* ("CERCLA"), relating to the release and/or threat of release of hazardous substances

from a facility known as the Metro Container Corporation Site, which consists of property

located in the City of Trainer, County of Delaware, Pennsylvania, as well as any area where

hazardous substances that have or may have migrated from the Metro Container Corporation Site have come to be located ("Metro Container Site"). The hazardous substances at the Metro Container Site have contaminated the soil and groundwater at the Metro Container Site and have threatened the public health and the environment. Each Defendant generated and/or transported materials containing hazardous substances that were treated and/or disposed of at the Metro Container Site.

2.     The Metro Container Group seeks cost recovery and contribution from each Defendant pursuant to Sections 107(a) and 113(f) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(f), for past and future response costs incurred and to be incurred by the Metro Container Group for response activities undertaken and to be undertaken at the Metro Container Site, along with a declaration as to each Defendant's liability and an allocation of past and future response costs among all parties.

**JURISDICTION AND VENUE**

3.     This Court has jurisdiction over the subject matter of this action pursuant to Sections 107(a) and 113(b) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(b), providing federal jurisdiction over controversies arising under CERCLA, and pursuant to 28 U.S.C. § 1331, providing federal jurisdiction over controversies involving questions of federal law. The Court also has jurisdiction over the request for declaratory relief under Section 113 of CERCLA, 42 U.S.C. § 9613 and 28 U.S.C. §§ 2201 and 2202.

4.     Venue is proper in this district pursuant to Sections 107(a) and 113(b) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(b), and 28 U.S.C. § 1391(b), because the release or threatened release of hazardous substances that give rise to this action occurred and/or are occurring at or from the Metro Container Site located in this judicial district.

## ALLEGATIONS COMMON TO ALL CLAIMS

5.      The Metro Container Site encompasses approximately eleven (11) acres located in an industrial area about twenty miles southwest of Philadelphia at 2nd and Price Streets in the Borough of Trainer, Delaware County, Pennsylvania.

6.      The Metro Container Site is bounded to the north by a residential and commercial area, to the east by a scrap metal recovery business, to the south by railroad operations, and to the west by a refinery.

7.      Stoney Creek, a southerly-flowing tributary of the Delaware River, forms the western boundary of the Metro Container Site with the confluence of the two waterways approximately 1,000 feet south of the Metro Container Site.

8.      Beginning at least as early as the 1890s, Delaware Oil Works manufactured oils and paraffin wax at the Metro Container Site, which operations included underground oil tanks, underground wooden wax tanks, underground iron wax tanks, tar stills, wooden condensers, wax rooms and agitators. Two fires in 1886 and 1896 destroyed most or all of the refining operations, but the operations were rebuilt after each fire.

9.      From at least as early as 1909 through at least 1917, the Metro Container Site was occupied by Manufacturers Paraffine Company, which continued refining petroleum products into machine oil and wax.

10.      From approximately 1920 to 1959, Stauffer Chemical Corporation manufactured carbon disulfide and other products at the Metro Container Site.

11.      Between 1963 and 1989, a number of drum recycling and reconditioning businesses operated at the Metro Container Site under separate owners including Joseph A. Reis Company (1963–69), Universal Container Corporation (1969–83), and Metro Container

Corporation (1983–89). These companies received drums containing residual paints, petroleum

products and other materials. During peak years, these companies received nearly 500,000 drums

annually. Drums deemed suitable for resale were emptied of residual waste and cleaned, tested

for structural integrity, and painted; whereas drums deemed unsuitable for resale were

incinerated or crushed and buried on the Metro Container Site. Wastes from these operations,

including residual drum wastes, acids, flocculants, and waste water generated in the drum

cleaning process, were recirculated into the wastewater stream, placed into a 0.5 acre earthen

lagoon or other containment structure, disposed of on the ground surface, discharged into the

sanitary sewer system, or released to Stoney Creek. The lagoon was filled sometime between

1982 and 1985.

12. The Pennsylvania Department of Environmental Protection ("DEP") documented

numerous releases of waste from drum operations between 1965 and 1989, including releases of

wastes into Stoney Creek.

13. In December 1987, the United States Environmental Protection Agency ("EPA")

conducted a removal site evaluation at the Metro Container Site. EPA's evaluation identified

160,000 gallons of liquid wastes and sludges stored in a containment structure and 110,000

gallons of waste stored in an estimated 2,000 55-gallon open-top drums at the Metro Container

Site. EPA collected samples from, *inter alia*, an ash pile, drum sludge, lagoon sludge, and liquid

discharge from a drainpipe leading into Stoney Creek.

14. In February 1988, the United States Coast Guard notified EPA of a reported

release of hazardous substances to Stoney Creek from a PVC pipe leading from the Metro

Container Site. Thereafter, EPA conducted additional removal site evaluation activities,

including additional sampling from Stoney Creek.

15.     On August 26, 1988, EPA signed an Action Memorandum selecting a removal response action for the Metro Container Site. EPA commenced the action, which was completed by a separate group of potentially responsible parties ("PRPs") under an Administrative Order on Consent. The removal action included, *inter alia*: installing a perimeter fence; constructing a temporary retaining wall to prevent off-site contaminant migration; disposing of contaminated rainwater; draining the concrete impoundment of liquid wastes and sludges, cleaning it, refilling it with layers of impermeable soils, covering it with clean soil, and seeding with vegetation; removing soils adjacent to the concrete impoundment; capping all pipes entering the impoundment; and cleaning and filling sumps adjacent to the impoundment with concrete. Collectively, over 6,000 tons of sludge, contaminated soils and drum wastes were removed.

16.     From approximately 1989 through 2000, the Metro Container Site was inactive. In 2001, Trainer Industries, LLC purchased the Metro Container Site. A 2000 pre-acquisition investigation identified numerous hazardous substances in soils, groundwater, and the sediments of Stoney Creek. The investigation included installation of groundwater monitoring wells and a geophysical investigation of the subsurface of a limited portion of the Metro Container Site.

17.     From 2001 to the present, the Metro Container Site has been used by Service Painting, Inc., an affiliate of Trainer Industries, LLC, to store supplies and materials associated with its industrial painting business, and for sandblasting and painting operations.

18.     In November 2005, in connection with a potential acquisition of the Metro Container Site by ConocoPhillips, an environmental investigation identified one pipe of unknown origin and numerous groundwater seeps entering Stoney Creek from the Metro Container Site; subsurface soil contaminated with non-aqueous phase liquids ("NAPLs"); sludges; high concentrations of numerous hazardous substances including polychlorinated

biphenyls ("PCBs"), polycyclic aromatic hydrocarbons ("PAHs"), pesticides, volatile organic

compounds ("VOCs"), and inorganic contaminants; dissolved groundwater plumes containing

PCBs, PAHs, pesticides, VOCs, and inorganic contaminants; PCBs, PAHs, pesticides, and

inorganic elements in sediments of Stoney Creek and the Delaware River at concentrations

above regional ecological screening levels; numerous areas of magnetic anomalies of potential

buried drums; and buried and crushed drums, drum lids, flyash, sludge, construction debris, and

several metal and PVC pipes in test trenches.

19.     EPA completed removal site evaluations in March 2000, November 2007 and

April 2009. In July 2010, EPA conducted limited soil sampling and replicated 2009 sediment

sampling in support of Hazard Ranking System ("HRS") screening for potential listing of the

Metro Container Site on the National Priorities List ("NPL"). This 2010 sampling showed that

some of the individual PCBs in groundwater at the Metro Container Site were similar to those

found in the sediments of Stoney Creek and the Delaware River.

20.     On March 15, 2012, EPA listed the Metro Container Site on the NPL.

21.     On August 26, 2013, EPA determined that the Metro Container Site presented a

threat to public health, welfare and/or the environment due to the actual or threatened release of

hazardous substances from the Metro Container Site and detailed in an Action Memorandum a

removal response action for the Metro Container Site to address the following source areas: the

former impoundment area used for over 30 years to store liquid wastes, including pipes, culverts

and sumps through which wastes flowed from the main building; the former concrete basin area

subject to the 1988 Removal Action and surrounding area; a crushed drum area; and a PCB soil

area. Removal action activities in these source areas required by the Action Memorandum

included: erosion and sediment control features to minimize migration of hazardous substances

during the removal action; water management controls and actions to minimize migration of stormwater to and from the source areas during the removal action; locating and removing pipes, drains and similar apparatus, as well as surrounding contaminated soils; locating and removing drums, drum carcasses, their contacts, and surrounding contaminated soils; excavate and remove soil contaminated with PCBs to reach certain specified concentrations; backfilling excavated areas consistent with natural flow to Stoney Creek; and off-site disposal of excavated materials.

22.     By letters dated August 20, 2013 and October 9, 2014, EPA notified certain PRPs of their potential liability and invited them to participate in the response activities.

23.     On September 20, 2013, EPA began implementing the removal action at the Metro Container Site, and identified additional subsurface features, including pipe systems, buried and crushed drum caches, concrete impoundments, sumps, catch basins, some of which were contaminated with NAPL, petroleum, paint residues, and sludges and various areas with concentrations of hazardous substances. Several pipe networks were found to empty to Stoney Creek or areas of the Metro Container Site formerly connected to an on-site inlet to Stoney Creek prior to landfilling.

24.     As of August 2014, an estimated 7,100 tons of contaminated soil and debris and approximately 4,200 tons of soil and debris regulated as PCB remediation waste were excavated during the 2013–14 removal action and transported to licensed disposal facilities, and an estimated 68,000 gallons of contaminated groundwater generated during the removal action were transported to a licensed disposal facility.

25.     By letter dated January 23, 2015, EPA notified additional PRPs of their opportunity to participate in a remedial investigation and feasibility study ("RI/FS") for the Metro Container Site.

26.     On February 24, 2015, EPA issued an Action Memorandum, which modified the scope of the previously-selected removal action to include additional activities.

27.     In response to EPA's 2015 notice letter, EPA and the members of the Metro Container Group entered into an Administrative Settlement Agreement and Order on Consent for Focused Remedial Investigation/Feasibility Study, CERCLA Docket No. CERC-03-2015-0168DC, which became effective on September 2, 2015 ("RI/FS AOC"). The purpose of the RI/FS AOC was to further study the scope of the contamination and identify alternatives for additional removal action. The RI/FS AOC required payment of EPA's future oversight costs, and the establishment of financial assurance for the benefit of EPA in the amount of $1,500,000.

28.     EPA and the members of the Metro Container Group entered into a separate Administrative Settlement Agreement and Order on Consent for Removal Action, CERCLA Docket No. CERC-03-2015-0179AC, which became effective on September 1, 2015 ("Removal Action AOC"). The Removal Action AOC required the development and implementation of a response action plan including, *inter alia*: restricting access to the source areas; implementing erosion and sediment control features; photo documentation and demolition of dilapidated buildings believed to overlay pipe systems and contaminated soils, including the oven room and attached rooms, former loading dock and former boiler room and adjacent area; engineering controls to suppress dusts during the work; water management controls and actions to minimize contamination and migration of contaminated stormwater; treatment of accumulated contaminated stormwater; establishment of temporary storage for hazardous substances generated during the work; excavation and removal of pipes, drains and related features in the source areas; removal of liquid or solid residues in apparatus on-site such as tanks, basins and sumps; excavation and removal of PCB-contaminated soil in the source areas to meet certain

26

concentrations; segregation of excavated soils based on contaminant concentration; managing excavated soils and debris to minimize contaminant migration; backfilling excavated areas and grading them appropriately to conform to natural flow to Stoney Creek; disposing off-site of hazardous substances removed during the work; establish public health and safety measures; obtain a Hazardous Waste Generator Identification Number; and otherwise comply with the removal action plan. The Removal Action AOC also required reimbursement of EPA's future oversight costs.

29.     To date, the hazardous substances identified at the Metro Container Site include: PCBs Aroclor-1248, Aroclor-1254, Aroclor-1260; pesticides dieldrin, chlordane, dichlorodiphenyl-dichloroethane ("DDD"), and dichlorodiphenyltrichloroethane ("DDT"); the PAHs benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, dibenzo(a,h)anthracene, indeno(1,2,3-cd)pyrene, chrysene, benzo(k)fluoranthene, 1-methylnaphthalene and naphthalene; inorganic elements arsenic, chromium, lead and mercury; VOCs toluene, benzene, 1,2,4-dichlorobenzene, xylenes, PCE, TCE, carbon disulfide, dimethyl disulfide and methanethiol; and semi-volatile organic chemicals ("SVOCs") bis(2-ethylhexyl)phthalate, 1,1-biphenyl and trichlorobenzene.

30.     To date, the Metro Container Group has incurred over $4,500,000 in response costs at the Metro Container Site.

31.     The response costs incurred to date by the Metro Container are necessary to address the release and/or threatened release at the Metro Container Site, and are required by EPA in the RI/FS AOC, the Removal Action AOC and otherwise, and as such are consistent with the National Oil and Hazardous Substances Pollution Contingency Plan promulgated pursuant to

Section 105 of CERCLA, 42 U.S.C. § 9605, codified at 40 C.F.R. Part 300, and amendments thereto ("NCP").

32.     In addition, the Metro Container Group has voluntarily incurred and will continue to incur additional recoverable response costs, including attorney's fees and expenses to search for other PRPs associated with the Metro Container Site and administrative functions, that are closely tied to the response activities at the Metro Container Site, which the Metro Container Group is also entitled to recover against parties liable under CERCLA.

33.     The Metro Container Group will continue to incur response costs to conduct response actions at the Metro Container Site as required by EPA and/or other federal or state agencies.

## THE PARTIES

34.     The Metro Container Group is an unincorporated association and currently consists of the following members, in their own right, and as assignees of the CERCLA claims at the Metro Container Site of those entities who have settled or will settle with the Metro Container Group: Exxon Mobil Corporation; ExxonMobil Oil Corporation; BP Products North America Inc.; BP Lubricants USA Inc.; Atlantic Richfield Company; E.I. du Pont de Nemours and Company; Chevron Environmental Management Company, for itself and as Attorney-in-Fact for Chevron U.S.A. Inc.; Superfund Management Operations, a series of Evergreen Resources Group, LLC (for itself and for Sunoco, Inc. (R&M) (f/k/a Sun Refining and Marketing Company) and Sunoco, Inc. (f/k/a Sun Oil Company); Rohm and Haas Company; Tunnel Barrel and Drum Co., Inc.; Veolia ES Technical Solutions, LLC; and Stauffer Management Company LLC, as litigation agent for Bayer CropScience, LP, successor to Stauffer Chemical Company.

35.     Each of the members of the Metro Container Group has assigned its claims in this case to the Metro Container Group as a whole.

36.     All of the members of the Metro Container Group are signatories to the RI/FS AOC and the Removal Action AOC.

37.     According to Metro Container Site records, Defendant AC&T Co., Inc. ("AC&T") contributed at least 672 drums of materials containing hazardous substances to the Metro Container Site.

38.     To date, AC&T has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

39.     Defendant A. Klein & Co., Inc. ("A. Klein") is responsible for the waste attributable to "Crown Paper Board."

40.     According to Metro Container Site records, "Crown Paper Board" contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

41.     To date, A. Klein has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

42.     According to Metro Container Site records, Defendant A. Phelps Petroleum of NW FL Inc. d/b/a Phelps Petroleum Equipment Service ("Phelps Petroleum") contributed at least 178 drums of materials containing hazardous substances to the Metro Container Site.

43.     To date, Phelps Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

44.     According to Metro Container Site records, Defendant A.H. Angerstein, Inc. d/b/a Angerstein's ("A.H. Angerstein") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

45.    To date, A.H. Angerstein has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

46.    According to Metro Container Site records, Defendant A.P.M. Construction ("A.P.M. Construction") contributed at least 73 drums of materials containing hazardous substances to the Metro Container Site.

47.    To date, A.P.M. Construction has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

48.    According to Metro Container Site records, Defendant A.R. Sandri, Inc. ("A.R. Sandri") contributed at least 2,887 drums of materials containing hazardous substances to the Metro Container Site.

49.    To date, A.R. Sandri has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

50.    According to Metro Container Site records, Defendant A.Valerio Building Consultants Inc. ("A.Valerio") contributed at least 115 drums of materials containing hazardous substances to the Metro Container Site.

51.    To date, A.Valerio has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

52.    Defendant ABB Inc. ("ABB") is responsible for the waste attributable to "G.E. Wire."

53.    According to Metro Container Site records, "G.E. Wire" contributed at least 140 drums of materials containing hazardous substances to the Metro Container Site.

54.    To date, ABB has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

55.     Defendant ABF Freight System, Inc. ("ABF") is responsible for the waste attributable to "A.B.F. Systems."

56.     According to Metro Container Site records, "A.B.F. Systems" contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

57.     Additionally, ABF is responsible for the waste attributable to "ABF Freight."

58.     According to Metro Container Site records, "ABF Freight" contributed at least 27 drums of materials containing hazardous substances to the Metro Container Site.

59.     Additionally, ABF is responsible for the waste attributable to "Carolina Freight Carriers."

60.     According to Metro Container Site records, "Carolina Freight Carriers" contributed at least 3,013 drums of materials containing hazardous substances to the Metro Container Site.

61.     To date, ABF has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

62.     According to Metro Container Site records, Defendant Abrams Development Group d/b/a Abrams Metal Company ("Abrams Development") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

63.     To date, Abrams Development has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

64.     According to Metro Container Site records, Defendant AC Argo ("AC Argo") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

65.     To date, AC Argo has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

66.     Defendant Accurate Box Company, Inc. ("Accurate Box") is responsible for the waste attributable to "Berles Carton."

67.     According to Metro Container Site records, "Berles Carton" contributed at least 40 drums of materials containing hazardous substances to the Metro Container Site.

68.     To date, Accurate Box has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

69.     Defendant Ace American Insurance Company ("Ace American") is responsible for the waste attributable to "C.G. Willis."

70.     According to Metro Container Site records, "C.G. Willis" contributed at least 36 drums of materials containing hazardous substances to the Metro Container Site.

71.     To date, Ace American has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

72.     According to Metro Container Site records, Defendant Ace Auto Supply Co. ("Ace Auto") contributed at least 475 drums of materials containing hazardous substances to the Metro Container Site.

73.     To date, Ace Auto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

74.     Defendant Ace-Robbins, Inc. ("Ace-Robbins") is responsible for the waste attributable to "Bowman Petroleum."

75.     According to Metro Container Site records, "Bowman Petroleum" contributed at least 69 drums of materials containing hazardous substances to the Metro Container Site.

76.     To date, Ace-Robbins has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

77.     According to Metro Container Site records, Defendant Acme Coal & Fuel Oil Co., Inc. ("Acme Coal") contributed at least 524 drums of materials containing hazardous substances to the Metro Container Site.

78.     To date, Acme Coal has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

79.     According to Metro Container Site records, Defendant Acme Gear Co., Inc. ("Acme Gear") contributed at least 19 drums of materials containing hazardous substances to the Metro Container Site.

80.     To date, Acme Gear has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

81.     According to Metro Container Site records, Defendant ACME Inc. ("ACME") contributed at least 3,177 drums of materials containing hazardous substances to the Metro Container Site.

82.     To date, ACME has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

83.     According to Metro Container Site records, Defendant Acme Markets, Inc. ("Acme Markets") contributed at least 2,805 drums of materials containing hazardous substances to the Metro Container Site.

84.     To date, Acme Markets has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

85.     According to Metro Container Site records, Defendant Adam Ugg Oil Co. ("Adam Ugg Oil ") contributed materials containing hazardous substances to the Metro Container Site.

86.     To date, Adam Ugg Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

87.     According to Metro Container Site records, Defendant Adams Oil Co. ("Adams Oil") contributed at least 186 drums of materials containing hazardous substances to the Metro Container Site.

88.     To date, Adams Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

89.     According to Metro Container Site records, Defendant Adirondack Energy Products, Inc. ("Adirondack Energy") contributed at least 67 drums of materials containing hazardous substances to the Metro Container Site.

90.     To date, Adirondack Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

91.     According to Metro Container Site records, Defendant Adoocak Service ("Adoocak Service") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

92.     To date, Adoocak Service has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

93.     Defendant Advanced Textile Composites, Inc. ("Advanced Textile") is responsible for the waste attributable to "Jaunty Fabrics Corp." and "Jaunty Farbics Corp."

94.     According to Metro Container Site records, "Jaunty Fabrics Corp." and "Jaunty Farbrics Corp." contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

95.     To date, Advanced Textile has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

96.     Defendant Advantage Payroll Services, Inc. ("Advantage Payroll") is responsible for the waste attributable to "Quality Container" and "Quality Container Corp."

97.     According to Metro Container Site records, "Quality Container" and "Quality Container Corp." contributed at least 23,581 drums of materials containing hazardous substances to the Metro Container Site.

98.     To date, Advantage Payroll has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

99.     According to Metro Container Site records, Defendant AFCO Drum Handlers LLC ("AFCO Drum") contributed at least 17,494 drums of materials containing hazardous substances to the Metro Container Site.

100.    To date, AFCO Drum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

101.    Defendant Agway Energy Services, LLC ("Agway Energy") is responsible for the waste attributable to "C.C. Goodling & Sons" and "V.C. Goodling & Sons."

102.    According to Metro Container Site records, "C.C. Goodling & Sons" and "V.C. Goodling & Sons" contributed at least 110 drums of materials containing hazardous substances to the Metro Container Site.

103.    Additionally, Agway Energy is responsible for the waste attributable to "Troutman Oil Serv."

104.    According to Metro Container Site records, "Troutman Oil Serv." contributed at least 482 drums of materials containing hazardous substances to the Metro Container Site.

105.    To date, Agway Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

106.    According to Metro Container Site records, Defendant Aireco Supply, Inc. ("Aireco Supply") contributed at least 20 drums of materials containing hazardous substances to the Metro Container Site.

107.    To date, Aireco Supply has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

108.    According to Metro Container Site records, Defendant Airwell-Fedders North America Inc. ("Airwell-Fedders") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

109.    To date, Airwell-Fedders has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

110.    Defendant AK Steel Corporation ("AK Steel") is responsible for the waste attributable to "Armco Inc."

111.    According to Metro Container Site records, "Armco Inc." contributed at least 115 drums of materials containing hazardous substances to the Metro Container Site.

112.    To date, AK Steel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

113.     According to Metro Container Site records, Defendant Alexson Supply, Inc. ("Alexson Supply") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

114.     To date, Alexson Supply has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

115.     Defendant Alfa Laval Inc. ("Alfa Laval") is responsible for the waste attributable to "Pennwalt Corp."

116.     According to Metro Container Site records, "Pennwalt Corp." contributed at least 124 drums of materials containing hazardous substances to the Metro Container Site.

117.     To date, Alfa Laval has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

118.     According to Metro Container Site records, Defendant Alger Oil, Inc. d/b/a Alger Oil & Propane, Inc. ("Alger Oil") contributed at least 702 drums of materials containing hazardous substances to the Metro Container Site.

119.     To date, Alger Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

120.     According to Metro Container Site records, Defendant Aliroel ("Aliroel") contributed at least 29 drums of materials containing hazardous substances to the Metro Container Site.

121.     To date, Aliroel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

122.     According to Metro Container Site records, Defendant Allegany Aggregates, Inc. ("Allegany Aggregates") contributed at least 14 drums of materials containing hazardous substances to the Metro Container Site.

123.     To date, Allegany Aggregates has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

124.     Defendant Allegheny Technologies Inc. ("Allegheny Technologies") is responsible for the waste attributable to "Allegheny Ludlem."

125.     According to Metro Container Site records, "Allegheny Ludlem" contributed at least 143 drums of materials containing hazardous substances to the Metro Container Site.

126.     To date, Allegheny Technologies has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

127.     According to Metro Container Site records, Defendant Allen Oil Sales, Inc. ("Allen Oil") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

128.     To date, Allen Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

129.     According to Metro Container Site records, Defendant Allerman ("Allerman") contributed at least 158 drums of materials containing hazardous substances to the Metro Container Site.

130.     To date, Allerman has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

131.    According to Metro Container Site records, Defendant Allied Concrete & Supply Corporation ("Allied Concrete") contributed at least 32 drums of materials containing hazardous substances to the Metro Container Site.

132.    To date, Allied Concrete has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

133.    According to Metro Container Site records, Defendant Almort Inc. ("Almort") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

134.    To date, Almort has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

135.    According to Metro Container Site records, Defendant Alpha Lehigh Tool & Machine Co. ("Alpha Lehigh") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

136.    To date, Alpha Lehigh has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

137.    Defendant Alstom Inc. ("Alstom") is responsible for the waste attributable to "Sprout & Waldron Division."

138.    According to Metro Container Site records, "Sprout & Waldron Division" contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

139.    To date, Alstom has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

140.    Defendant Alta East, Inc. ("Alta East") is responsible for the waste attributable to "Wallace Oil Co."

141.    According to Metro Container Site records, "Wallace Oil Co." contributed at least 145 drums of materials containing hazardous substances to the Metro Container Site.

142.    To date, Alta East has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

143.    According to Metro Container Site records, Defendant Altman Distributing Co., Inc. ("Altman Distributing") contributed at least 433 drums of materials containing hazardous substances to the Metro Container Site.

144.    To date, Altman Distributing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

145.    According to Metro Container Site records, Defendant AM + G Ker ("AM + G Ker") contributed at least 13 drums of materials containing hazardous substances to the Metro Container Site.

146.    To date, AM + G Ker has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

147.    According to Metro Container Site records, Defendant AM Chem ("AM Chem") contributed materials containing hazardous substances to the Metro Container Site.

148.    To date, AM Chem has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

149.    According to Metro Container Site records, Defendant Amaral Motors, Inc. ("Amaral Motors") contributed at least 25 drums of materials containing hazardous substances to the Metro Container Site.

150.     To date, Amaral Motors has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

151.     Defendant Amcast Industrial Corporation ("Amcast Industrial") is responsible for the waste attributable to "Stanley Flagg Co Inc" and "Stanley G. Flagg & Co."

152.     According to Metro Container Site records, "Stanley Flagg Co Inc" and "Stanley G. Flagg & Co." contributed at least 24 drums of materials containing hazardous substances to the Metro Container Site.

153.     To date, Amcast Industrial has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

154.     Defendant American Airlines, Inc. ("American Airlines") is responsible for the waste attributable to "TWA JFK Airport."

155.     According to Metro Container Site records, "TWA JFK Airport" contributed at least 210 drums of materials containing hazardous substances to the Metro Container Site.

156.     To date, American Airlines has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

157.     Defendant American Aluminum Company d/b/a Amalco ("American Aluminum") is responsible for the waste attributable to "New Jersey Aluminum."

158.     According to Metro Container Site records, "New Jersey Aluminum" contributed at least 306 drums of materials containing hazardous substances to the Metro Container Site.

159.     To date, American Aluminum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

160.     Defendant American Atlantic Company ("American Atlantic") is responsible for the waste attributable to "American Dredging."

161.     According to Metro Container Site records, "American Dredging" contributed at least 360 drums of materials containing hazardous substances to the Metro Container Site.

162.     To date, American Atlantic has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

163.     According to Metro Container Site records, Defendant American Biltrite, Inc. ("American Biltrite") contributed at least 58 drums of materials containing hazardous substances to the Metro Container Site.

164.     To date, American Biltrite has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

165.     According to Metro Container Site records, Defendant American Metals & Manufacturing Co. ("American Metals") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

166.     To date, American Metals has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

167.     According to Metro Container Site records, Defendant American News ("American News") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

168.     To date, American News has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

169.     According to Metro Container Site records, Defendant American Oil & Supply International, LLC ("American Oil") contributed at least 198 drums of materials containing hazardous substances to the Metro Container Site.

170.    To date, American Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

171.    Defendant American Zinc Recycling Corp. ("American Zinc") is responsible for the waste attributable to "N.J. Zinc Co."

172.    According to Metro Container Site records, "N.J. Zinc Co." contributed at least 101 drums of materials containing hazardous substances to the Metro Container Site.

173.    To date, American Zinc has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

174.    Defendant Amerigas Propane, Inc. ("Amerigas") is responsible for the waste attributable to "Ace Bottled Gas."

175.    According to Metro Container Site records, "Ace Bottled Gas" contributed at least 1 drum of material containing hazardous substances to the Metro Container Site.

176.    Additionally, Amerigas is responsible for the waste attributable to "F. Gailey."

177.    According to Metro Container Site records, "F. Gailey" contributed at least 29 drums of materials containing hazardous substances to the Metro Container Site.

178.    To date, Amerigas has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

179.    According to Metro Container Site records, Defendant Ames Supply ("Ames Supply") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

180.    To date, Ames Supply has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

181.    Defendant AMF Bowling Centers, Inc. ("AMF Bowling") is responsible for the waste attributable to "A.M.F. Drum Co.," "AMF Drum Company," and "AMF Inc."

182.    According to Metro Container Site records, "A.M.F. Drum Co.," "AMF Drum Company," and "AMF Inc." contributed at least 55,263 drums of materials containing hazardous substances to the Metro Container Site.

183.    To date, AMF Bowling has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

184.    Defendant Amphenol Corporation ("Amphenol") is responsible for the waste attributable to "Bendix Plastics."

185.    According to Metro Container Site records, "Bendix Plastics" contributed at least 32 drums of materials containing hazardous substances to the Metro Container Site.

186.    Additionally, Amphenol is responsible for the waste attributable to "Borg Electronics."

187.    According to Metro Container Site records, "Borg Electronics" contributed at least 36 drums of materials containing hazardous substances to the Metro Container Site.

188.    To date, Amphenol has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

189.    According to Metro Container Site records, Defendant Ampin Steel Cast ("Ampin Steel Cast") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

190.    To date, Ampin Steel Cast has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

191.    According to Metro Container Site records, Defendant Anchor Motor Freight Inc. ("Anchor Motor") contributed at least 180 drums of materials containing hazardous substances to the Metro Container Site.

192.    To date, Anchor Motor has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

193.    According to Metro Container Site records, Defendant Anheuser-Busch Companies, LLC ("Anheuser-Busch") contributed at least 325 drums of materials containing hazardous substances to the Metro Container Site.

194.    To date, Anheuser-Busch has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

195.    Defendant Apache Oil Company, Inc. ("Apache Oil") is responsible for the waste attributable to "Willy's Oil Co."

196.    According to Metro Container Site records, "Willy's Oil Co." contributed at least 19 drums of materials containing hazardous substances to the Metro Container Site.

197.    To date, Apache Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

198.    According to Metro Container Site records, Defendant Appvion, Inc. ("Appvion") contributed at least 37 drums of materials containing hazardous substances to the Metro Container Site.

199.    To date, Appvion has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

200.    Defendant ArcBest Corporation ("ArcBest") is responsible for the waste attributable to "Arkansas Best."

201.     According to Metro Container Site records, "Arkansas Best" contributed at least 11 drums of materials containing hazardous substances to the Metro Container Site.

202.     To date, ArcBest has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

203.     According to Metro Container Site records, Defendant ARCO 4300 ("ARCO 4300") contributed at least 512 drums of materials containing hazardous substances to the Metro Container Site.

204.     To date, ARCO 4300 has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

205.     According to Metro Container Site records, Defendant ARCO Design/Build Industrial, Inc. ("ARCO Design") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

206.     To date, ARCO Design has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

207.     Defendant Argo Technology, Inc. ("Argo Technology") is responsible for the waste attributable to "Argo Industries."

208.     According to Metro Container Site records, "Argo Industries" contributed at least 14 drums of materials containing hazardous substances to the Metro Container Site.

209.     To date, Argo Technology has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

210.     According to Metro Container Site records, Defendant Arlington County Public Schools ("APS") contributed at least 30 drums of materials containing hazardous substances to the Metro Container Site.

211. To date, APS has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

212. Defendant Arnold Transportation Services, Inc. ("Arnold Transportation") is responsible for the waste attributable to "MDA Assoc.," "M.D. Associates," "MD Associates Northeast," and "MD Associates Silver Eag."

213. According to Metro Container Site records, "MDA Assoc.," "M.D. Associates," "MD Associates Northeast," and "MD Associates Silver Eag" contributed at least 1,132 drums of materials containing hazardous substances to the Metro Container Site.

214. To date, Arnold Transportation has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

215. According to Metro Container Site records, Defendant Arrow Fastener Co., LLC ("Arrow Fastener") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

216. To date, Arrow Fastener has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

217. According to Metro Container Site records, Defendant Arrow Material Services ("Arrow Material") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

218. To date, Arrow Material has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

219. According to Metro Container Site records, Defendant Arthur N. Ulrich Company ("Arthur Ulrich") contributed at least 11 drums of materials containing hazardous substances to the Metro Container Site.

220.    To date, Arthur Ulrich has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

221.    According to Metro Container Site records, Defendant Asheville Oil Company ("Asheville Oil") contributed at least 1,497 drums of materials containing hazardous substances to the Metro Container Site.

222.    To date, Asheville Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

223.    Defendant Atlantic Tractor LLC ("Atlantic Tractor") is responsible for the waste attributable to "Clements Supply."

224.    According to Metro Container Site records, "Clements Supply" contributed at least 96 drums of materials containing hazardous substances to the Metro Container Site.

225.    To date, Atlantic Tractor has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

226.    According to Metro Container Site records, Defendant Atlas Oil Company ("Atlas Oil") contributed at least 122 drums of materials containing hazardous substances to the Metro Container Site.

227.    To date, Atlas Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

228.    According to Metro Container Site records, Defendant Aubeco ("Aubeco") contributed at least 63 drums of materials containing hazardous substances to the Metro Container Site.

229.    To date, Aubeco has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

230.     According to Metro Container Site records, Defendant Audubon-Cesco Corporation ("Audubon-Cesco") contributed at least 32 drums of materials containing hazardous substances to the Metro Container Site.

231.     To date, Audubon-Cesco has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

232.     According to Metro Container Site records, Defendant Auman Oil ("Auman Oil") contributed at least 173 drums of materials containing hazardous substances to the Metro Container Site.

233.     To date, Auman Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

234.     According to Metro Container Site records, Defendant Austin-Stull Inc. ("Austin-Stull") contributed materials containing hazardous substances to the Metro Container Site.

235.     To date, Austin-Stull has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

236.     According to Metro Container Site records, Defendant Auto Screw Co. ("Auto Screw") contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

237.     To date, Auto Screw has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

238.     According to Metro Container Site records, Defendant Auto Service Inc. ("Auto Service") contributed at least 48 drums of materials containing hazardous substances to the Metro Container Site.

239.    To date, Auto Service has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

240.    According to Metro Container Site records, Defendant Auto Service Ink ("Auto Service Ink") contributed at least 48 drums of materials containing hazardous substances to the Metro Container Site.

241.    To date, Auto Service Ink has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

242.    According to Metro Container Site records, Defendant Autopart International, Inc. ("Autopart International") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

243.    To date, Autopart International has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

244.    Defendant Avaya Inc. ("Avaya") is responsible for the waste attributable to "Western Electric Co."

245.    According to Metro Container Site records, "Western Electric Co." contributed at least 174 drums of materials containing hazardous substances to the Metro Container Site.

246.    To date, Avaya has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

247.    According to Metro Container Site records, Defendant Avis Rent a Car System, LLC ("Avis") contributed at least 35 drums of materials containing hazardous substances to the Metro Container Site.

248.    To date, Avis has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

249.   Defendant Axle Incorporated ("Axle") is responsible for the waste attributable to "Axel Electronics."

250.   According to Metro Container Site records, "Axel Electronics" contributed at least 123 drums of materials containing hazardous substances to the Metro Container Site.

251.   To date, Axle has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

252.   Defendant B.W.P. Distributors, Inc. ("B.W.P. Distributors") is responsible for the waste attributable to "White Plains Auto Parts."

253.   According to Metro Container Site records, "White Plains Auto Parts" contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

254.   To date, B.W.P. Distributors has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

255.   According to Metro Container Site records, Defendant B&D Transfer Inc. ("B&D Transfer") contributed at least 239 drums of materials containing hazardous substances to the Metro Container Site.

256.   To date, B&D Transfer has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

257.   Defendant The Babcock & Wilcox Company ("Babcock & Wilcox") is responsible for the waste attributable to "Pike Heating Oil."

258.   According to Metro Container Site records, "Pike Heating Oil" contributed at least 73 drums of materials containing hazardous substances to the Metro Container Site.

259.   To date, Babcock & Wilcox has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

260. According to Metro Container Site records, Defendant Bachman's Garage, Inc. ("Bachman's Garage") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

261. To date, Bachman's Garage has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

262. Defendant BAE Systems Information and Electronic Systems Integration Inc. ("BAE Systems") is responsible for the waste attributable to "Fairchild Weston."

263. According to Metro Container Site records, "Fairchild Weston" contributed at least 11 drums of materials containing hazardous substances to the Metro Container Site.

264. To date, BAE Systems has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

265. Defendant BAE Systems, Inc. Platform & Services ("BAE") is responsible for the waste attributable to "Bowen Mclaughlin" and "Bowen McLauglin."

266. According to Metro Container Site records, "Bowen Mclaughlin" and "Bowen McLauglin" contributed at least 504 drums of materials containing hazardous substances to the Metro Container Site.

267. To date, BAE has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

268. Alternatively, Defendant Harsco Corporation ("Harsco") is responsible for the waste attributable to "Bowen Mclaughlin" and "Bowen McLaughlin," as alleged in Paragraph No. 266 above.

269. To date, Harsco has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

270.     According to Metro Container Site records, Defendant Baker Industries ("Baker Industries") contributed at least 11 drums of materials containing hazardous substances to the Metro Container Site.

271.     To date, Baker Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

272.     According to Metro Container Site records, Defendant Baldwin Hardware Corporation ("Baldwin Hardware") contributed at least 20 drums of materials containing hazardous substances to the Metro Container Site.

273.     To date, Baldwin Hardware has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

274.     Defendant Ball Corporation ("Ball") is responsible for the waste attributable to "American Can Co."

275.     According to Metro Container Site records, "American Can Co." contributed at least 1,001 drums of materials containing hazardous substances to the Metro Container Site.

276.     Additionally, Ball is responsible for the waste attributable to "Ball Unimark Plastics."

277.     According to Metro Container Site records, "Ball Unimark Plastics" contributed at least 65 drums of materials containing hazardous substances to the Metro Container Site.

278.     Additionally, Ball is responsible for the waste attributable to "Metal Litho."

279.     According to Metro Container Site records, "Metal Litho" contributed at least 2,602 drums of materials containing hazardous substances to the Metro Container Site.

280.     Additionally, Ball is responsible for the waste attributable to "National Can Corporation."

281.     According to Metro Container Site records, "National Can Corporation" contributed at least 5,110 drums of materials containing hazardous substances to the Metro Container Site.

282.     To date, Ball has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

283.     Alternatively, Defendant Newell Brands ("Newell Brands") is responsible for the waste attributable to "Ball Unimark Plastics," as alleged in Paragraph No. 277 above.

284.     To date, Newell Brands has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

285.     According to Metro Container Site records, Defendant The Baltimore Auto Supply Company ("Baltimore Auto") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

286.     To date, Baltimore Auto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

287.     According to Metro Container Site records, Defendant Baltimore Auto Wire ("Baltimore Auto Wire") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

288.     To date, Baltimore Auto Wire has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

289.     According to Metro Container Site records, Defendant Baltimore Gas & Electric Co. ("Baltimore Gas") contributed at least 233 drums of materials containing hazardous substances to the Metro Container Site.

290.     To date, Baltimore Gas has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

291.     According to Metro Container Site records, Defendant Bandy's Sunoco Oil ("Bandy's Sunoco Oil") contributed at least 58 drums of materials containing hazardous substances to the Metro Container Site.

292.     To date, Bandy's Sunoco Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

293.     According to Metro Container Site records, Defendant Baren National Product ("Baren National Product") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

294.     To date, Baren National Product has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

295.     According to Metro Container Site records, Defendant Barksdale Oils, Inc. ("Barksdale Oils") contributed at least 510 drums of materials containing hazardous substances to the Metro Container Site.

296.     To date, Barksdale Oils has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

297.     According to Metro Container Site records, Defendant Baron Motor Companies ("Baron Motor") contributed at least 52 drums of materials containing hazardous substances to the Metro Container Site.

298.     To date, Baron Motor has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

299.    Defendant Bartco-Penn Petroleum Corporation ("Bartco-Penn") is responsible for the waste attributable to "William R. Gift."

300.    According to Metro Container Site records, "William R. Gift" contributed at least 132 drums of materials containing hazardous substances to the Metro Container Site.

301.    To date, Bartco-Penn has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

302.    According to Metro Container Site records, Defendant Batterycraft, Inc. ("Batterycraft") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

303.    To date, Batterycraft has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

304.    According to Metro Container Site records, Defendant Bay Machine Co. ("Bay Machine") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

305.    To date, Bay Machine has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

306.    According to Metro Container Site records, Defendant Bay Prod. ("Bay Prod.") contributed at least 2,118 drums of materials containing hazardous substances to the Metro Container Site.

307.    To date, Bay Prod. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

308.    According to Metro Container Site records, Defendant Bayly's Septic Service, LLC ("Bayly's Septic") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

309.    To date, Bayly's Septic has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

310.    According to Metro Container Site records, Defendant Bechtel Group, Inc. ("Bechtel Group") contributed at least 378 drums of materials containing hazardous substances to the Metro Container Site.

311.    To date, Bechtel Group has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

312.    According to Metro Container Site records, Defendant Bel-Ray Company, LLC ("Bel-Ray") contributed at least 3,284 drums of materials containing hazardous substances to the Metro Container Site.

313.    To date, Bel-Ray has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

314.    According to Metro Container Site records, Defendant Bell Petroleum, Inc. ("Bell Petroleum") contributed at least 303 drums of materials containing hazardous substances to the Metro Container Site.

315.    To date, Bell Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

316.    According to Metro Container Site records, Defendant Belt, Gas, & Electric ("Belt, Gas, & Electric") contributed at least 172 drums of materials containing hazardous substances to the Metro Container Site.

317.    To date, Belt, Gas, & Electric has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

318.    According to Metro Container Site records, Defendant The Berkebile Oil Company, Inc. ("Berkebile Oil") contributed at least 146 drums of materials containing hazardous substances to the Metro Container Site.

319.    To date, Berkebile Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

320.    According to Metro Container Site records, Defendant Best Machine ("Best Machine") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

321.    To date, Best Machine has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

322.    According to Metro Container Site records, Defendant BethEnergy Mines, Inc. ("BethEnergy") contributed at least 1,121 drums of materials containing hazardous substances to the Metro Container Site.

323.    To date, BethEnergy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

324.    According to Metro Container Site records, Defendant Bethlehem Steel ("Beth Steel") contributed at least 324 drums of materials containing hazardous substances to the Metro Container Site.

325.    To date, Beth Steel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

326.     According to Metro Container Site records, Defendant Better Formed Metals ("Better Formed Metals") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

327.     To date, Better Formed Metals has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

328.     According to Metro Container Site records, Defendant Beyer & Fortner, Inc. ("Beyer & Fortner") contributed at least 76 drums of materials containing hazardous substances to the Metro Container Site.

329.     To date, Beyer & Fortner has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

330.     According to Metro Container Site records, Defendant Bilger & Sons, Inc. ("Bilger & Sons") contributed at least 712 drums of materials containing hazardous substances to the Metro Container Site.

331.     To date, Bilger & Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

332.     According to Metro Container Site records, Defendant Biltmore Oil Company, Inc. ("Biltmore Oil") contributed at least 169 drums of materials containing hazardous substances to the Metro Container Site.

333.     To date, Biltmore Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

334.     Defendant Binghamton Industries, Inc. d/b/a Public Loan Co. ("Binghamton Industries") is responsible for the waste attributable to "Poloron Products" and "Polosen Product."

335. According to Metro Container Site records, "Poloron Products" and "Polosen Product" contributed at least 19 drums of materials containing hazardous substances to the Metro Container Site.

336. To date, Binghamton Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

337. Defendant Blevins Oil, Inc. ("Blevins Oil") is responsible for the waste attributable to "Blue Grass Oils Inc."

338. According to Metro Container Site records, "Blue Grass Oils Inc." contributed at least 1,376 drums of materials containing hazardous substances to the Metro Container Site.

339. To date, Blevins Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

340. According to Metro Container Site records, Defendant Block and Company, Inc. ("Block") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

341. To date, Block has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

342. According to Metro Container Site records, Defendant Blue Chip Products ("Blue Chip Products") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

343. To date, Blue Chip Products has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

344. According to Metro Container Site records, Defendant Blue Ridge Oil Inc. ("Blue Ridge Oil") contributed at least 260 drums of materials containing hazardous substances to the Metro Container Site.

345. To date, Blue Ridge Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

346. According to Metro Container Site records, Defendant Bluegrass Bakery Distributors, Inc. ("Bluegrass Bakery") contributed at least 100 drums of materials containing hazardous substances to the Metro Container Site.

347. To date, Bluegrass Bakery has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

348. According to Metro Container Site records, Defendant Bock Drum Company, Inc. ("Bock Drum") contributed at least 3,353 drums of materials containing hazardous substances to the Metro Container Site.

349. To date, Bock Drum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

350. According to Metro Container Site records, Defendant Bolin Oil Company ("Bolin Oil") contributed at least 185 drums of materials containing hazardous substances to the Metro Container Site.

351. To date, Bolin Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

352. According to Metro Container Site records, Defendant Bollman Hat Company ("Bollman Hat") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

353.     To date, Bollman Hat has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

354.     According to Metro Container Site records, Defendant BorgWarner Inc. ("BorgWarner") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

355.     To date, BorgWarner has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

356.     According to Metro Container Site records, Defendant Bosch Rexroth USA ("Bosch Rexroth") contributed at least 126 drums of materials containing hazardous substances to the Metro Container Site.

357.     To date, Bosch Rexroth has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

358.     According to Metro Container Site records, Defendant Boulden, Inc. d/b/a Boulden Brothers ("Boulden") contributed at least 294 drums of materials containing hazardous substances to the Metro Container Site.

359.     To date, Boulden has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

360.     According to Metro Container Site records, Defendant Bowers & Burrows, Inc. ("Bowers & Burrows") contributed at least 17 drums of materials containing hazardous substances to the Metro Container Site.

361.     To date, Bowers & Burrows has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

362.     According to Metro Container Site records, Defendant Bowman Fuel ("Bowman Fuel") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

363.     To date, Bowman Fuel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

364.     According to Metro Container Site records, Defendant Brandt Patton & Mechanics ("Brandt Patton & Mechanics") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

365.     To date, Brandt Patton & Mechanics has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

366.     Defendant Brenntag Northeast, LLC ("Brenntag Northeast") is responsible for the waste attributable to "East Falls Corp."

367.     According to Metro Container Site records, "East Falls Corp." contributed at least 667 drums of materials containing hazardous substances to the Metro Container Site.

368.     To date, Brenntag Northeast has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

369.     According to Metro Container Site records, Defendant Brewers Co. ("Brewers") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

370.     To date, Brewers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

371.     Defendant Bridgestone Americas Tire Operations, LLC ("Bridgestone Americas") is responsible for the waste attributable to "Phila. TBA Center."

372.    According to Metro Container Site records, "Phila. TBA Center." contributed at least 23 drums of materials containing hazardous substances to the Metro Container Site.

373.    To date, Bridgestone Americas has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

374.    According to Metro Container Site records, Defendant Bridon-American Corporation ("Bridon-American") contributed at least 26 drums of materials containing hazardous substances to the Metro Container Site.

375.    To date, Bridon-American has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

376.    According to Metro Container Site records, Defendant Bristol Metal Co., Inc. ("Bristol Metal") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

377.    To date, Bristol Metal has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

378.    According to Metro Container Site records, Defendant Bronstein Container Company ("Bronstein") contributed at least 4,459 drums of materials containing hazardous substances to the Metro Container Site.

379.    To date, Bronstein has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

380.    According to Metro Container Site records, Defendant Brooks Service Station ("Brooks Service Station") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

381.     To date, Brooks Service Station has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

382.     According to Metro Container Site records, Defendant Brown ARCO ("Brown ARCO") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

383.     To date, Brown ARCO has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

384.     According to Metro Container Site records, Defendant Browns ("Browns") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

385.     To date, Browns has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

386.     According to Metro Container Site records, Defendant Bruce Miller Company ("Bruce Miller") contributed at least 113 drums of materials containing hazardous substances to the Metro Container Site.

387.     To date, Bruce Miller has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

388.     According to Metro Container Site records, Defendant Brulin Holding Company d/b/a BHC ("BHC") contributed at least 275 drums of materials containing hazardous substances to the Metro Container Site.

389.     To date, BHC has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

390.    Defendant Bulova Technologies Group, Inc. ("Bulova") is responsible for the waste attributable to "Hamilton Technology Co."

391.    According to Metro Container Site records, "Hamilton Technology Co." contributed at least 23 drums of materials containing hazardous substances to the Metro Container Site.

392.    To date, Bulova has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

393.    According to Metro Container Site records, Defendant Burnie Whitacker Inc. ("Burnie Whitacker") contributed at least 13 drums of materials containing hazardous substances to the Metro Container Site.

394.    To date, Burnie Whitacker has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

395.    According to Metro Container Site records, Defendant Bus Terminal ("Bus Terminal") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

396.    To date, Bus Terminal has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

397.    Defendant Bux-Mont Transportation, Inc. d/b/a Bux-Mont Transportation Services Co. ("Bux-Mont") is responsible for the waste attributable to "Willow Grove."

398.    According to Metro Container Site records, "Willow Grove" contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

399.    To date, Bux-Mont has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

66

400.     Defendant Buzzi Unicem USA Inc. ("Buzzi Unicem") is responsible for the waste attributable to "Hecules Cement."

401.     According to Metro Container Site records, "Hecules Cement" contributed at least 258 drums of materials containing hazardous substances to the Metro Container Site.

402.     To date, Buzzi Unicem has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

403.     Defendant C.A. Lessig, Inc. ("C.A. Lessig") is responsible for the waste attributable to "B.A. Bowman."

404.     According to Metro Container Site records, "B.A. Bowman" contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

405.     To date, C.A. Lessig has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

406.     According to Metro Container Site records, Defendant C.A. Spalding Company ("C.A. Spalding") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

407.     To date, C.A. Spalding has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

408.     According to Metro Container Site records, Defendant C.E. Lutz, Inc. ("C.E. Lutz") contributed at least 610 drums of materials containing hazardous substances to the Metro Container Site.

409.     To date, C.E. Lutz has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

410.     According to Metro Container Site records, Defendant C.E. Williams Sons Inc. ("C.E. Williams") contributed at least 45 drums of materials containing hazardous substances to the Metro Container Site.

411.     To date, C.E. Williams has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

412.     According to Metro Container Site records, Defendant C.R. Dampman Fuels, Inc. ("Dampman Fuels") contributed at least 258 drums of materials containing hazardous substances to the Metro Container Site.

413.     To date, Dampman Fuels has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

414.     According to Metro Container Site records, Defendant Call Chromycal ("Call Chromycal") contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

415.     To date, Call Chromycal has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

416.     According to Metro Container Site records, Defendant Callahan Chemical Company, Inc. ("Callahan Chemical") contributed at least 12,601 drums of materials containing hazardous substances to the Metro Container Site.

417.     To date, Callahan Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

418.     According to Metro Container Site records, Defendant Calloway Oil Company ("Calloway Oil") contributed at least 53 drums of materials containing hazardous substances to the Metro Container Site.

419.     To date, Calloway Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

420.     According to Metro Container Site records, Defendant Calorite ("Calorite") contributed at least 38 drums of materials containing hazardous substances to the Metro Container Site.

421.     To date, Calorite has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

422.     According to Metro Container Site records, Defendant Calvin E. Powell Drilling & Services, Inc. ("Calvin Powell") contributed at least 19 drums of materials containing hazardous substances to the Metro Container Site.

423.     To date, Calvin Powell has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

424.     According to Metro Container Site records, Defendant Campbell Oil Company (located in North Carolina, hereinafter referred to as "Campbell NC") contributed at least 2,841 drums of materials containing hazardous substances to the Metro Container Site.

425.     To date, Campbell NC has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

426.     Alternatively, Defendant Defendant Campbell Oil Company (located in Ohio, hereinafter referred to as "Campbell OH") is responsible for the waste attributable to Campbell NC, as alleged in Paragraph No. 424 above.

427.     To date, Campbell OH has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

428.     According to Metro Container Site records, Defendant Capital Excavation Company ("Capital Excavation") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

429.     To date, Capital Excavation has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

430.     According to Metro Container Site records, Defendant Capital Products, Inc. ("Capital Products") contributed at least 84 drums of materials containing hazardous substances to the Metro Container Site.

431.     To date, Capital Products has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

432.     According to Metro Container Site records, Defendant Cappelli Excavating Co., Inc. ("Cappelli Excavating") contributed at least 17 drums of materials containing hazardous substances to the Metro Container Site.

433.     To date, Cappelli Excavating has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

434.     According to Metro Container Site records, Defendant Capponi, D. And Sons, Inc. ("Capponi") contributed at least 38 drums of materials containing hazardous substances to the Metro Container Site.

435.     To date, Capponi has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

436.     According to Metro Container Site records, Defendant Carl Bicker Inc. ("Carl Bicker") contributed materials containing hazardous substances to the Metro Container Site.

437. To date, Carl Bicker has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

438. Defendant Carl Glowacki Trucking, Inc. ("Carl Glowacki") is responsible for the waste attributable to "Suburban Oil Co."

439. According to Metro Container Site records, "Suburban Oil Co." contributed at least 248 drums of materials containing hazardous substances to the Metro Container Site.

440. Additionally, Carl Glowacki is responsible for the waste attributable to "Suburban Oil Service."

441. According to Metro Container Site records, "Suburban Oil Service" contributed at least 100 drums of materials containing hazardous substances to the Metro Container Site.

442. To date, Carl Glowacki has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

443. According to Metro Container Site records, Defendant Carl R. Bieber, Inc. ("Bieber") contributed at least 77 drums of materials containing hazardous substances to the Metro Container Site.

444. To date, Bieber has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

445. Defendant Carlisle Companies Incorporated ("Carlisle Companies") is responsible for the waste attributable to "Carlisle Tire & Rubber."

446. According to Metro Container Site records, "Carlisle Tire & Rubber" contributed at least 79 drums of materials containing hazardous substances to the Metro Container Site.

447. To date, Carlisle Companies has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

448.    According to Metro Container Site records, Defendant Carpenter Technology Corporation d/b/a Cartech ("Carpenter Technology") contributed at least 658 drums of materials containing hazardous substances to the Metro Container Site.

449.    To date, Carpenter Technology has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

450.    Defendant Carroll Independent Fuel, LLC ("Carroll Independent") is responsible for the waste attributable to "S. Lease Warner."

451.    According to Metro Container Site records, "S. Lease Warner" contributed at least 254 drums of materials containing hazardous substances to the Metro Container Site.

452.    To date, Carroll Independent has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

453.    Defendant Carson Companies Inc. ("Carson Companies") is responsible for the waste attributable to "Tri County Oil Co" and "Tri-Country Oil Co."

454.    According to Metro Container Site records, "Tri County Oil Co" and "Tri-Country Oil Co" contributed at least 422 drums of materials containing hazardous substances to the Metro Container Site.

455.    To date, Carson Companies has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

456.    According to Metro Container Site records, Defendant Carson Line Co. ("Carson Line") contributed at least 30 drums of materials containing hazardous substances to the Metro Container Site.

457.    To date, Carson Line has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

458.     According to Metro Container Site records, Defendant Cary Oil Co., Inc. ("Cary Oil") contributed at least 151 drums of materials containing hazardous substances to the Metro Container Site.

459.     To date, Cary Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

460.     Defendant Casey's General Stores, Inc. ("Casey's") is responsible for the waste attributable to "Nordstrom Oil Co."

461.     According to Metro Container Site records, "Nordstrom Oil Co." contributed at least 24 drums of materials containing hazardous substances to the Metro Container Site.

462.     To date, Casey's has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

463.     According to Metro Container Site records, Defendant Cash Purchase ("Cash Purchase") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

464.     To date, Cash Purchase has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

465.     Defendant CBS Corporation ("CBS") is responsible for the waste attributable to "Westinghouse Electric."

466.     According to Metro Container Site records, "Westinghouse Electric" contributed at least 2,508 drums of materials containing hazardous substances to the Metro Container Site.

467.     To date, CBS has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

468.    According to Metro Container Site records, Defendant CC ("CC") contributed at least 101 drums of materials containing hazardous substances to the Metro Container Site.

469.    To date, CC has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

470.    According to Metro Container Site records, Defendant Cement Cemetary ("Cement Cemetary") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

471.    To date, Cement Cemetary has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

472.    Defendant Central Air Freight Services, Inc. ("Central Air") is responsible for the waste attributable to "Air Delivery Service."

473.    According to Metro Container Site records, "Air Delivery Service" contributed at least 33 drums of materials containing hazardous substances to the Metro Container Site.

474.    To date, Central Air has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

475.    According to Metro Container Site records, Defendant Central Lube ("Central Lube") contributed at least 445 drums of materials containing hazardous substances to the Metro Container Site.

476.    To date, Central Lube has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

477.    Defendant Cenveo Corporation ("Cenveo") is responsible for the waste attributable to "Phototype Color Graphics."

478.     According to Metro Container Site records, "Phototype Color Graphics" contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

479.     To date, Cenveo has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

480.     According to Metro Container Site records, Defendant CertainTeed Corporation ("CertainTeed") contributed at least 484 drums of materials containing hazardous substances to the Metro Container Site.

481.     To date, CertainTeed has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

482.     According to Metro Container Site records, Defendant Champion Truck ("Champion Truck") contributed at least 76 drums of materials containing hazardous substances to the Metro Container Site.

483.     To date, Champion Truck has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

484.     According to Metro Container Site records, Defendant Champion Valley ("Champion Valley") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

485.     To date, Champion Valley has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

486.     According to Metro Container Site records, Defendant Chapin Oil Service ("Chapin Oil") contributed at least 25 drums of materials containing hazardous substances to the Metro Container Site.

487.    To date, Chapin Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

488.    According to Metro Container Site records, Defendant Chapler Corp. ("Chapler") contributed at least 96 drums of materials containing hazardous substances to the Metro Container Site.

489.    To date, Chapler has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

490.    According to Metro Container Site records, Defendant Chem Clear ("Chem Clear") contributed at least 100 drums of materials containing hazardous substances to the Metro Container Site.

491.    To date, Chem Clear has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

492.    Defendant Christian Heating and Air Conditioning, Inc. ("Christian Heating") is responsible for the waste attributable to "Peppleman Oil Co." and "Peppelmen Oil Co."

493.    According to Metro Container Site records, "Peppleman Oil Co." and "Peppelmen Oil Co." contributed at least 396 drums of materials containing hazardous substances to the Metro Container Site.

494.    To date, Christian Heating has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

495.    According to Metro Container Site records, Defendant Cianbro Corporation ("Cianbro") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

496.     To date, Cianbro has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

497.     According to Metro Container Site records, Defendant CK Resources LLC ("CK Resources") contributed at least 17 drums of materials containing hazardous substances to the Metro Container Site.

498.     To date, CK Resources has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

499.     According to Metro Container Site records, Defendant Clark's Petroleum Service Inc. ("Clark's Petroleum") contributed at least 127 drums of materials containing hazardous substances to the Metro Container Site.

500.     To date, Clark's Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

501.     Defendant Classic Enterprise, Inc. d/b/a Classic Car Wash ("Classic Enterprise") is responsible for the waste attributable to "Mass Family Corp."

502.     According to Metro Container Site records, "Mass Family Corp." contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

503.     To date, Classic Enterprise has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

504.     According to Metro Container Site records, Defendant The Clay Distributing Co. ("Clay Distributing") contributed at least 260 drums of materials containing hazardous substances to the Metro Container Site.

505.     To date, Clay Distributing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

506.    According to Metro Container Site records, Defendant Clover Farms Dairy ("Clover Farms") contributed at least 20 drums of materials containing hazardous substances to the Metro Container Site.

507.    To date, Clover Farms has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

508.    Defendant CNH Industrial America LLC ("CNH Industrial") is responsible for the waste attributable to "Sperry-New Holland."

509.    According to Metro Container Site records, "Sperry-New Holland" contributed at least 1,075 drums of materials containing hazardous substances to the Metro Container Site.

510.    To date, CNH Industrial has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

511.    According to Metro Container Site records, Defendant Coalfield Lumber Co., Inc. ("Coalfield Lumber") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

512.    To date, Coalfield Lumber has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

513.    Defendant Coen Oil Company ("Coen Oil") is responsible for the waste attributable to "Ashbridge Oil."

514.    According to Metro Container Site records, "Ashbridge Oil" contributed at least 56 drums of materials containing hazardous substances to the Metro Container Site.

515.    To date, Coen Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

516.    According to Metro Container Site records, Defendant Colorite Plastics Company ("Colorite Plastics") contributed at least 92 drums of materials containing hazardous substances to the Metro Container Site.

517.    To date, Colorite Plastics has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

518.    According to Metro Container Site records, Defendant Commonwealth Oil Corporation ("Commonwealth Oil") contributed at least 158 drums of materials containing hazardous substances to the Metro Container Site.

519.    To date, Commonwealth Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

520.    According to Metro Container Site records, Defendant Community Auto ("Community Auto") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

521.    To date, Community Auto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

522.    According to Metro Container Site records, Defendant Community Fuels, Inc. ("Community Fuels") contributed at least 43 drums of materials containing hazardous substances to the Metro Container Site.

523.    To date, Community Fuels has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

524.    According to Metro Container Site records, Defendant Company Operated St. ("Company Operated") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

525.     To date, Company Operated has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

526.     Defendant Compass Group USA, Inc. ("Compass Group") is responsible for the waste attributable to "Canteen Corp."

527.     According to Metro Container Site records, "Canteen Corp." contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

528.     To date, Compass Group has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

529.     Defendant Concrete Pipe & Precast, LLC ("Concrete Pipe") is responsible for the waste attributable to "Concrete Pipe Products."

530.     According to Metro Container Site records, "Concrete Pipe Products" contributed at least 49 drums of materials containing hazardous substances to the Metro Container Site.

531.     To date, Concrete Pipe has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

532.     According to Metro Container Site records, Defendant Conestoga Foundry Supply Company, Inc. ("Conestoga Foundry") contributed at least 712 drums of materials containing hazardous substances to the Metro Container Site.

533.     To date, Conestoga Foundry has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

534.     According to Metro Container Site records, Defendant Conestoga Fuels Inc. ("Conestoga Fuels") contributed at least 4,095 drums of materials containing hazardous substances to the Metro Container Site.

535.    To date, Conestoga Fuels has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

536.    Defendant Connumah Corp. ("Connumah") is responsible for the waste attributable to "Sherer Oil Co."

537.    According to Metro Container Site records, "Sherer Oil Co" contributed at least 75 drums of materials containing hazardous substances to the Metro Container Site.

538.    To date, Connumah has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

539.    Defendant Conny Oil, Inc. ("Conny Oil") is responsible for the waste attributable to "Roanoke Oil Co." and "Roanoke Oil Distributors Inc."

540.    According to Metro Container Site records, "Roanoke Oil Co." and "Roanoke Oil Distributors Inc." contributed at least 460 drums of materials containing hazardous substances to the Metro Container Site.

541.    To date, Conny Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

542.    According to Metro Container Site records, Defendant Conshohocken Construction, Inc. ("Conshohocken Construction") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

543.    To date, Conshohocken Construction has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

544.    Defendant Consolidated Container Company LP ("Consolidated Container") is responsible for the waste attributable to "Continental Plastic."

545.     According to Metro Container Site records, "Continental Plastic" contributed at least 266 drums of materials containing hazardous substances to the Metro Container Site.

546.     To date, Consolidated Container has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

547.     According to Metro Container Site records, Defendant Consolidated Elevator Service Corp. ("Consolidated Elevator") contributed at least 54 drums of materials containing hazardous substances to the Metro Container Site.

548.     To date, Consolidated Elevator has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

549.     According to Metro Container Site records, Defendant Consolidated Mechanical, Inc. ("Consolidated Mechanical") contributed at least 152 drums of materials containing hazardous substances to the Metro Container Site.

550.     To date, Consolidated Mechanical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

551.     Defendant Consolidated Scrap Resources, Inc. ("CSR") is responsible for the waste attributable to "B. Abrams & Sons."

552.     According to Metro Container Site records, "B. Abrams & Sons" contributed at least 15 drums of materials containing hazardous substances to the Metro Container Site.

553.     To date, CSR has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

554.     According to Metro Container Site records, Defendant Construction Systems Inc. ("Construction Systems") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

555.     To date, Construction Systems has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

556.     Defendant Continental Tire of the Americas, LLC ("Continental Tire") is responsible for the waste attributable to "General Tire & Rubber Co."

557.     According to Metro Container Site records, "General Tire & Rubber Co." contributed at least 195 drums of materials containing hazardous substances to the Metro Container Site.

558.     To date, Continental Tire has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

559.     According to Metro Container Site records, Defendant Cornell-Dubilier Electronics, Inc. ("Cornell-Dubilier") contributed at least 50 drums of materials containing hazardous substances to the Metro Container Site.

560.     To date, Cornell-Dubilier has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

561.     According to Metro Container Site records, Defendant Corning Incorporated ("Corning") contributed at least 90 drums of materials containing hazardous substances to the Metro Container Site.

562.     To date, Corning has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

563.     According to Metro Container Site records, Defendant Corporate Express, Inc. d/b/a NYC Bus Company ("Corporate Express") contributed at least 33 drums of materials containing hazardous substances to the Metro Container Site.

564.    To date, Corporate Express has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

565.    According to Metro Container Site records, Defendant Country Automotive ("Country Auto") contributed at least 28 drums of materials containing hazardous substances to the Metro Container Site.

566.    To date, Country Auto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

567.    Defendant Country Fresh Mushroom Co. ("Country Fresh") is responsible for the waste attributable to "Wilson Mushroom Co."

568.    According to Metro Container Site records, "Wilson Mushroom Co." contributed at least 35 drums of materials containing hazardous substances to the Metro Container Site.

569.    To date, Country Fresh has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

570.    Defendant CPV Manufacturing, Inc. ("CPV") is responsible for the waste attributable to "Moldcraft."

571.    According to Metro Container Site records, "Moldcraft" contributed at least 33 drums of materials containing hazardous substances to the Metro Container Site.

572.    To date, CPV has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

573.    According to Metro Container Site records, Defendant Cramco, Inc. ("Cramco") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

574. To date, Cramco has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

575. According to Metro Container Site records, Defendant Crescent Industries, Inc. ("Crescent Industries") contributed materials containing hazardous substances to the Metro Container Site.

576. To date, Crescent Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

577. Defendant Crestwood Midstream Partners LP ("Crestwood Midstream") is responsible for the waste attributable to "Prince Oil Co."

578. According to Metro Container Site records, "Prince Oil Co." contributed at least 110 drums of materials containing hazardous substances to the Metro Container Site.

579. To date, Crestwood Midstream has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

580. According to Metro Container Site records, Defendant Creywood Oil Company d/b/a Colony Tire & Service ("Creywood Oil") contributed at least 18 drums of materials containing hazardous substances to the Metro Container Site.

581. To date, Creywood Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

582. According to Metro Container Site records, Defendant Crosby-Whipple Oil Corporation ("Crosby-Whipple") contributed at least 251 drums of materials containing hazardous substances to the Metro Container Site.

583. To date, Crosby-Whipple has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

584.     Defendant CSX Corporation ("CSX") is responsible for the waste attributable to "Family Lines Rail System."

585.     According to Metro Container Site records, "Family Lines Rail System" contributed at least 528 drums of materials containing hazardous substances to the Metro Container Site.

586.     To date, CSX has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

587.     According to Metro Container Site records, Defendant Cut Rate ("Cut Rate") contributed at least 79 drums of materials containing hazardous substances to the Metro Container Site.

588.     To date, Cut Rate has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

589.     According to Metro Container Site records, Defendant Cutcana ("Cutcana") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

590.     To date, Cutcana has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

591.     According to Metro Container Site records, Defendant D&B Express, Inc. ("D&B Express") contributed at least 1,963 drums of materials containing hazardous substances to the Metro Container Site.

592.     To date, D&B Express has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

593.    According to Metro Container Site records, Defendant D&R Supply, Inc. ("D&R Supply") contributed at least 37 drums of materials containing hazardous substances to the Metro Container Site.

594.    To date, D&R Supply has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

595.    According to Metro Container Site records, Defendant Daily Express, Inc. ("Daily Express") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

596.    To date, Daily Express has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

597.    Defendant Dairy Farmers of America, Inc. ("Dairy Farmers") is responsible for the waste attributable to "Dietrick Milk Prod."

598.    According to Metro Container Site records, "Dietrick Milk Prod" contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

599.    To date, Dairy Farmers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

600.    According to Metro Container Site records, Defendant Dana Incorporated ("Dana Incorporated") contributed at least 1,685 drums of materials containing hazardous substances to the Metro Container Site.

601.    To date, Dana Incorporated has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

602.    According to Metro Container Site records, Defendant Danielson Oil Company, Inc. ("Danielson Oil") contributed at least 593 drums of materials containing hazardous substances to the Metro Container Site.

603.    To date, Danielson Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

604.    According to Metro Container Site records, Defendant Dart Container Corp. ("Dart Container") contributed at least 31 drums of materials containing hazardous substances to the Metro Container Site.

605.    To date, Dart Container has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

606.    According to Metro Container Site records, Defendant Datalogic USA, Inc. ("Datalogic") contributed at least 35 drums of materials containing hazardous substances to the Metro Container Site.

607.    To date, Datalogic has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

608.    Defendant Davenport Energy, Inc. ("Davenport Energy") is responsible for the waste attributable to "Chatham Oil Co."

609.    According to Metro Container Site records, "Chatham Oil Co." contributed at least 917 drums of materials containing hazardous substances to the Metro Container Site.

610.    To date, Davenport Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

611.     According to Metro Container Site records, Defendant Davey Company ("Davey") contributed at least 358 drums of materials containing hazardous substances to the Metro Container Site.

612.     To date, Davey has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

613.     According to Metro Container Site records, Defendant David M. Kelly, LLC ("David M. Kelly") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

614.     To date, David M. Kelly has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

615.     According to Metro Container Site records, Defendant David Schwartz Construction Inc. ("Schwartz Construction") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

616.     To date, Schwartz Construction has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

617.     According to Metro Container Site records, Defendant Davidson Store Co. ("Davidson Store") contributed materials containing hazardous substances to the Metro Container Site.

618.     To date, Davidson Store has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

619.     According to Metro Container Site records, Defendant Davis Fuels of Epsom, Inc. ("Davis Fuels") contributed at least 256 drums of materials containing hazardous substances to the Metro Container Site.

620.    To date, Davis Fuels has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

621.    According to Metro Container Site records, Defendant DCA Food Equipment Co. ("DCA Food Equipment") contributed at least 19 drums of materials containing hazardous substances to the Metro Container Site.

622.    To date, DCA Food Equipment has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

623.    According to Metro Container Site records, Defendant Dean Oil Company, Inc. ("Dean Oil") contributed at least 525 drums of materials containing hazardous substances to the Metro Container Site.

624.    To date, Dean Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

625.    Defendant Decorative Aides Co. Inc. ("Decorative Aides") is responsible for the waste attributable to "Manufacturers Aid."

626.    According to Metro Container Site records, "Manufacturers Aid" contributed at least 40 drums of materials containing hazardous substances to the Metro Container Site.

627.    To date, Decorative Aides has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

628.    According to Metro Container Site records, Defendant Deiter Bros. Fuel Co., Inc. ("Deiter Bros.") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

629.    Additionally, Deiter Bros. is responsible for the waste attributable to "Walters Oil Inc."

630.    According to Metro Container Site records, "Walters Oil Inc." contributed at least 746 drums of materials containing hazardous substances to the Metro Container Site.

631.    To date, Deiter Bros. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

632.    According to Metro Container Site records, Defendant Delmarva Power and Light Company ("Delmarva Power") contributed at least 598 drums of materials containing hazardous substances to the Metro Container Site.

633.    To date, Delmarva Power has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

634.    Defendant Delta Air Lines, Inc. ("Delta") is responsible for the waste attributable to "Pan AM Cargo," "Pan AM Hanger," and "Pan America."

635.    According to Metro Container Site records, "Pan AM Cargo," "Pan AM Hanger," and "Pan America" contributed at least 319 drums of materials containing hazardous substances to the Metro Container Site.

636.    To date, Delta has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

637.    According to Metro Container Site records, Defendant Dematte Oil Service, Inc. ("Dematte Oil") contributed at least 129 drums of materials containing hazardous substances to the Metro Container Site.

638.    To date, Dematte Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

639.    According to Metro Container Site records, Defendant Dena Corporation ("Dena") contributed materials containing hazardous substances to the Metro Container Site.

640.    To date, Dena has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

641.    Defendant Dependable Distribution Services, Inc. ("Dependable Distribution") is responsible for the waste attributable to "Reisch Trucking."

642.    According to Metro Container Site records, "Reisch Trucking" contributed at least 13 drums of materials containing hazardous substances to the Metro Container Site.

643.    To date, Dependable Distribution has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

644.    According to Metro Container Site records, Defendant DeSousa Oil and Service Corp. ("DeSousa Oil") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

645.    To date, DeSousa Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

646.    According to Metro Container Site records, Defendant Dietz & Watson, Inc. ("Dietz & Watson") contributed at least 11 drums of materials containing hazardous substances to the Metro Container Site.

647.    To date, Dietz & Watson has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

648.    According to Metro Container Site records, Defendant Diffel Co. ("Diffel") contributed at least 24 drums of materials containing hazardous substances to the Metro Container Site.

649.    To date, Diffel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

650.    According to Metro Container Site records, Defendant DME Co. LLC ("DME") contributed at least 20 drums of materials containing hazardous substances to the Metro Container Site.

651.    To date, DME has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

652.    According to Metro Container Site records, Defendant Dogan Well Drilling Inc. ("Dogan Drilling") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

653.    To date, Dogan Drilling has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

654.    According to Metro Container Site records, Defendant Domoco Oil & Gas Co. ("Domoco Oil & Gas") contributed at least 286 drums of materials containing hazardous substances to the Metro Container Site.

655.    To date, Domoco Oil & Gas has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

656.    According to Metro Container Site records, Defendant Don Adams Oil Co., Inc. ("Don Adams Oil") contributed at least 654 drums of materials containing hazardous substances to the Metro Container Site.

657.    To date, Don Adams Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

658.    According to Metro Container Site records, Defendant Doran & Sons ("Doran & Sons") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

659.    To date, Doran & Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

660.    According to Metro Container Site records, Defendant Dozz & Oliver Inc. ("Dozz & Oliver") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

661.    To date, Dozz & Oliver has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

662.    According to Metro Container Site records, Defendant Drew Chemical Corporation ("Drew Chemical") contributed at least 192 drums of materials containing hazardous substances to the Metro Container Site.

663.    To date, Drew Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

664.    Defendant Driver-Harris Company ("Driver-Harris") is responsible for the waste attributable to "Driver Harris."

665.    According to Metro Container Site records, "Driver Harris" contributed at least 77 drums of materials containing hazardous substances to the Metro Container Site.

666.    To date, Driver-Harris has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

667.    Alternatively, Defendant IDH Cables Ltd. ("IDH Cables") is responsible for the waste attributable to "Driver Harris," as alleged in Paragraph No. 665 above.

668.    To date, IDH Cables has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

669.     According to Metro Container Site records, Defendant Drug Plastics and Glass Company, Inc. ("Drug Plastics") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

670.     To date, Drug Plastics has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

671.     According to Metro Container Site records, Defendant Duel Ford Co. ("Duel Ford") contributed at least 18 drums of materials containing hazardous substances to the Metro Container Site.

672.     To date, Duel Ford has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

673.     According to Metro Container Site records, Defendant Duell Fuel Co. ("Duell Fuel") contributed at least 277 drums of materials containing hazardous substances to the Metro Container Site.

674.     To date, Duell Fuel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

675.     According to Metro Container Site records, Defendant Duke Energy Corp. ("Duke Energy") contributed at least 56 drums of materials containing hazardous substances to the Metro Container Site.

676.     To date, Duke Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

677.     According to Metro Container Site records, Defendant Duke Heating Oil, Inc. ("Duke Heating") contributed at least 246 drums of materials containing hazardous substances to the Metro Container Site.

678.    To date, Duke Heating has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

679.    According to Metro Container Site records, Defendant Dunlap, Mellor and Company, Inc. ("Dunlap") contributed at least 3,241 drums of materials containing hazardous substances to the Metro Container Site.

680.    To date, Dunlap has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

681.    According to Metro Container Site records, Defendant Dunmore Oil Co., Inc. ("Dunmore Oil") contributed at least 161 drums of materials containing hazardous substances to the Metro Container Site.

682.    To date, Dunmore Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

683.    Defendant Dunne Manning Inc. ("Dunne Manning") is responsible for the waste attributable to "Topper Petroleum."

684.    According to Metro Container Site records, "Topper Petroleum" contributed at least 33 drums of materials containing hazardous substances to the Metro Container Site.

685.    To date, Dunne Manning has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

686.    According to Metro Container Site records, Defendant Duquesne Light Holdings, Inc. ("Duquesne Light") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

687.    To date, Duquesne Light has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

688.    Defendant DWK Life Sciences LLC ("DWK Sciences") is responsible for the waste attributable to "Wheaton Plastics."

689.    According to Metro Container Site records, "Wheaton Plastics" contributed at least 126 drums of materials containing hazardous substances to the Metro Container Site.

690.    To date, DWK Sciences has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

691.    According to Metro Container Site records, Defendant Dyer Quarry, Inc. ("Dyer Quarry") contributed at least 72 drums of materials containing hazardous substances to the Metro Container Site.

692.    To date, Dyer Quarry has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

693.    Defendant Dynamics Corporation of America ("Dynamics Corporation") is responsible for the waste attributable to "Reeves Hoffman."

694.    According to Metro Container Site records, "Reeves Hoffman" contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

695.    To date, Dynamics Corporation has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

696.    According to Metro Container Site records, Defendant Dynapac North America LLC ("Dynapac") contributed at least 32 drums of materials containing hazardous substances to the Metro Container Site.

697.    To date, Dynapac has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

698.     According to Metro Container Site records, Defendant E.&J. Gallo Winery ("Gallo") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

699.     To date, Gallo has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

700.     According to Metro Container Site records, Defendant E.E. Kouch & Sons ("E.E. Kouch & Sons") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

701.     To date, E.E. Kouch & Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

702.     According to Metro Container Site records, Defendant E.F. Wilkinson & Sons Inc. ("E.F. Wilkinson") contributed materials containing hazardous substances to the Metro Container Site.

703.     To date, E.F. Wilkinson has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

704.     According to Metro Container Site records, Defendant E.J. Breneman, LLC ("EJB") contributed at least 24 drums of materials containing hazardous substances to the Metro Container Site.

705.     To date, EJB has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

706.     According to Metro Container Site records, Defendant East Alco ("East Alco") contributed at least 90 drums of materials containing hazardous substances to the Metro Container Site.

707.    To date, East Alco has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

708.    Defendant East Avenue Auto ("East Avenue Auto") is responsible for the waste attributable to "Paul T. Marone."

709.    According to Metro Container Site records, "Paul T. Marone" contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

710.    To date, East Avenue Auto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

711.    According to Metro Container Site records, Defendant East Coast Railroad ("East Coast Railroad") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

712.    To date, East Coast Railroad has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

713.    According to Metro Container Site records, Defendant Eastern Steel Drum Div. ("Eastern Steel Drum") contributed at least 229 drums of materials containing hazardous substances to the Metro Container Site.

714.    To date, Eastern Steel Drum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

715.    According to Metro Container Site records, Defendant Eastman Kodak Company ("Kodak") contributed at least 305 drums of materials containing hazardous substances to the Metro Container Site.

716.    To date, Kodak has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

717.    According to Metro Container Site records, Defendant Echols Oil Company, Inc. ("Echols Oil") contributed at least 106 drums of materials containing hazardous substances to the Metro Container Site.

718.    To date, Echols Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

719.    According to Metro Container Site records, Defendant Eddie's Auto Sales ("Eddie's Auto") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

720.    To date, Eddie's Auto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

721.    According to Metro Container Site records, Defendant Edelen & Boyer Co., Inc. ("Edelen & Boyer") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

722.    To date, Edelen & Boyer has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

723.    According to Metro Container Site records, Defendant Edris Oil Service, Inc. ("Edris Oil") contributed at least 176 drums of materials containing hazardous substances to the Metro Container Site.

724.    To date, Edris Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

725.    According to Metro Container Site records, Defendant Edward E. Goldberg & Sons, Inc. ("Goldberg & Sons") contributed at least 18 drums of materials containing hazardous substances to the Metro Container Site.

726.    To date, Goldberg & Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

727.    Defendant Edwards Oil Company, Inc. d/b/a Quick Mart ("Edwards Oil") is responsible for the waste attributable to "Flippo's Oil Co."

728.    According to Metro Container Site records, "Flippo's Oil Co." contributed at least 337 drums of materials containing hazardous substances to the Metro Container Site.

729.    To date, Edwards Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

730.    According to Metro Container Site records, Defendant EFCO Inc. d/b/a Erie Press Systems ("EFCO") contributed at least 18 drums of materials containing hazardous substances to the Metro Container Site.

731.    To date, EFCO has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

732.    According to Metro Container Site records, Defendant Eggers, Caryl, & Corrigan, Inc. ("Caryl & Corrigan") contributed at least 20 drums of materials containing hazardous substances to the Metro Container Site.

733.    To date, Caryl & Corrigan has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

734.    According to Metro Container Site records, Defendant Egon Oil & Supply ("Egon Oil") contributed at least 169 drums of materials containing hazardous substances to the Metro Container Site.

735.    To date, Egon Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

736.     According to Metro Container Site records, Defendant Eichelbergers, Inc. ("Eichelbergers") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

737.     To date, Eichelbergers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

738.     Defendant Elbit Systems of America, LLC ("Elbit Systems") is responsible for the waste attributable to "Fairchild Republic."

739.     According to Metro Container Site records, "Fairchild Republic" contributed at least 46 drums of materials containing hazardous substances to the Metro Container Site.

740.     To date, Elbit Systems has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

741.     According to Metro Container Site records, Defendant Elias Tarabesli ("Elias Tarabesli") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

742.     To date, Elias Tarabesli has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

743.     Defendant Ellicott Dredges, LLC ("Ellicott Dredges") is responsible for the waste attributable to "Pellicot Machine Corp."

744.     According to Metro Container Site records, "Pellicot Machine Corp" contributed at least 15 drums of materials containing hazardous substances to the Metro Container Site.

745.     To date, Ellicott Dredges has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

746.    According to Metro Container Site records, Defendant Emmart Oil Company ("Emmart Oil") contributed at least 93 drums of materials containing hazardous substances to the Metro Container Site.

747.    To date, Emmart Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

748.    According to Metro Container Site records, Defendant Emulsion Manufacturing ("Emulsion Manufacturing") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

749.    To date, Emulsion Manufacturing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

750.    According to Metro Container Site records, Defendant Emulsion Processing Inc. ("Emulsion Processing") contributed at least 11 drums of materials containing hazardous substances to the Metro Container Site.

751.    To date, Emulsion Processing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

752.    According to Metro Container Site records, Defendant Enright Oil ("Enright Oil") contributed at least 174 drums of materials containing hazardous substances to the Metro Container Site.

753.    To date, Enright Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

754.    According to Metro Container Site records, Defendant EQT Corporation ("EQT") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

755.     To date, EQT has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

756.     According to Metro Container Site records, Defendant Equipment Service Co. ("Equipment Service") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

757.     To date, Equipment Service has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

758.     According to Metro Container Site records, Defendant ER Mansfeld, LLC d/b/a Walker Fuels ("ER Mansfeld") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

759.     To date, ER Mansfeld has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

760.     According to Metro Container Site records, Defendant Erb Brothers Landscaping, Inc. ("Erb Brothers") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

761.     To date, Erb Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

762.     According to Metro Container Site records, Defendant Essclem Co. ("Essclem") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

763.     To date, Essclem has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

764.    Defendant Eversource Energy ("Eversource") is responsible for the waste attributable to "Connecticut Light & Power."

765.    According to Metro Container Site records, "Connecticut Light & Power" contributed at least 66 drums of materials containing hazardous substances to the Metro Container Site.

766.    To date, Eversource has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

767.    According to Metro Container Site records, Defendant Eves Trucking Co. ("Eves Trucking") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

768.    To date, Eves Trucking has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

769.    According to Metro Container Site records, Defendant Excella Oil Company ("Excella Oil") contributed at least 610 drums of materials containing hazardous substances to the Metro Container Site.

770.    To date, Excella Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

771.    According to Metro Container Site records, Defendant F. Hoffman-La Roche AG ("Hoffman-La Roche") contributed at least 500 drums of materials containing hazardous substances to the Metro Container Site.

772.    To date, Hoffman-La Roche has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

773.     According to Metro Container Site records, Defendant F.L. Roberts & Co., Inc. ("F.L. Roberts") contributed at least 98 drums of materials containing hazardous substances to the Metro Container Site.

774.     To date, F.L. Roberts has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

775.     According to Metro Container Site records, Defendant F.M. Powell, Inc. ("F.M. Powell") contributed at least 528 drums of materials containing hazardous substances to the Metro Container Site.

776.     To date, F.M. Powell has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

777.     According to Metro Container Site records, Defendant F&W Parts ("F&W Parts") contributed at least 36 drums of materials containing hazardous substances to the Metro Container Site.

778.     To date, F&W Parts has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

779.     According to Metro Container Site records, Defendant F&Y Auto Parts ("F&Y Auto") contributed materials containing hazardous substances to the Metro Container Site.

780.     To date, F&Y Auto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

781.     According to Metro Container Site records, Defendant Falco & Verst ("Falco & Verst") contributed at least 15 drums of materials containing hazardous substances to the Metro Container Site.

782.     To date, Falco & Verst has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

783.     According to Metro Container Site records, Defendant Falcon Oil Co., Inc. ("Falcon Oil") contributed at least 136 drums of materials containing hazardous substances to the Metro Container Site.

784.     To date, Falcon Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

785.     According to Metro Container Site records, Defendant Fanckle Bros. ("Fanckle Bros.") contributed at least 20 drums of materials containing hazardous substances to the Metro Container Site.

786.     To date, Fanckle Bros. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

787.     According to Metro Container Site records, Defendant Fanelli Brothers Trucking Company ("Fanelli Trucking") contributed at least 31 drums of materials containing hazardous substances to the Metro Container Site.

788.     To date, Fanelli Trucking has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

789.     According to Metro Container Site records, Defendant Farmers Co-op Gran Co. ("Farmers Co-op") contributed at least 166 drums of materials containing hazardous substances to the Metro Container Site.

790.     To date, Farmers Co-op has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

791.    According to Metro Container Site records, Defendant Farred Co-Op ("Farred Co-Op") contributed at least 165 drums of materials containing hazardous substances to the Metro Container Site.

792.    To date, Farred Co-Op has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

793.    According to Metro Container Site records, Defendant Father Judge High School ("Father Judge") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

794.    To date, Father Judge has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

795.    According to Metro Container Site records, Defendant Fegley Oil Company Incorporated ("Fegley Oil") contributed at least 808 drums of materials containing hazardous substances to the Metro Container Site.

796.    To date, Fegley Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

797.    Defendant Ferguson Enterprises, Inc. ("Ferguson Enterprises") is responsible for the waste attributable to "Lyon Conklin & Co."

798.    According to Metro Container Site records, "Lyon Conklin & Co." contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

799.    To date, Ferguson Enterprises has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

800.    According to Metro Container Site records, Defendant Ferrari Sun ("Ferrari Sun") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

801.    To date, Ferrari Sun has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

802.    Defendant Fiat Chrysler Automobiles US LLC ("Fiat Chrysler") is responsible for the waste attributable to "Chrysler Corp."

803.    According to Metro Container Site records, "Chrysler Corp." contributed at least 270 drums of materials containing hazardous substances to the Metro Container Site.

804.    To date, Fiat Chrysler has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

805.    According to Metro Container Site records, Defendant Filger Co. ("Filger") contributed at least 68 drums of materials containing hazardous substances to the Metro Container Site.

806.    To date, Filger has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

807.    According to Metro Container Site records, Defendant Firmstone Oil Co. ("Firmstone Oil") contributed at least 79 drums of materials containing hazardous substances to the Metro Container Site.

808.    To date, Firmstone Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

809.     According to Metro Container Site records, Defendant First State Steel Drum Co. ("First State Steel") contributed at least 1,104 drums of materials containing hazardous substances to the Metro Container Site.

810.     To date, First State Steel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

811.     According to Metro Container Site records, Defendant Fitzgerald Truck Parts and Sales, LLC ("Fitzgerald Truck") contributed at least 112 drums of materials containing hazardous substances to the Metro Container Site.

812.     To date, Fitzgerald Truck has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

813.     According to Metro Container Site records, Defendant Flinchbaugh Company, Inc. ("Flinchbaugh") contributed at least 316 drums of materials containing hazardous substances to the Metro Container Site.

814.     To date, Flinchbaugh has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

815.     According to Metro Container Site records, Defendant Floor Systems ("Floor Systems") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

816.     To date, Floor Systems has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

817.     Defendant Fluid Expressions In Metal ("Fluid Expressions") is responsible for the waste attributable to "Betty Forned Metals."

818.    According to Metro Container Site records, "Betty Forned Metals" contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

819.    To date, Fluid Expressions has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

820.    According to Metro Container Site records, Defendant Flying Tiger ("Flying Tiger") contributed at least 98 drums of materials containing hazardous substances to the Metro Container Site.

821.    To date, Flying Tiger has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

822.    According to Metro Container Site records, Defendant Fowler Oil Company, Inc. ("Fowler Oil") contributed at least 502 drums of materials containing hazardous substances to the Metro Container Site.

823.    To date, Fowler Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

824.    According to Metro Container Site records, Defendant Frame's Motor Freight, Inc. ("Frame's Motor Freight") contributed at least 53 drums of materials containing hazardous substances to the Metro Container Site.

825.    To date, Frame's Motor Freight has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

826.    According to Metro Container Site records, Defendant Francis L. Werley, Inc. ("Francis L. Werley") contributed at least 278 drums of materials containing hazardous substances to the Metro Container Site.

827.    To date, Francis L. Werley has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

828.    According to Metro Container Site records, Defendant Francis Smith & Sons, Inc. ("Francis Smith") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

829.    To date, Francis Smith has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

830.    Defendant Franklin Plastics, Inc. ("Franklin Plastics") is responsible for the waste attributable to "Vycal Plastics."

831.    According to Metro Container Site records, "Vycal Plastics" contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

832.    To date, Franklin Plastics has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

833.    According to Metro Container Site records, Defendant Fred Foote, Inc. ("Fred Foote") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

834.    To date, Fred Foote has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

835.    According to Metro Container Site records, Defendant Fred Gailey Inc. ("Fred Gailey") contributed at least 21 drums of materials containing hazardous substances to the Metro Container Site.

836.    To date, Fred Gailey has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

837.    According to Metro Container Site records, Defendant Fred Hill and Son Company ("Hill and Son") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

838.    To date, Hill and Son has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

839.    According to Metro Container Site records, Defendant Frederick Northup, Inc. ("Frederick Northup") contributed at least 96 drums of materials containing hazardous substances to the Metro Container Site.

840.    To date, Frederick Northup has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

841.    According to Metro Container Site records, Defendant The French Oil Mill Machinery Co. ("French Oil") contributed at least 42 drums of materials containing hazardous substances to the Metro Container Site.

842.    To date, French Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

843.    According to Metro Container Site records, Defendant Fres-co System USA, Inc. ("Fres-co") contributed at least 902 drums of materials containing hazardous substances to the Metro Container Site.

844.    To date, Fres-co has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

845.    According to Metro Container Site records, Defendant Fritch Lubes & Chemicals, Inc. ("Fritch") contributed at least 264 drums of materials containing hazardous substances to the Metro Container Site.

846.     To date, Fritch has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

847.     According to Metro Container Site records, Defendant Fritch, Inc. d/b/a Fritch Fuel Company ("Fritch, Inc.") contributed at least 31,794 drums of materials containing hazardous substances to the Metro Container Site.

848.     To date, Fritch, Inc. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

849.     Defendant Frontier Communications Corporation ("Frontier Communications") is responsible for the waste attributable to "Telegraph Press."

850.     According to Metro Container Site records, "Telegraph Press" contributed at least 43 drums of materials containing hazardous substances to the Metro Container Site.

851.     To date, Frontier Communications has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

852.     According to Metro Container Site records, Defendant Frottman's Oil ("Frottman's Oil") contributed at least 132 drums of materials containing hazardous substances to the Metro Container Site.

853.     To date, Frottman's Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

854.     According to Metro Container Site records, Defendant Fry's Gas & Oil Co. ("Fry's Gas & Oil") contributed at least 39 drums of materials containing hazardous substances to the Metro Container Site.

855.     To date, Fry's Gas & Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

856.     Defendant Fuchs Lubricants Co. ("Fuchs Lubricants") is responsible for the waste attributable to "Luscon Ind."

857.     According to Metro Container Site records, "Luscon Ind." contributed at least 191 drums of materials containing hazardous substances to the Metro Container Site.

858.     To date, Fuchs Lubricants has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

859.     According to Metro Container Site records, Defendant GAF Materials LLC ("GAF") contributed at least 422 drums of materials containing hazardous substances to the Metro Container Site.

860.     To date, GAF has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

861.     According to Metro Container Site records, Defendant Garden State Fuels, Inc. ("Garden State Fuels") contributed at least 85 drums of materials containing hazardous substances to the Metro Container Site.

862.     To date, Garden State Fuels has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

863.     According to Metro Container Site records, Defendant Gears Beck Enterprise ("Gears Beck Enterprise") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

864.     To date, Gears Beck Enterprise has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

865.     According to Metro Container Site records, Defendant Gemstar Gemstone Company ("Gemstar Gemstone") contributed at least 142 drums of materials containing hazardous substances to the Metro Container Site.

866.     To date, Gemstar Gemstone has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

867.     According to Metro Container Site records, Defendant General Auto ("General Auto") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

868.     To date, General Auto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

869.     According to Metro Container Site records, Defendant General Foam Plastics Corp. ("General Foam") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

870.     To date, General Foam has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

871.     According to Metro Container Site records, Defendant General Machine Products (KT), LLC ("General Machine") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

872.     To date, General Machine has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

873.     Defendant General Motors Company ("General Motors") is responsible for the waste attributable to "Fisher Body-Div. GM" and "Fisher Body – Division O:."

874.     According to Metro Container Site records, "Fisher Body-Div. GM" and "Fisher Body – Division O:" contributed at least 3,712 drums of materials containing hazardous substances to the Metro Container Site.

875.     Additionally, General Motors is responsible for the waste attributable to "Fisher Guide."

876.     According to Metro Container Site records, "Fisher Guide" contributed at least 373 drums of materials containing hazardous substances to the Metro Container Site.

877.     Additionally, General Motors is responsible for the waste attributable to "General Motors Assem."

878.     According to Metro Container Site records, "General Motors Assem" contributed at least 133 drums of materials containing hazardous substances to the Metro Container Site.

879.     To date, General Motors has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

880.     According to Metro Container Site records, Defendant General Oil Equipment Co., Inc. d/b/a G.O.E. ("General Oil") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

881.     To date, General Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

882.     Defendant General Wire & Stamping Co., Inc. ("General Wire & Stamping") is responsible for the waste attributable to "General Wire."

883.     According to Metro Container Site records, "General Wire" contributed at least 111 drums of materials containing hazardous substances to the Metro Container Site.

884. To date, General Wire & Stamping has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

885. Alternatively, Defendant General Wire Products, Inc. ("General Wire Products") is responsible for the waste attributable to "General Wire," as alleged in Paragraph No. 883 above.

886. To date, General Wire Products has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

887. According to Metro Container Site records, Defendant Geo Forbes ("Geo Forbes") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

888. To date, Geo Forbes has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

889. According to Metro Container Site records, Defendant Geo's Arco ("Geo's Arco") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

890. To date, Geo's Arco has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

891. According to Metro Container Site records, Defendant George H. Blouch Fuel Service Inc. ("Blouch Fuel") contributed at least 162 drums of materials containing hazardous substances to the Metro Container Site.

892. To date, Blouch Fuel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

893.     According to Metro Container Site records, Defendant George S. Coyne Chemical Co., Inc. d/b/a Coyne Chemical ("Coyne Chemical") contributed at least 683 drums of materials containing hazardous substances to the Metro Container Site.

894.     To date, Coyne Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

895.     According to Metro Container Site records, Defendant Georgetown Mill Supplies, Inc. ("Georgetown Mill Supplies") contributed at least 291 drums of materials containing hazardous substances to the Metro Container Site.

896.     To date, Georgetown Mill Supplies has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

897.     According to Metro Container Site records, Defendant Georgino Industrial Supply, Inc. ("Georgino Industrial") contributed at least 206 drums of materials containing hazardous substances to the Metro Container Site.

898.     To date, Georgino Industrial has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

899.     According to Metro Container Site records, Defendant Gilbert Plastics ("Gilbert Plastics") contributed at least 37 drums of materials containing hazardous substances to the Metro Container Site.

900.     To date, Gilbert Plastics has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

901.     According to Metro Container Site records, Defendant Gill Oil Co., Inc. ("Gill Oil") contributed at least 589 drums of materials containing hazardous substances to the Metro Container Site.

902.     To date, Gill Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

903.     Defendant GKN Plc ("GKN") is responsible for the waste attributable to "Hoeganes."

904.     According to Metro Container Site records, "Hoeganes" contributed at least 124 drums of materials containing hazardous substances to the Metro Container Site.

905.     To date, GKN has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

906.     According to Metro Container Site records, Defendant Glasgow, Inc. ("Glasgow") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

907.     To date, Glasgow has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

908.     Defendant Globe Petroleum, Inc. ("Globe Petroleum") is responsible for the waste attributable to "Monmouth Petroleum Co."

909.     According to Metro Container Site records, "Monmouth Petroleum Co." contributed at least 1,849 drums of materials containing hazardous substances to the Metro Container Site.

910.     To date, Globe Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

911.     According to Metro Container Site records, Defendant Glosson Enterprises, LLC ("Glosson") contributed at least 26 drums of materials containing hazardous substances to the Metro Container Site.

912.     To date, Glosson has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

913.     According to Metro Container Site records, Defendant Gold Star Lines, Inc. ("Gold Star Lines") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

914.     To date, Gold Star Lines has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

915.     According to Metro Container Site records, Defendant Goodrich Petroleum Corporation ("Goodrich Petroleum") contributed at least 506 drums of materials containing hazardous substances to the Metro Container Site.

916.     To date, Goodrich Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

917.     According to Metro Container Site records, Defendant Graft Oil Company ("Graft Oil") contributed at least 64 drums of materials containing hazardous substances to the Metro Container Site.

918.     To date, Graft Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

919.     According to Metro Container Site records, Defendant Graphic Packaging International, LLC ("Graphic Packaging") contributed at least 603 drums of materials containing hazardous substances to the Metro Container Site.

920.     To date, Graphic Packaging has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

921.    According to Metro Container Site records, Defendant Great Lakes Dredge & Dock Company, LLC ("Great Lakes Dredge") contributed at least 303 drums of materials containing hazardous substances to the Metro Container Site.

922.    To date, Great Lakes Dredge has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

923.    According to Metro Container Site records, Defendant Great Southern Transmission Inc. ("Great Southern") contributed at least 230 drums of materials containing hazardous substances to the Metro Container Site.

924.    To date, Great Southern has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

925.    According to Metro Container Site records, Defendant Greensboro Supply, Inc. ("Greensboro Supply") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

926.    To date, Greensboro Supply has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

927.    According to Metro Container Site records, Defendant Greg Wood Oil Co. ("Greg Wood Oil") contributed at least 67 drums of materials containing hazardous substances to the Metro Container Site.

928.    To date, Greg Wood Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

929.    Defendant Greyhound Lines, Inc. ("Greyhound") is responsible for the waste attributable to "Bolt Bus Service."

930.     According to Metro Container Site records, "Bolt Bus Service" contributed at least 25 drums of materials containing hazardous substances to the Metro Container Site.

931.     To date, Greyhound has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

932.     According to Metro Container Site records, Defendant Greywood Oil Co. ("Greywood Oil") contributed at least 324 drums of materials containing hazardous substances to the Metro Container Site.

933.     To date, Greywood Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

934.     Defendant Griffith Energy Services, Inc. ("Griffith Energy") is responsible for the waste attributable to "Carl King Inc."

935.     According to Metro Container Site records, "Carl King Inc." contributed at least 5,591 drums of materials containing hazardous substances to the Metro Container Site.

936.     Additionally, Griffith Energy is responsible for the waste attributable to "Frederick Petroleum Corp."

937.     According to Metro Container Site records, "Frederick Petroleum Corp." contributed at least 216 drums of materials containing hazardous substances to the Metro Container Site.

938.     Additionally, Griffith Energy is responsible for the waste attributable to "Hutzler Oil Co."

939.     According to Metro Container Site records, "Hutzler Oil Co." contributed at least 85 drums of materials containing hazardous substances to the Metro Container Site.

940.    Additionally, Griffith Energy is responsible for the waste attributable to "McMahon Oil Co."

941.    According to Metro Container Site records, "McMahon Oil Co." contributed at least 192 drums of materials containing hazardous substances to the Metro Container Site.

942.    Additionally, Griffith Energy is responsible for the waste attributable to "S.L. Bare, Inc."

943.    According to Metro Container Site records, "S.L. Bare, Inc." contributed at least 108 drums of materials containing hazardous substances to the Metro Container Site.

944.    To date, Griffith Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

945.    According to Metro Container Site records, Defendant Grove Silk Company ("Grove Silk") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

946.    To date, Grove Silk has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

947.    Defendant Grove Textiles, Inc. ("Grove Textiles") is responsible for the waste attributable to "Grove Silk Co."

948.    According to Metro Container Site records, "Grove Silk Co." contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

949.    To date, Grove Textiles has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

950.    Defendant GTJ Reit, Inc. ("GTJ Reit") is responsible for the waste attributable to "Green Bus Lines."

951.     According to Metro Container Site records, "Green Bus Lines" contributed at least 450 drums of materials containing hazardous substances to the Metro Container Site.

952.     To date, GTJ Reit has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

953.     Defendant Guttman Energy, Inc. ("Guttman Energy") is responsible for the waste attributable to "Guttman Oil Co."

954.     According to Metro Container Site records, "Guttman Oil Co." contributed at least 338 drums of materials containing hazardous substances to the Metro Container Site.

955.     To date, Guttman Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

956.     According to Metro Container Site records, Defendant Gwaltney Oil and Gas Company, Inc. ("Gwaltney Oil") contributed at least 36 drums of materials containing hazardous substances to the Metro Container Site.

957.     To date, Gwaltney Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

958.     According to Metro Container Site records, Defendant H.B. Fuller Company ("H.B. Fuller") contributed at least 104 drums of materials containing hazardous substances to the Metro Container Site.

959.     To date, H.B. Fuller has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

960.     According to Metro Container Site records, Defendant H.C. Rinner Sons, Inc. ("Rinner Sons") contributed at least 15 drums of materials containing hazardous substances to the Metro Container Site.

961.    To date, Rinner Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

962.    According to Metro Container Site records, Defendant H.J. Tanner, Inc. d/b/a Tanner Home and Energy ("H.J. Tanner") contributed at least 139 drums of materials containing hazardous substances to the Metro Container Site.

963.    To date, H.J. Tanner has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

964.    According to Metro Container Site records, Defendant H.J. Walker Oil Company, Inc. ("H.J. Walker") contributed at least 17 drums of materials containing hazardous substances to the Metro Container Site.

965.    To date, H.J. Walker has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

966.    According to Metro Container Site records, Defendant H.O. Engen, Inc. ("H.O. Engen") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

967.    To date, H.O. Engen has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

968.    According to Metro Container Site records, Defendant H.O. Engineering ("H.O. Engineering") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

969.    To date, H.O. Engineering has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

970.    According to Metro Container Site records, Defendant Habbersett, Inc. ("Habbersett") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

971.    To date, Habbersett has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

972.    According to Metro Container Site records, Defendant Hahn Oil, Inc. ("Hahn Oil") contributed at least 130 drums of materials containing hazardous substances to the Metro Container Site.

973.    To date, Hahn Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

974.    According to Metro Container Site records, Defendant Hall Oil Company, Inc. ("Hall Oil") contributed at least 198 drums of materials containing hazardous substances to the Metro Container Site.

975.    To date, Hall Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

976.    According to Metro Container Site records, Defendant Halsey, Inc. ("Halsey") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

977.    To date, Halsey has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

978.    According to Metro Container Site records, Defendant Hamilton Oil Co. ("Hamilton Oil") contributed at least 361 drums of materials containing hazardous substances to the Metro Container Site.

979.    To date, Hamilton Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

980.    According to Metro Container Site records, Defendant Harbourt Newhart Exp. ("Harbourt Newhart") contributed at least 42 drums of materials containing hazardous substances to the Metro Container Site.

981.    To date, Harbourt Newhart has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

982.    According to Metro Container Site records, Defendant Harlingen Garage, Inc. ("Harlingen") contributed at least 11 drums of materials containing hazardous substances to the Metro Container Site.

983.    To date, Harlingen has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

984.    According to Metro Container Site records, Defendant Harred Oil Co. ("Harred Oil") contributed at least 127 drums of materials containing hazardous substances to the Metro Container Site.

985.    To date, Harred Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

986.    According to Metro Container Site records, Defendant Harris Gas & Oil ("Harris Gas & Oil") contributed at least 44 drums of materials containing hazardous substances to the Metro Container Site.

987.    To date, Harris Gas & Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

988.    According to Metro Container Site records, Defendant Harrisson East ("Harrisson East") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

989.    To date, Harrisson East has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

990.    According to Metro Container Site records, Defendant Harry Miller Corp. ("Harry Miller") contributed at least 90 drums of materials containing hazardous substances to the Metro Container Site.

991.    To date, Harry Miller has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

992.    According to Metro Container Site records, Defendant Harte ("Harte") contributed at least 52 drums of materials containing hazardous substances to the Metro Container Site.

993.    To date, Harte has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

994.    According to Metro Container Site records, Defendant Hartford Oil Company, Inc. ("Hartford Oil") contributed at least 209 drums of materials containing hazardous substances to the Metro Container Site.

995.    To date, Hartford Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

996.    According to Metro Container Site records, Defendant Hathy Oil Co. ("Hathy Oil") contributed at least 75 drums of materials containing hazardous substances to the Metro Container Site.

997.    To date, Hathy Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

998.    According to Metro Container Site records, Defendant Hays Tug & Launch Service, Inc. ("Hays Tug") contributed at least 22 drums of materials containing hazardous substances to the Metro Container Site.

999.    To date, Hays Tug has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1000.   According to Metro Container Site records, Defendant Headley's ("Headley's") contributed at least 19 drums of materials containing hazardous substances to the Metro Container Site.

1001.   To date, Headley's has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1002.   According to Metro Container Site records, Defendant Heat, Ltd. d/b/a Patterson Fuels ("Heat") contributed at least 76 drums of materials containing hazardous substances to the Metro Container Site.

1003.   To date, Heat has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1004.   According to Metro Container Site records, Defendant Heating Oil Partners, L.P. d/b/a Brinker's Fuel ("Heating Oil Partners") contributed at least 238 drums of materials containing hazardous substances to the Metro Container Site.

1005.   To date, Heating Oil Partners has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1006.   According to Metro Container Site records, Defendant Heckley's Auto Exp. ("Heckley's Auto") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1007.   To date, Heckley's Auto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1008.   According to Metro Container Site records, Defendant Heffnes Bras Co. ("Heffnes Bras") contributed at least 84 drums of materials containing hazardous substances to the Metro Container Site.

1009.   To date, Heffnes Bras has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1010.   According to Metro Container Site records, Defendant Hendrick Manufacturing Company ("Hendrick Manufacturing") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

1011.   To date, Hendrick Manufacturing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1012.   According to Metro Container Site records, Defendant Henry's Tire Service, Inc. ("Henry's Tire") contributed at least 14 drums of materials containing hazardous substances to the Metro Container Site.

1013.   To date, Henry's Tire has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1014.   According to Metro Container Site records, Defendant Herb Toy ("Herb Toy") contributed at least 14,365 drums of materials containing hazardous substances to the Metro Container Site.

1015.   To date, Herb Toy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1016.   According to Metro Container Site records, Defendant Hercules Corp. ("Hercules") contributed at least 399 drums of materials containing hazardous substances to the Metro Container Site.

1017.   To date, Hercules has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1018.   Defendant Herr Foods Inc. ("Herr") is responsible for the waste attributable to "Herr's."

1019.   According to Metro Container Site records, "Herr's" contributed at least 783 drums of materials containing hazardous substances to the Metro Container Site.

1020.   To date, Herr has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1021.   Alternatively, Defendant Herr Farms Inc. ("Herr Farms") is responsible for the waste attributable to "Herr's," as alleged in Paragraph No. 1019 above.

1022.   To date, Herr Farms has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1023.   According to Metro Container Site records, Defendant Herr's Motor Express ("Herr's Motor") contributed at least 21,347 drums of materials containing hazardous substances to the Metro Container Site.

1024.   To date, Herr's Motor has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1025.   According to Metro Container Site records, Defendant The Hershey Company ("Hershey") contributed at least 109 drums of materials containing hazardous substances to the Metro Container Site.

1026.   To date, Hershey has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1027.   According to Metro Container Site records, Defendant The Hertz Corporation ("Hertz") contributed at least 83 drums of materials containing hazardous substances to the Metro Container Site.

1028.   To date, Hertz has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1029.   According to Metro Container Site records, Defendant Herzog Truck Services, LLC ("Herzog Truck") contributed at least 32 drums of materials containing hazardous substances to the Metro Container Site.

1030.   To date, Herzog Truck has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1031.   According to Metro Container Site records, Defendant Hess Corporation ("Hess") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

1032.   To date, Hess has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1033.   According to Metro Container Site records, Defendant Heyco Metals, Inc. ("Heyco Metals") contributed at least 30 drums of materials containing hazardous substances to the Metro Container Site.

1034.   To date, Heyco Metals has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1035.   According to Metro Container Site records, Defendant HF Whitaker, Inc. ("HF Whitaker") contributed at least 21 drums of materials containing hazardous substances to the Metro Container Site.

1036.   To date, HF Whitaker has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1037.   According to Metro Container Site records, Defendant Hickley's Auto Exp. ("Hickley's Auto") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1038.   To date, Hickley's Auto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1039.   Defendant High Performance Holdings Ltd. Inc. ("High Performance") is responsible for the waste attributable to "Ettco Tool & Machine."

1040.   According to Metro Container Site records, "Ettco Tool & Machine" contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

1041.   To date, High Performance has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1042.   According to Metro Container Site records, Defendant Highhouse Oil Company, Inc. ("Highhouse Oil") contributed at least 101 drums of materials containing hazardous substances to the Metro Container Site.

1043.   To date, Highhouse Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1044.   According to Metro Container Site records, Defendant Hinds Oil Co., Inc. ("Hinds Oil") contributed at least 49 drums of materials containing hazardous substances to the Metro Container Site.

1045.   To date, Hinds Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1046.   Defendant HMI Ceramics, Inc. d/b/a Ceramic Supply ("HMI Ceramics") is responsible for the waste attributable to "Bob Rhone."

1047.   According to Metro Container Site records, "Bob Rhone" contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

1048.   To date, HMI Ceramics has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1049.   According to Metro Container Site records, Defendant Hofmann Industries Inc. ("Hofmann Industries") contributed at least 60 drums of materials containing hazardous substances to the Metro Container Site.

1050.   To date, Hofmann Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1051.   According to Metro Container Site records, Defendant Homasote Company ("Homasote") contributed materials containing hazardous substances to the Metro Container Site.

1052.   To date, Homasote has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1053.   According to Metro Container Site records, Defendant Home Oil ("Home Oil") contributed at least 1,371 drums of materials containing hazardous substances to the Metro Container Site.

1054.   To date, Home Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1055.   Defendant Hoober, Inc. ("Hoober") is responsible for the waste attributable to "C.B. Hoober & Son" and "GB Hoober & Sons."

1056.   According to Metro Container Site records, "C.B. Hoober & Son" and "GB Hoober & Sons" contributed at least 546 drums of materials containing hazardous substances to the Metro Container Site.

1057.   To date, Hoober has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1058.   Defendant HOP Energy, LLC d/b/a Major Oil ("HOP Energy") is responsible for the waste attributable to "Bouchelle Oil."

1059.   According to Metro Container Site records, "Bouchelle Oil" contributed at least 309 drums of materials containing hazardous substances to the Metro Container Site.

1060.   Additionally, HOP Energy is responsible for the waste attributable to "Major Oil."

1061.   According to Metro Container Site records, "Major Oil" contributed at least 236 drums of materials containing hazardous substances to the Metro Container Site.

1062.   To date, HOP Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1063.   According to Metro Container Site records, Defendant Hoppers Co. ("Hoppers") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

1064.   To date, Hoppers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1065.   According to Metro Container Site records, Defendant Hospital Central Services, Inc. d/b/a Nu-Dy-Per Baby Service ("Hospital Central Services") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

1066.   To date, Hospital Central Services has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1067.   Defendant Hostess Brands, LLC ("Hostess Brands") is responsible for the waste attributable to "ITT Continental."

1068.   According to Metro Container Site records, "ITT Continental" contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

1069.   To date, Hostess Brands has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1070.   According to Metro Container Site records, Defendant Houff Transfer, Inc. ("Houff Transfer") contributed at least 21,236 drums of materials containing hazardous substances to the Metro Container Site.

1071.   To date, Houff Transfer has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1072.   According to Metro Container Site records, Defendant Houghton ("Houghton") contributed at least 250 drums of materials containing hazardous substances to the Metro Container Site.

1073.   To date, Houghton has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1074.   Defendant Houghton Chemical Corporation ("Houghton Chemical") is responsible for the waste attributable to "Novick Chemical Co."

1075.   According to Metro Container Site records, "Novick Chemical Co." contributed at least 1,389 drums of materials containing hazardous substances to the Metro Container Site.

1076.   To date, Houghton Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1077.   According to Metro Container Site records, Defendant Howard Asal Construction Inc. ("Howard Asal") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

1078.   To date, Howard Asal has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1079.   Defendant HRI, Inc. ("HRI") is responsible for the waste attributable to "Atervert Imbt Inc."

1080.   According to Metro Container Site records, "Atervert Imbt Inc" contributed at least 18 drums of materials containing hazardous substances to the Metro Container Site.

1081.   To date, HRI has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1082.   According to Metro Container Site records, Defendant Hudson Industries, LLC ("Hudson Industries") contributed at least 115 drums of materials containing hazardous substances to the Metro Container Site.

1083.   To date, Hudson Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1084.   According to Metro Container Site records, Defendant Hunter Inc. ("Hunter") contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

1085.   To date, Hunter has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1086.   According to Metro Container Site records, Defendant Hutler Inc. ("Hutler") contributed at least 55 drums of materials containing hazardous substances to the Metro Container Site.

1087.   To date, Hutler has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1088.   According to Metro Container Site records, Defendant Hutter Construction Corporation ("Hutter Construction") contributed at least 653 drums of materials containing hazardous substances to the Metro Container Site.

1089.   To date, Hutter Construction has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1090.   According to Metro Container Site records, Defendant I.R.I. ("I.R.I.") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

1091.   To date, I.R.I. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1092.   According to Metro Container Site records, Defendant Ideal Corp. ("Ideal Corp.") contributed at least 525 drums of materials containing hazardous substances to the Metro Container Site.

1093.   To date, Ideal Corp. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1094.   According to Metro Container Site records, Defendant IMO Industries Inc. ("IMO Industries") contributed at least 510 drums of materials containing hazardous substances to the Metro Container Site.

1095.   To date, IMO Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1096.   Defendant INC-Maryland, LLC ("INC-Maryland") is responsible for the waste attributable to "Abbey Drum Co."

1097.   According to Metro Container Site records, "Abbey Drum Co." contributed at least 4,587 drums of materials containing hazardous substances to the Metro Container Site.

1098.   To date, INC-Maryland has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1099.   According to Metro Container Site records, Defendant Industrial Drum Co., Inc. ("Industrial Drum") contributed at least 3,349 drums of materials containing hazardous substances to the Metro Container Site.

1100.   To date, Industrial Drum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1101.   According to Metro Container Site records, Defendant Ingersoll-Rand Company ("Ingersoll-Rand") contributed at least 460 drums of materials containing hazardous substances to the Metro Container Site.

1102.   To date, Ingersoll-Rand has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1103.   According to Metro Container Site records, Defendant Inland Terminal ("Inland Terminal") contributed at least 230 drums of materials containing hazardous substances to the Metro Container Site.

1104.   To date, Inland Terminal has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1105.   According to Metro Container Site records, Defendant Intercoll Corp. ("Intercoll") contributed at least 48 drums of materials containing hazardous substances to the Metro Container Site.

1106.   To date, Intercoll has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1107.   According to Metro Container Site records, Defendant International Scrap Iron and Metal Co., Inc. ("International Scrap Iron") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1108.   To date, International Scrap Iron has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1109.   Defendant Interroll Engineering West Inc. ("Interroll Engineering") is responsible for the waste attributable to "PT Components."

1110.   According to Metro Container Site records, "PT Components" contributed at least 31 drums of materials containing hazardous substances to the Metro Container Site.

1111.   To date, Interroll Engineering has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1112.   According to Metro Container Site records, Defendant Isocyante Products ("Isocyante Products") contributed at least 175 drums of materials containing hazardous substances to the Metro Container Site.

1113.   To date, Isocyante Products has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1114.   Defendant Ivaco Steel Processing (New York) LLC ("Ivaco Steel") is responsible for the waste attributable to "National Wire Co."

1115.   According to Metro Container Site records, "National Wire Co." contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

1116.   Additionally, Ivaco Steel is responsible for the waste attributable to "National Wire Products."

1117.   According to Metro Container Site records, "National Wire Products" contributed at least 79 drums of materials containing hazardous substances to the Metro Container Site.

1118.   To date, Ivaco Steel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1119.   Defendant Ivyland Village, L.P. ("Ivyland Village") is responsible for the waste attributable to "De Paul."

1120.   According to Metro Container Site records, "De Paul" contributed at least 16 drums of materials containing hazardous substances to the Metro Container Site.

1121.   To date, Ivyland Village has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1122.   Defendant IWM International LLC ("IWM International") is responsible for the waste attributable to "Hanover Wire Cloth."

1123.   According to Metro Container Site records, "Hanover Wire Cloth" contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

1124.   To date, IWM International has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1125.   Defendant J. Larocca Construction Inc. d/b/a Brite Lumber & Home Center ("Larocca Construction") is responsible for the waste attributable to "Norman Bright Inc."

1126.   According to Metro Container Site records, "Norman Bright Inc." contributed at least 120 drums of materials containing hazardous substances to the Metro Container Site.

1127.   To date, Larocca Construction has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1128.   According to Metro Container Site records, Defendant J. Reyton & Sons ("Reyton & Sons") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1129.   To date, Reyton & Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1130.   According to Metro Container Site records, Defendant J.B. Hunt Transport Services, Inc. ("J.B. Hunt") contributed at least 9,241 drums of materials containing hazardous substances to the Metro Container Site.

1131. To date, J.B. Hunt has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1132. According to Metro Container Site records, Defendant J.O. Cook, Inc. ("J.O. Cook") contributed at least 163 drums of materials containing hazardous substances to the Metro Container Site.

1133. To date, J.O. Cook has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1134. According to Metro Container Site records, Defendant J.P. Russell & Son, Inc. ("Russell & Son") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

1135. To date, Russell & Son has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1136. According to Metro Container Site records, Defendant Jack A. Allen, Inc. d/b/a Allen Oil ("Jack Allen") contributed at least 318 drums of materials containing hazardous substances to the Metro Container Site.

1137. To date, Jack Allen has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1138. According to Metro Container Site records, Defendant Jack Rich Incorporated d/b/a Pottsville Fuel ("Jack Rich") contributed at least 611 drums of materials containing hazardous substances to the Metro Container Site.

1139. To date, Jack Rich has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1140.   According to Metro Container Site records, Defendant Jacob Haltry Co. ("Haltry") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1141.   To date, Haltry has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1142.   According to Metro Container Site records, Defendant James D. Morrissey, Inc. ("Morrissey") contributed at least 556 drums of materials containing hazardous substances to the Metro Container Site.

1143.   To date, Morrissey has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1144.   According to Metro Container Site records, Defendant James T. Warring Sons, Inc. ("Warring Sons") contributed at least 34,765 drums of materials containing hazardous substances to the Metro Container Site.

1145.   To date, Warring Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1146.   According to Metro Container Site records, Defendant Jeddo-Highland Coal Co. ("Jeddo-Highland") contributed at least 31 drums of materials containing hazardous substances to the Metro Container Site.

1147.   To date, Jeddo-Highland has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1148.   According to Metro Container Site records, Defendant Jehu, R. L. Gulf Supply, Inc. ("Gulf Supply") contributed at least 609 drums of materials containing hazardous substances to the Metro Container Site.

1149.   To date, Gulf Supply has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1150.   According to Metro Container Site records, Defendant Jersey Central Power & Light Company ("JCP&L") contributed at least 341 drums of materials containing hazardous substances to the Metro Container Site.

1151.   To date, JCP&L has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1152.   According to Metro Container Site records, Defendant Jersey Plastic Molders, Inc. ("Jersey Plastic") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

1153.   To date, Jersey Plastic has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1154.   According to Metro Container Site records, Defendant Jesse Baro, Inc. ("Jesse Baro") contributed at least 24 drums of materials containing hazardous substances to the Metro Container Site.

1155.   To date, Jesse Baro has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1156.   According to Metro Container Site records, Defendant Jet Blast, Inc. ("Jet Blast") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

1157.   To date, Jet Blast has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1158.   Defendant Jet Pulverizer Co. Inc. ("Jet Pulverizer") is responsible for the waste attributable to "Micro Repair" and "Mirco Repair Co."

1159.   According to Metro Container Site records, "Micro Repair" and "Mirco Repair Co." contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

1160.   To date, Jet Pulverizer has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1161.   According to Metro Container Site records, Defendant John Gabriel Jr., Inc. ("John Gabriel") contributed at least 18 drums of materials containing hazardous substances to the Metro Container Site.

1162.   To date, John Gabriel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1163.   According to Metro Container Site records, Defendant John Trucking ("John Trucking") contributed at least 111 drums of materials containing hazardous substances to the Metro Container Site.

1164.   To date, John Trucking has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1165.   According to Metro Container Site records, Defendant The Johns Hopkins University ("Johns Hopkins") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

1166.   To date, Johns Hopkins has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1167.   According to Metro Container Site records, Defendant Johns Motor Freight ("Johns Motor Freight") contributed at least 165 drums of materials containing hazardous substances to the Metro Container Site.

1168.   To date, Johns Motor Freight has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1169.   According to Metro Container Site records, Defendant Johns-Manville Sales Corporation ("Johns-Manville") contributed at least 568 drums of materials containing hazardous substances to the Metro Container Site.

1170.   To date, Johns-Manville has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1171.   Defendant Johnson Controls International, Inc. ("Johnson Controls") is responsible for the waste attributable to "A.M.P. Inc." and "A. M. P. Inc."

1172.   According to Metro Container Site records, "A.M.P. Inc." and "A. M. P. Inc." contributed at least 90 drums of materials containing hazardous substances to the Metro Container Site.

1173.   Additionally, Johnson Controls is responsible for the waste attributable to "ITT Grinnell Corp."

1174.   According to Metro Container Site records, "ITT Grinnell Corp." contributed at least 1,257 drums of materials containing hazardous substances to the Metro Container Site.

1175.   To date, Johnson Controls has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1176.   According to Metro Container Site records, Defendant Johnson Oil Co. ("Johnson Oil") contributed at least 192 drums of materials containing hazardous substances to the Metro Container Site.

1177.   To date, Johnson Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1178.   According to Metro Container Site records, Defendant Jon Stone Trucking ("Stone Trucking") contributed at least 150 drums of materials containing hazardous substances to the Metro Container Site.

1179.   To date, Stone Trucking has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1180.   According to Metro Container Site records, Defendant Jones Motor Group, Inc. ("Jones Motor") contributed at least 124 drums of materials containing hazardous substances to the Metro Container Site.

1181.   To date, Jones Motor has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1182.   According to Metro Container Site records, Defendant Joseph Rizzo & Sons Construction Co. ("Joseph Rizzo") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1183.   To date, Joseph Rizzo has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1184.   According to Metro Container Site records, Defendant Joseph Roger & Sons ("Roger & Sons") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1185.   To date, Roger & Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1186.   According to Metro Container Site records, Defendant Joy Drums, Inc. ("Joy Drums") contributed at least 33 drums of materials containing hazardous substances to the Metro Container Site.

1187.   To date, Joy Drums has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1188.   According to Metro Container Site records, Defendant JR Riggs & Sons ("Riggs & Sons") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

1189.   To date, Riggs & Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1190.   Defendant JTEKT North America Corporation ("JTEKT") is responsible for the waste attributable to "American Koyo."

1191.   According to Metro Container Site records, "American Koyo" contributed at least 565 drums of materials containing hazardous substances to the Metro Container Site.

1192.   Additionally, JTEKT is responsible for the waste attributable to "Fafnir Bearing Co."

1193.   According to Metro Container Site records, "Fafnir Bearing Co." contributed at least 25 drums of materials containing hazardous substances to the Metro Container Site.

1194.   To date, JTEKT has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1195.   According to Metro Container Site records, Defendant JTM Drum Co. ("JTM Drum") contributed at least 33,620 drums of materials containing hazardous substances to the Metro Container Site.

1196.   To date, JTM Drum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1197.   According to Metro Container Site records, Defendant JW White Truck Center ("White Truck Center") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

1198.   To date, White Truck Center has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1199.   Defendant K&S Towing, Inc. ("K&S Towing") is responsible for the waste attributable to "Jerome F. Plisinski."

1200.   According to Metro Container Site records, "Jerome F. Plisinski" contributed at least 14 drums of materials containing hazardous substances to the Metro Container Site.

1201.   Additionally, K&S Towing is responsible for the waste attributable to "Plisinski Bros Inc."

1202.   According to Metro Container Site records, "Plisinski Bros Inc" contributed at least 16 drums of materials containing hazardous substances to the Metro Container Site.

1203.   To date, K&S Towing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1204.   According to Metro Container Site records, Defendant Kaiser Aluminum Corporation ("Kaiser") contributed at least 12,612 drums of materials containing hazardous substances to the Metro Container Site.

1205.   To date, Kaiser has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1206.   According to Metro Container Site records, Defendant Kallam Oil Company, Inc. ("Kallam Oil") contributed at least 1,016 drums of materials containing hazardous substances to the Metro Container Site.

1207.   To date, Kallam Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1208.   According to Metro Container Site records, Defendant Kancch-Beiyles ("Kancch-Beiyle") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1209.   To date, Kancch-Beiyles has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1210.   According to Metro Container Site records, Defendant Keats Inc. ("Keats") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

1211.   To date, Keats has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1212.   According to Metro Container Site records, Defendant Keith & Gregory Oil ("K&G Oil") contributed at least 38 drums of materials containing hazardous substances to the Metro Container Site.

1213.   To date, K&G Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1214.   According to Metro Container Site records, Defendant Kellam Energy, Inc. ("Kellam Energy") contributed at least 120 drums of materials containing hazardous substances to the Metro Container Site.

1215.   To date, Kellam Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1216.   According to Metro Container Site records, Defendant Keller Enterprises, Inc. ("Keller Enterprises") contributed at least 202 drums of materials containing hazardous substances to the Metro Container Site.

1217.   To date, Keller Enterprises has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1218.   According to Metro Container Site records, Defendant Kellerson ("Kellerson") contributed at least 104 drums of materials containing hazardous substances to the Metro Container Site.

1219.   To date, Kellerson has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1220.   According to Metro Container Site records, Defendant Kelly ("Kelly") contributed at least 977 drums of materials containing hazardous substances to the Metro Container Site.

1221.   To date, Kelly has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1222.   Defendant Kennedy Oil, LLC ("Kennedy Oil") is responsible for the waste attributable to "Kennedy Oil Co."

1223.   According to Metro Container Site records, "Kennedy Oil Co" contributed at least 238 drums of materials containing hazardous substances to the Metro Container Site.

1224.   To date, Kennedy Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1225.   According to Metro Container Site records, Defendant Kenrich Petrochemicals, Inc. ("Kenrich Petrochemicals") contributed at least 24 drums of materials containing hazardous substances to the Metro Container Site.

1226.   To date, Kenrich Petrochemicals has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1227.   According to Metro Container Site records, Defendant Kerens Air Freight ("Kerens Air Freight") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1228.   To date, Kerens Air Freight has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1229.   Defendant Kerrico Corp. ("Kerrico") is responsible for the waste attributable to "Bear Gap Stone Inc."

1230.   According to Metro Container Site records, "Bear Gap Stone Inc." contributed at least 13 drums of materials containing hazardous substances to the Metro Container Site.

1231.   To date, Kerrico has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1232.   According to Metro Container Site records, Defendant Kessler Chemical, Inc. ("Kessler Chemical") contributed at least 447 drums of materials containing hazardous substances to the Metro Container Site.

1233.   To date, Kessler Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1234.   According to Metro Container Site records, Defendant Keystone Foods LLC ("Keystone Foods") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1235.   To date, Keystone Foods has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1236.   According to Metro Container Site records, Defendant Keystone Paving & Sealcoating, Inc. ("Keystone Paving") contributed at least 83 drums of materials containing hazardous substances to the Metro Container Site.

1237.   To date, Keystone Paving has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1238.   According to Metro Container Site records, Defendant Keystone Screw Corporation ("Keystone Screw") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

1239.   To date, Keystone Screw has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1240.   According to Metro Container Site records, Defendant Kilger & Sons NC ("Kilger & Sons") contributed at least 73 drums of materials containing hazardous substances to the Metro Container Site.

1241.   To date, Kilger & Sons NC has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1242.   According to Metro Container Site records, Defendant Kimberly-Clark Corporation ("Kimberly-Clark") contributed at least 1,814 drums of materials containing hazardous substances to the Metro Container Site.

1243.   To date, Kimberly-Clark has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1244.   According to Metro Container Site records, Defendant King Chemical ("King Chemical") contributed at least 468 drums of materials containing hazardous substances to the Metro Container Site.

1245.   To date, King Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1246.   Defendant Kirby Corporation ("Kirby") is responsible for the waste attributable to "Morania Oil Co."

1247.   According to Metro Container Site records, "Morania Oil Co" contributed at least 228 drums of materials containing hazardous substances to the Metro Container Site.

1248.   To date, Kirby has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1249.   According to Metro Container Site records, Defendant Kline Transportation, Inc. d/b/a H.O. Kline Transportation, Inc. ("Kline Transportation") contributed at least 19 drums of materials containing hazardous substances to the Metro Container Site.

1250.   To date, Kline Transportation has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1251.   According to Metro Container Site records, Defendant Kohn Brothers ("Kohn Brothers") contributed at least 46 drums of materials containing hazardous substances to the Metro Container Site.

1252.   To date, Kohn Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1253.   Defendant Kone Inc. ("Kone") is responsible for the waste attributable to "Montgomery Elevator Co."

1254.   According to Metro Container Site records, "Montgomery Elevator Co." contributed at least 25 drums of materials containing hazardous substances to the Metro Container Site.

1255.   To date, Kone has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1256.   According to Metro Container Site records, Defendant KSM Fastners ("KSM Fastners") contributed at least 18 drums of materials containing hazardous substances to the Metro Container Site.

1257.   To date, KSM Fastners has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1258.   According to Metro Container Site records, Defendant Kuhn Brothers Inc. ("Kuhn Brothers") contributed at least 131 drums of materials containing hazardous substances to the Metro Container Site.

1259.   To date, Kuhn Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1260.   According to Metro Container Site records, Defendant Kyle's Friendly Service, Inc. ("Kyle's Service") contributed at least 1,055 drums of materials containing hazardous substances to the Metro Container Site.

1261.   To date, Kyle's Service has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1262.   According to Metro Container Site records, Defendant L.F. Taylor, Inc. ("L.F. Taylor") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

1263.   To date, L.F. Taylor has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1264.   Defendant L&N Automotive, LLC d/b/a Montour Auto Shop ("L&N Automotive") is responsible for the waste attributable to "Montor Auto" and "Montour."

1265.   According to Metro Container Site records, "Montor Auto" and "Montour" contributed at least 1,009 drums of materials containing hazardous substances to the Metro Container Site.

1266.   To date, L&N Automotive has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1267.   Defendant Lafarge North America Inc. ("Lafarge") is responsible for the waste attributable to "Flintkote Stone Products."

1268.   According to Metro Container Site records, "Flintkote Stone Products" contributed at least 102 drums of materials containing hazardous substances to the Metro Container Site.

1269.   Additionally, Lafarge is responsible for the waste attributable to "Whitchall Cement" and "Whitehall Cement."

1270.   According to Metro Container Site records, "Whitchall Cement" and "Whitehall Cement" contributed at least 144 drums of materials containing hazardous substances to the Metro Container Site.

1271.   To date, Lafarge has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1272.   According to Metro Container Site records, Defendant Lake Champlain Coal Company, Inc. ("Lake Champlain Coal") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

1273.   To date, Lake Champlain Coal has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1274.   According to Metro Container Site records, Defendant Lakewood Oil Company, Inc. ("Lakewood Oil") contributed at least 310 drums of materials containing hazardous substances to the Metro Container Site.

1275.   To date, Lakewood Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1276.   According to Metro Container Site records, Defendant Lambs ARCO ("Lambs ARCO") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

1277.   To date, Lambs ARCO has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1278.   Defendant Landis Solutions, LLC ("Landis Solutions") is responsible for the waste attributable to "Landis Tool Co."

1279.   According to Metro Container Site records, "Landis Tool Co." contributed at least 47 drums of materials containing hazardous substances to the Metro Container Site.

1280.   To date, Landis Solutions has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1281.   According to Metro Container Site records, Defendant Laney Oil Company, Inc. ("Laney Oil") contributed at least 11,756 drums of materials containing hazardous substances to the Metro Container Site.

1282.   To date, Laney Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1283.   Defendant Lanxess Solutions US Inc. ("Lanxess Solutions") is responsible for the waste attributable to "Hatco Chemical" and "Hatco Chemical Corp."

1284.   According to Metro Container Site records, "Hatco Chemical" and "Hatco Chemical Corp." contributed at least 79 drums of materials containing hazardous substances to the Metro Container Site.

1285.   Additionally, Lanxess Solutions is responsible for the waste attributable to "Witco Chemical."

1286.   According to Metro Container Site records, "Witco Chemical" contributed at least 21,584 drums of materials containing hazardous substances to the Metro Container Site.

1287.   To date, Lanxess Solutions has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1288.   According to Metro Container Site records, Defendant Lassahn Funeral Home, Inc. ("Lassahn Funeral") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1289.   To date, Lassahn Funeral has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1290.   Defendant Lawes Coal Co., Inc. ("Lawes") is responsible for the waste attributable to "Duckett & Laird."

1291.   According to Metro Container Site records, "Duckett & Laird" contributed at least 63 drums of materials containing hazardous substances to the Metro Container Site.

1292.   To date, Lawes has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1293.   Defendant Lear Corporation ("Lear") is responsible for the waste attributable to "C.H. Masland."

1294.   According to Metro Container Site records, "C.H. Masland" contributed at least 76 drums of materials containing hazardous substances to the Metro Container Site.

1295.   Additionally, Lear is responsible for the waste attributable to "Masland Co."

1296.   According to Metro Container Site records, "Masland Co." contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1297.   To date, Lear has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1298.   According to Metro Container Site records, Defendant Lease Warmes ("Lease Warmes") contributed at least 67 drums of materials containing hazardous substances to the Metro Container Site.

1299.   To date, Lease Warmes has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1300.   According to Metro Container Site records, Defendant Lebanon Machine & Manufacturing Co., Inc. ("Lebanon Machine") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1301.   To date, Lebanon Machine has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1302.   According to Metro Container Site records, Defendant Lee Oil Company, Inc. ("Lee Oil") contributed at least 360 drums of materials containing hazardous substances to the Metro Container Site.

1303.   To date, Lee Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1304.   Defendant Leesona Corp. ("Leesona") is responsible for the waste attributable to "Egan" and "Egan Machine Co."

1305.   According to Metro Container Site records, "Egan" and "Egan Machine Co" contributed at least 224 drums of materials containing hazardous substances to the Metro Container Site.

1306.   To date, Leesona has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1307.   Defendant Leffler Energy Company ("Leffler Energy") is responsible for the waste attributable to "Carlos R. Leffler Inc."

1308.   According to Metro Container Site records, "Carlos R. Leffler Inc." contributed at least 4,365 drums of materials containing hazardous substances to the Metro Container Site.

1309.   Additionally, Leffler Energy is responsible for the waste attributable to "SICO Co."

1310.   According to Metro Container Site records, "SICO Co." contributed at least 14 drums of materials containing hazardous substances to the Metro Container Site.

1311.   To date, Leffler Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1312.   According to Metro Container Site records, Defendant Lehigh Gas and Oil Company ("Lehigh Gas") contributed at least 564 drums of materials containing hazardous substances to the Metro Container Site.

1313.   To date, Lehigh Gas has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1314.   Defendant Lehigh Hanson ECC, Inc. ("Lehigh Hanson ECC") is responsible for the waste attributable to "Coplay Cement."

1315.   According to Metro Container Site records, "Coplay Cement" contributed at least 560 drums of materials containing hazardous substances to the Metro Container Site.

1316.   Additionally, Lehigh Hanson ECC is responsible for the waste attributable to "Corbey Cement."

1317.   According to Metro Container Site records, "Corbey Cement" contributed at least 202 drums of materials containing hazardous substances to the Metro Container Site.

1318.   To date, Lehigh Hanson ECC has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1319.   Defendant Lehigh Hanson Inc. d/b/a Hanson Aggregates ("Lehigh Hanson") is responsible for the waste attributable to "General Crushed Stone."

1320.   According to Metro Container Site records, "General Crushed Stone" contributed at least 44 drums of materials containing hazardous substances to the Metro Container Site.

1321.   Additionally, Lehigh Hanson is responsible for the waste attributable to "Lehigh Portland Cement."

1322.   According to Metro Container Site records, "Lehigh Portland Cement" contributed at least 133 drums of materials containing hazardous substances to the Metro Container Site.

1323.   To date, Lehigh Hanson has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1324.   According to Metro Container Site records, Defendant Lehigh Press ("Lehigh Press") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1325.   To date, Lehigh Press has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1326.   According to Metro Container Site records, Defendant Lendlease Corporation ("Lendlease") contributed at least 20 drums of materials containing hazardous substances to the Metro Container Site.

1327.   To date, Lendlease has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1328.   According to Metro Container Site records, Defendant Lentz Milling Company, LLC ("Lentz Milling") contributed at least 23 drums of materials containing hazardous substances to the Metro Container Site.

1329.   To date, Lentz Milling has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1330.   According to Metro Container Site records, Defendant Leroux Oil Company, Inc. ("Leroux Oil") contributed at least 40 drums of materials containing hazardous substances to the Metro Container Site.

1331.   To date, Leroux Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1332.   According to Metro Container Site records, Defendant Leroy Holding Co., Inc. ("Leroy Holding") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

1333.   To date, Leroy Holding has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1334.   According to Metro Container Site records, Defendant Lester M. Prange Inc. ("Lester Prange") contributed at least 66 drums of materials containing hazardous substances to the Metro Container Site.

1335.   To date, Lester Prange has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1336.   According to Metro Container Site records, Defendant Liberty Coach, Inc. ("Liberty Coach") contributed at least 127 drums of materials containing hazardous substances to the Metro Container Site.

1337.   To date, Liberty Coach has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1338.   Defendant Liberty Lines Transit, Inc. ("Liberty Lines") is responsible for the waste attributable to "Riverdale Transit."

1339.   According to Metro Container Site records, "Riverdale Transit" contributed at least 154 drums of materials containing hazardous substances to the Metro Container Site.

1340.   To date, Liberty Lines has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1341.   According to Metro Container Site records, Defendant Liberty Oil Company ("Liberty Oil") contributed at least 789 drums of materials containing hazardous substances to the Metro Container Site.

1342.   To date, Liberty Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1343.   Defendant Linde North America Inc. ("Linde NA") is responsible for the waste attributable to "Air Products."

1344.   According to Metro Container Site records, "Air Products" contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

1345.   Additionally, Linde NA is responsible for the waste attributable to "AIRCO."

1346.   According to Metro Container Site records, "AIRCO" contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

1347.   Additionally, Linde NA is responsible for the waste attributable to "Airco Industrial Gases."

1348.   According to Metro Container Site records, "Airco Industrial Gases" contributed at least 18 drums of materials containing hazardous substances to the Metro Container Site.

1349.   Additionally, Linde NA is responsible for the waste attributable to "Airco Welding" and "Airco Welding Products."

1350.   According to Metro Container Site records, "Airco Welding" and "Airco Welding Products" contributed at least 75 drums of materials containing hazardous substances to the Metro Container Site.

1351.   To date, Linde NA has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1352.   Defendant The Lion Brewery, Inc. ("Lion Brewery") is responsible for the waste attributable to "Schaefer Brewing."

1353.   According to Metro Container Site records, "Schaefer Brewing" contributed at least 263 drums of materials containing hazardous substances to the Metro Container Site.

1354.   To date, Lion Brewery has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1355.   According to Metro Container Site records, Defendant Lochenbough Chevrolet Co. ("Lochenbough Chevrolet") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

1356.   To date, Lochenbough Chevrolet has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1357.   According to Metro Container Site records, Defendant Locker Oil Co. ("Locker Oil") contributed at least 405 drums of materials containing hazardous substances to the Metro Container Site.

1358.   To date, Locker Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1359.   Defendant Lockheed Martin Corporation ("Lockheed Martin") is responsible for the waste attributable to "Martin Marietta Corp."

1360.   According to Metro Container Site records, "Martin Marietta Corp." contributed at least 249 drums of materials containing hazardous substances to the Metro Container Site.

1361.   To date, Lockheed Martin has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1362.   According to Metro Container Site records, Defendant Logan Tool Co. ("Logan Tool") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1363.   To date, Logan Tool has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1364.   According to Metro Container Site records, Defendant Loomis Armored US, LLC ("Loomis Armored") contributed at least 14 drums of materials containing hazardous substances to the Metro Container Site.

1365.   To date, Loomis Armored has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1366.   According to Metro Container Site records, Defendant Loring J. Wright & Sons, Inc. ("Wright & Sons") contributed at least 941 drums of materials containing hazardous substances to the Metro Container Site.

1367.   To date, Loring J. Wright & Sons, Inc. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1368.   Defendant Loumark Ltd. ("Loumark") is responsible for the waste attributable to "Elman Bros."

1369.   According to Metro Container Site records, "Elman Bros" contributed at least 75 drums of materials containing hazardous substances to the Metro Container Site.

1370.   To date, Loumark has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1371.   According to Metro Container Site records, Defendant Luckerbough Chem. ("Luckerbough") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1372.   To date, Luckerbough has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1373.   According to Metro Container Site records, Defendant Luskins ("Luskins") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1374.   To date, Luskins has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1375.   According to Metro Container Site records, Defendant Lutz-Yelton Oil Co. ("Lutz-Yelton Oil") contributed at least 3,677 drums of materials containing hazardous substances to the Metro Container Site.

1376.   To date, Lutz-Yelton Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1377.   Defendant Lyondellbasell Industries, Inc. ("Lyondellbasell") is responsible for the waste attributable to "ARCO Chemical Co."

1378.   According to Metro Container Site records, "ARCO Chemical Co." contributed at least 7,127 drums of materials containing hazardous substances to the Metro Container Site.

1379.   Additionally, Lyondellbasell is responsible for the waste attributable to "ARCO 4500."

1380.   According to Metro Container Site records, "ARCO 4500" contributed at least 16,424 drums of materials containing hazardous substances to the Metro Container Site.

1381.   Additionally, Lyondellbasell is responsible for the waste attributable to "ARCO Petroleum."

1382.   According to Metro Container Site records, "ARCO Petroleum" contributed at least 19,451 drums of materials containing hazardous substances to the Metro Container Site.

1383.   Additionally, Lyondellbasell is responsible for the waste attributable to "Lyondell Petrochemical."

1384.   According to Metro Container Site records, "Lyondell Petrochemical" contributed at least 208 drums of materials containing hazardous substances to the Metro Container Site.

1385.   To date, Lyondellbasell has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1386.   According to Metro Container Site records, Defendant M. Clauserings ("M. Clauserings") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

1387.   To date, M. Clauserings has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1388.   According to Metro Container Site records, Defendant M. Coblen Sons ("Coblen Sons") contributed materials containing hazardous substances to the Metro Container Site.

1389.   To date, Coblen Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1390.   According to Metro Container Site records, Defendant M. Cohen & Sons Inc. ("M. Cohen") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1391.   To date, M. Cohen has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1392.   According to Metro Container Site records, Defendant M/G Reconditioning Products Inc. ("M/G Reconditioning") contributed at least 142 drums of materials containing hazardous substances to the Metro Container Site.

1393.   To date, M/G Reconditioning has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1394.   According to Metro Container Site records, Defendant M&M Refrigeration, Inc. ("M&M Refrigeration") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

1395.   To date, M&M Refrigeration has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1396.   According to Metro Container Site records, Defendant Mabrak Line ("Mabrak Line") contributed at least 32 drums of materials containing hazardous substances to the Metro Container Site.

1397.   To date, Mabrak Line has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1398.   According to Metro Container Site records, Defendant MAC Products, Inc. ("MAC Products") contributed at least 47 drums of materials containing hazardous substances to the Metro Container Site.

1399.   To date, MAC Products has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1400.   Defendant Mack Oil Company, Inc. ("Mack Oil") is responsible for the waste attributable to "L.L. Meloy & Son, Inc."

1401.   According to Metro Container Site records, "L.L. Meloy & Son, Inc" contributed at least 167 drums of materials containing hazardous substances to the Metro Container Site.

1402.   To date, Mack Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1403.   According to Metro Container Site records, Defendant Mack Trucks, Inc. ("Mack Trucks") contributed at least 1,006 drums of materials containing hazardous substances to the Metro Container Site.

1404.   To date, Mack Trucks has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1405.   According to Metro Container Site records, Defendant Macy's, Inc. ("Macy's") contributed at least 98 drums of materials containing hazardous substances to the Metro Container Site.

1406.   To date, Macy's has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1407.   According to Metro Container Site records, Defendant Maersk Line, Ltd. ("Maersk Line") contributed at least 29 drums of materials containing hazardous substances to the Metro Container Site.

1408.   To date, Maersk Line has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1409.   Defendant Magnesita Refractories Co. ("Magnesita Refractories") is responsible for the waste attributable to "J.E. Baker Co."

1410.   According to Metro Container Site records, "J.E. Baker Co." contributed at least 138 drums of materials containing hazardous substances to the Metro Container Site.

1411.   To date, Magnesita Refractories has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1412.   According to Metro Container Site records, Defendant Main Line Electrical Company ("Main Line Electrical") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

1413.   To date, Main Line Electrical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1414.   According to Metro Container Site records, Defendant Majestic Oil Company ("Majestic Oil") contributed at least 73 drums of materials containing hazardous substances to the Metro Container Site.

1415.   To date, Majestic Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1416.   According to Metro Container Site records, Defendant Major Petroleum Industries Inc. ("Major Petroleum") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

1417.   To date, Major Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1418. According to Metro Container Site records, Defendant Man Roland Inc. ("Man Roland") contributed at least 93 drums of materials containing hazardous substances to the Metro Container Site.

1419. To date, Man Roland has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1420. According to Metro Container Site records, Defendant Man. Bronx ("Man. Bronx") contributed at least 141 drums of materials containing hazardous substances to the Metro Container Site.

1421. To date, Man. Bronx has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1422. According to Metro Container Site records, Defendant Manassas Ice and Fuel Company, Incorporated ("MIFCO") contributed at least 1,126 drums of materials containing hazardous substances to the Metro Container Site.

1423. To date, MIFCO has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1424. Defendant The Manitowoc Company, Inc. ("Manitowoc") is responsible for the waste attributable to "Grave Mtg. Co. Inc." and "Grove Manufacturing Co. Inc."

1425. According to Metro Container Site records, "Grave Mtg. Co. Inc." and "Grove Manufacturing Co. Inc." contributed at least 158 drums of materials containing hazardous substances to the Metro Container Site.

1426. To date, Manitowoc has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1427.   Defendant Manya Operating Corporation ("Manya") is responsible for the waste attributable to "Elm Coated Fabrics."

1428.   According to Metro Container Site records, "Elm Coated Fabrics" contributed at least 308 drums of materials containing hazardous substances to the Metro Container Site.

1429.   To date, Manya has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1430.   Alternatively, Defendant W.R. Grace Co.-Conn. ("W.R. Grace") is responsible for the waste attributable to "Elm Coated Fabrics," as alleged in Paragraph No. 1428 above.

1431.   To date, W.R. Grace has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1432.   According to Metro Container Site records, Defendant Marine Hydraulics, Inc. ("Marine Hydraulics") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

1433.   To date, Marine Hydraulics has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1434.   According to Metro Container Site records, Defendant Marine Lubricants, Inc. ("Marine Lubricants") contributed at least 2,011 drums of materials containing hazardous substances to the Metro Container Site.

1435.   To date, Marine Lubricants has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1436.   According to Metro Container Site records, Defendant Marine Oil Service, Inc. ("Marine Oil") contributed at least 5,034 drums of materials containing hazardous substances to the Metro Container Site.

1437.   To date, Marine Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1438.   According to Metro Container Site records, Defendant Markins Lab ("Markins Lab") contributed at least 273 drums of materials containing hazardous substances to the Metro Container Site.

1439.   To date, Markins Lab has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1440.   According to Metro Container Site records, Defendant Mars, Incorporated ("Mars") contributed at least 13 drums of materials containing hazardous substances to the Metro Container Site.

1441.   To date, Mars has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1442.   According to Metro Container Site records, Defendant Martin Limestone, Inc. ("Martin Limestone") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

1443.   To date, Martin Limestone has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1444.   According to Metro Container Site records, Defendant Martin Oil Company ("Martin Oil") contributed at least 1,594 drums of materials containing hazardous substances to the Metro Container Site.

1445.   To date, Martin Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1446.   According to Metro Container Site records, Defendant Masonite Corporation ("Masonite") contributed at least 183 drums of materials containing hazardous substances to the Metro Container Site.

1447.   To date, Masonite has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1448.   Defendant Master Solutions, Inc. ("Master Solutions") is responsible for the waste attributable to "Automatic Truck Loading System."

1449.   According to Metro Container Site records, "Automatic Truck Loading System" contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1450.   To date, Master Solutions has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1451.   Defendant Masters Concrete Products, Inc. ("Masters Concrete") is responsible for the waste attributable to "R.S. Masters."

1452.   According to Metro Container Site records, "R.S. Masters" contributed at least 23 drums of materials containing hazardous substances to the Metro Container Site.

1453.   To date, Masters Concrete has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1454.   According to Metro Container Site records, Defendant Mathews Bros. Inc. d/b/a Mathews Oil Co. ("Mathews Bros.") contributed at least 405 drums of materials containing hazardous substances to the Metro Container Site.

1455.   To date, Mathews Bros. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1456.   According to Metro Container Site records, Defendant Matter Lithograph ("Matter Lithograph") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1457.   To date, Matter Lithograph has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1458.   According to Metro Container Site records, Defendant Mauger & Co., Inc. ("Mauger") contributed at least 1,530 drums of materials containing hazardous substances to the Metro Container Site.

1459.   To date, Mauger has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1460.   According to Metro Container Site records, Defendant Maugill Co. Inc. ("Maugill") contributed at least 53 drums of materials containing hazardous substances to the Metro Container Site.

1461.   To date, Maugill has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1462.   According to Metro Container Site records, Defendant MC ("MC") contributed at least 31 drums of materials containing hazardous substances to the Metro Container Site.

1463.   To date, MC has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1464.   According to Metro Container Site records, Defendant MC Bauseman ("MC Bauseman") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

1465.   To date, MC Bauseman has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1466.   According to Metro Container Site records, Defendant MC Mater Oil ("MC Mater Oil") contributed at least 192 drums of materials containing hazardous substances to the Metro Container Site.

1467.   To date, MC Mater Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1468.   According to Metro Container Site records, Defendant McGonegal's Wrecker Service ("McGonegal's Wrecker") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

1469.   To date, McGonegal's Wrecker has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1470.   According to Metro Container Site records, Defendant McHugh Brothers Inc. d/b/a McHugh Brothers Moving & Storage ("McHugh Brothers") contributed at least 15 drums of materials containing hazardous substances to the Metro Container Site.

1471.   To date, McHugh Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1472.   According to Metro Container Site records, Defendant McIntosh Energy Company, Inc. ("McIntosh Energy") contributed at least 288 drums of materials containing hazardous substances to the Metro Container Site.

1473.   To date, McIntosh Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1474. According to Metro Container Site records, Defendant McMackin ("McMackin") contributed at least 160 drums of materials containing hazardous substances to the Metro Container Site.

1475. To date, McMackin has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1476. According to Metro Container Site records, Defendant McMahon Associates, Inc. d/b/a McMahon Transportation Engineers and Planners ("McMahon Associates") contributed at least 30 drums of materials containing hazardous substances to the Metro Container Site.

1477. To date, McMahon Associates has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1478. Defendant MCO, Inc. ("MCO") is responsible for the waste attributable to "Medallion Oil."

1479. According to Metro Container Site records, "Medallion Oil" contributed at least 2,779 drums of materials containing hazardous substances to the Metro Container Site.

1480. Additionally, MCO is responsible for the waste attributable to "Rad Medallion."

1481. According to Metro Container Site records, "Rad Medallion" contributed at least 233 drums of materials containing hazardous substances to the Metro Container Site.

1482. To date, MCO has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1483. According to Metro Container Site records, Defendant MCT Services, LLC ("MCT Services") contributed at least 182 drums of materials containing hazardous substances to the Metro Container Site.

1484.   To date, MCT Services has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1485.   Defendant Melzer's Fuel Service, Inc. ("Melzer") is responsible for the waste attributable to "Erie Petrol."

1486.   According to Metro Container Site records, "Erie Petrol" contributed at least 260 drums of materials containing hazardous substances to the Metro Container Site.

1487.   To date, Melzer has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1488.   According to Metro Container Site records, Defendant Mercer County Community College ("MCCC") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

1489.   To date, MCCC has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1490.   According to Metro Container Site records, Defendant Merck & Company, Inc. ("Merck") contributed at least 128 drums of materials containing hazardous substances to the Metro Container Site.

1491.   To date, Merck has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1492.   According to Metro Container Site records, Defendant Mercury Energy Distributors Inc. ("Mercury Energy") contributed at least 64 drums of materials containing hazardous substances to the Metro Container Site.

1493.   To date, Mercury Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1494.   Defendant Metal Improvement Company, LLC d/b/a E/M Coating Services ("MIC") is responsible for the waste attributable to "EM Lubricants."

1495.   According to Metro Container Site records, "EM Lubricants" contributed at least 22 drums of materials containing hazardous substances to the Metro Container Site.

1496.   To date, MIC has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1497.   According to Metro Container Site records, Defendant Metallurgical Processing, Incorporated ("Metallurgical Processing") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1498.   To date, Metallurgical Processing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1499.   According to Metro Container Site records, Defendant Metro Oil & Chemical Corp. d/b/a Metro Energy ("Metro Oil") contributed at least 385 drums of materials containing hazardous substances to the Metro Container Site.

1500.   To date, Metro Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1501.   According to Metro Container Site records, Defendant Metropolitan Corach ("Metropolitan Corach") contributed materials containing hazardous substances to the Metro Container Site.

1502.   To date, Metropolitan Corach has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1503.   According to Metro Container Site records, Defendant Metropolitan Life Insurance Company d/b/a MetLife ("Metropolitan Life") contributed at least 26 drums of materials containing hazardous substances to the Metro Container Site.

1504.   To date, Metropolitan Life has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1505.   According to Metro Container Site records, Defendant Michie Textiles International, Inc. ("Michie Textiles") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

1506.   To date, Michie Textiles has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1507.   According to Metro Container Site records, Defendant Middleton & Meads Co., Inc. ("Middleton & Meads") contributed at least 21 drums of materials containing hazardous substances to the Metro Container Site.

1508.   To date, Middleton & Meads has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1509.   According to Metro Container Site records, Defendant Midway Oil and Gas Company, Inc. ("Midway Oil") contributed at least 3,478 drums of materials containing hazardous substances to the Metro Container Site.

1510.   To date, Midway Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1511.   Defendant Miller and Sons ("Miller") is responsible for the waste attributable to "Robert M. Harper & Sons."

1512.   According to Metro Container Site records, "Robert M. Harper & Sons" contributed at least 112 drums of materials containing hazardous substances to the Metro Container Site.

1513.   To date, Miller has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1514.   Defendant The Miller Group, Inc. d/b/a Schuylkill Auto System ("Miller Group") is responsible for the waste attributable to "Pottsville Bleach & Dying."

1515.   According to Metro Container Site records, "Pottsville Bleach & Dying" contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

1516.   To date, Miller Group has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1517.   According to Metro Container Site records, Defendant Miller Oil Company ("Miller Oil") contributed at least 20 drums of materials containing hazardous substances to the Metro Container Site.

1518.   To date, Miller Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1519.   Defendant Mirabito Holdings, Inc. ("Mirabito") is responsible for the waste attributable to "Bray Terminals, Inc."

1520.   According to Metro Container Site records, "Bray Terminals, Inc." contributed at least 88 drums of materials containing hazardous substances to the Metro Container Site.

1521.   Additionally, Mirabito is responsible for the waste attributable to "Oneonta Oil Fuel."

1522.   According to Metro Container Site records, "Oneonta Oil Fuel" contributed at least 43 drums of materials containing hazardous substances to the Metro Container Site.

1523.   To date, Mirabito has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1524.   According to Metro Container Site records, Defendant Mitchell Industrial Tire Company ("Mitchell Industrial") contributed at least 11 drums of materials containing hazardous substances to the Metro Container Site.

1525.   To date, Mitchell Industrial has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1526.   According to Metro Container Site records, Defendant Mongan CK ("Mongan CK") contributed at least 28 drums of materials containing hazardous substances to the Metro Container Site.

1527.   To date, Mongan CK has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1528.   According to Metro Container Site records, Defendant Moore's Excavating, Inc. ("Moore's Excavating") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1529.   To date, Moore's Excavating has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1530.   According to Metro Container Site records, Defendant Moran Towing Corporation ("Moran Towing") contributed at least 91 drums of materials containing hazardous substances to the Metro Container Site.

1531.   To date, Moran Towing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1532.   Defendant Mr. Tire, Inc. ("Mr. Tire") is responsible for the waste attributable to "Craven Enterprises."

1533.   According to Metro Container Site records, "Craven Enterprises" contributed at least 11 drums of materials containing hazardous substances to the Metro Container Site.

1534.   Additionally, Mr. Tire is responsible for the waste attributable to "Craven Tire Co."

1535.   According to Metro Container Site records, "Craven Tire Co" contributed at least 51 drums of materials containing hazardous substances to the Metro Container Site.

1536.   To date, Mr. Tire has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1537.   According to Metro Container Site records, Defendant MSM Service Co. ("MSM Service") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1538.   To date, MSM Service has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1539.   According to Metro Container Site records, Defendant Muncy Industries, LLC ("Muncy Industries") contributed at least 27 drums of materials containing hazardous substances to the Metro Container Site.

1540.   To date, Muncy Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1541.   According to Metro Container Site records, Defendant Murray Machine & Tool Inc. ("Murray Machine") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

1542.   To date, Murray Machine has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1543.   According to Metro Container Site records, Defendant MW Industries, Inc. d/b/a Accurate Screw Machine ("MW Industries") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

1544.   To date, MW Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1545.   According to Metro Container Site records, Defendant Nai Service ("Nai Service") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

1546.   To date, Nai Service has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1547.   According to Metro Container Site records, Defendant National Railroad Passenger Corporation d/b/a Amtrak ("National Railroad") contributed at least 230 drums of materials containing hazardous substances to the Metro Container Site.

1548.   To date, National Railroad has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1549.   According to Metro Container Site records, Defendant NATL ("NATL") contributed at least 33 drums of materials containing hazardous substances to the Metro Container Site.

1550.   To date, NATL has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1551.   According to Metro Container Site records, Defendant Neapco Components, LLC ("Neapco Components") contributed at least 106 drums of materials containing hazardous substances to the Metro Container Site.

1552.   To date, Neapco Components has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1553.   According to Metro Container Site records, Defendant Nelson Oil Co. Inc. ("Nelson Oil") contributed at least 431 drums of materials containing hazardous substances to the Metro Container Site.

1554.   To date, Nelson Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1555.   According to Metro Container Site records, Defendant Nestle USA, Inc. ("Nestle") contributed at least 890 drums of materials containing hazardous substances to the Metro Container Site.

1556.   To date, Nestle has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1557.   According to Metro Container Site records, Defendant Neu Brothers Holdings, Inc. ("Neu Brothers") contributed at least 1,036 drums of materials containing hazardous substances to the Metro Container Site.

1558.   To date, Neu Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1559.   Defendant Nevin's Trucking Inc. ("Nevin's Trucking") is responsible for the waste attributable to "C.L. Mack Inc."

1560.   According to Metro Container Site records, "C.L. Mack Inc." contributed at least 261 drums of materials containing hazardous substances to the Metro Container Site.

1561.   To date, Nevin's Trucking has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1562.   According to Metro Container Site records, Defendant New Dixie Oil Corporation ("New Dixie") contributed at least 319 drums of materials containing hazardous substances to the Metro Container Site.

1563.   To date, New Dixie has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1564.   Defendant New Enterprise Stone and Lime Co., Inc. ("New Enterprise Stone") is responsible for the waste attributable to "A.G. Kurtz."

1565.   According to Metro Container Site records, "A.G. Kurtz" contributed at least 32 drums of materials containing hazardous substances to the Metro Container Site.

1566.   Additionally, New Enterprise Stone is responsible for the waste attributable to "Eastern Industries" and "Eastern Industries Inc."

1567.   According to Metro Container Site records, "Eastern Industries" and "Eastern Industries Inc" contributed at least 367 drums of materials containing hazardous substances to the Metro Container Site.

1568.   Additionally, New Enterprise Stone is responsible for the waste attributable to "Elco & Hausman Construct."

1569.   According to Metro Container Site records, "Elco & Hausman Construct" contributed at least 28 drums of materials containing hazardous substances to the Metro Container Site.

1570.   Additionally, New Enterprise Stone is responsible for the waste attributable to "Mt. Cydona Sand Co."

1571.   According to Metro Container Site records, "Mt. Cydona Sand Co" contributed at least 14 drums of materials containing hazardous substances to the Metro Container Site.

1572.   Additionally, New Enterprise Stone is responsible for the waste attributable to "State Aggregates."

1573.   According to Metro Container Site records, "State Aggregates" contributed at least 160 drums of materials containing hazardous substances to the Metro Container Site.

1574.   Additionally, New Enterprise Stone is responsible for the waste attributable to "Valley Quarries Inc."

1575.   According to Metro Container Site records, "Valley Quarries Inc." contributed at least 31 drums of materials containing hazardous substances to the Metro Container Site.

1576.   To date, New Enterprise Stone has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1577.   According to Metro Container Site records, Defendant New Hampshire Ball Bearings, Inc. ("NH Ball Bearings") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1578.   To date, NH Ball Bearings has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1579.   According to Metro Container Site records, Defendant New Jersey Wire Stitching Machine Co. ("New Jersey Wire") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

1580.   To date, New Jersey Wire has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1581.   According to Metro Container Site records, Defendant The New York Times Company ("New York Times") contributed at least 33 drums of materials containing hazardous substances to the Metro Container Site.

1582.   To date, New York Times has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1583.   According to Metro Container Site records, Defendant Newell Rubbermaid Inc. ("Rubbermaid") contributed at least 35 drums of materials containing hazardous substances to the Metro Container Site.

1584.   To date, Rubbermaid has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1585.   According to Metro Container Site records, Defendant Newton-Lynman ("Newton-Lynman") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

1586.   To date, Newton-Lynman has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1587.   Defendant NGC Industries, LLC d/b/a National Gypsum Company ("NGC Industries") is responsible for the waste attributable to "Allentown Cement Co."

1588.   According to Metro Container Site records, "Allentown Cement Co." contributed at least 32 drums of materials containing hazardous substances to the Metro Container Site.

1589.   To date, NGC Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1590.   Defendant NGK Metals Corporation ("NGK Metals") is responsible for the waste attributable to "Kaweck-Berylci."

1591.   According to Metro Container Site records, "Kaweck-Berylci" contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site

1592.   To date, NGK Metals has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1593.   Alternatively, Defendant Cabot Corporation ("Cabot") is responsible for the waste attributable to "Kaweck-Berylci," as alleged in Paragraph No. 1591 above.

1594.   To date, Cabot has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1595.   According to Metro Container Site records, Defendant The Nielsen Company (US), LLC ("Nielsen") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1596.   To date, Nielsen has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1597.   Defendant Nittany Energy, LLC ("Nittany Energy") is responsible for the waste attributable to "Nittany Oil Co."

1598.   According to Metro Container Site records, "Nittany Oil Co." contributed at least 130 drums of materials containing hazardous substances to the Metro Container Site.

1599.   To date, Nittany Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1600.   According to Metro Container Site records, Defendant Norbert E. Mitchell Co., Inc. ("Norbert Mitchell") contributed at least 499 drums of materials containing hazardous substances to the Metro Container Site.

1601.   To date, Norbert Mitchell has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1602.   According to Metro Container Site records, Defendant North Penn School District ("NPSD") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

1603.   To date, NPSD has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1604.   According to Metro Container Site records, Defendant North Petroleum ("North Petroleum") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

1605.   To date, North Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1606.   According to Metro Container Site records, Defendant North Transfer ("North Transfer") contributed at least 14 drums of materials containing hazardous substances to the Metro Container Site.

1607.   To date, North Transfer has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1608.   According to Metro Container Site records, Defendant Norton Petroleum Corporation ("Norton Petroleum") contributed at least 11,851 drums of materials containing hazardous substances to the Metro Container Site.

1609.   To date, Norton Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1610.   According to Metro Container Site records, Defendant Norwich Discount Oil Inc. ("Norwich Discount") contributed at least 62 drums of materials containing hazardous substances to the Metro Container Site.

1611.   To date, Norwich Discount has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1612.   Defendant Novares US LLC ("Novares") is responsible for the waste attributable to "Superior Mold Builders, Inc."

1613.   According to Metro Container Site records, "Superior Mold Builders, Inc." contributed at least 16 drums of materials containing hazardous substances to the Metro Container Site.

1614.   To date, Novares has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1615.   Defendant Novartis Pharmaceuticals Corporation ("Novartis") is responsible for the waste attributable to "Ciba-Giegy."

1616.   According to Metro Container Site records, "Ciba-Giegy" contributed at least 264 drums of materials containing hazardous substances to the Metro Container Site.

1617.   To date, Novartis has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1618.   According to Metro Container Site records, Defendant NRC Trucking & Steel Drum ("NRC Trucking") contributed at least 112 drums of materials containing hazardous substances to the Metro Container Site.

1619.   To date, NRC Trucking has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1620.   According to Metro Container Site records, Defendant NY State Electric and Gas Corporation ("NY State Electric") contributed at least 110 drums of materials containing hazardous substances to the Metro Container Site.

1621.   To date, NY State Electric has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1622.   According to Metro Container Site records, Defendant NYC Freight ("NYC Freight") contributed materials containing hazardous substances to the Metro Container Site.

1623.   To date, NYC Freight has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1624.   According to Metro Container Site records, Defendant O.A. Gregory, Inc. d/b/a Gregory Oil ("O.A. Gregory") contributed at least 102 drums of materials containing hazardous substances to the Metro Container Site.

1625.   To date, O.A. Gregory has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1626.   According to Metro Container Site records, Defendant O.F. Zurn Company ("Zurn") contributed at least 7,707 drums of materials containing hazardous substances to the Metro Container Site.

1627.   To date, Zurn has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1628.   According to Metro Container Site records, Defendant Oakes Oil Co. ("Oakes Oil") contributed at least 16 drums of materials containing hazardous substances to the Metro Container Site.

1629.   To date, Oakes Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1630.   Defendant Obetz Energy ("Obetz") is responsible for the waste attributable to "G.W. Davis Oil Co."

1631.   According to Metro Container Site records, "G.W. Davis Oil Co." contributed at least 776 drums of materials containing hazardous substances to the Metro Container Site.

1632.   To date, Obetz has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1633.   Defendant Occidental Chemical Holding Corporation ("Occidental Chemical") is responsible for the waste attributable to "Oxy Chemical."

1634.   According to Metro Container Site records, "Oxy Chemical" contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

1635.   To date, Occidental Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1636.   According to Metro Container Site records, Defendant Occidental Petroleum Corporation ("Occidental Petroleum") contributed at least 7,709 drums of materials containing hazardous substances to the Metro Container Site.

1637.   To date, Occidental Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1638.   According to Metro Container Site records, Defendant The Oil Man, Inc. ("Oil Man") contributed at least 130 drums of materials containing hazardous substances to the Metro Container Site.

1639.   To date, Oil Man has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1640.   Defendant OmniMax International, Inc. ("OmniMax") is responsible for the waste attributable to "Berger Bros Co."

1641.   According to Metro Container Site records, "Berger Bros Co." contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

1642.   To date, OmniMax has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1643.   According to Metro Container Site records, Defendant Oneida Motor Freight, Inc. ("Oneida Motor") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

1644.   To date, Oneida Motor has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1645.   According to Metro Container Site records, Defendant Otis Elevator Company ("Otis Elevator") contributed at least 86 drums of materials containing hazardous substances to the Metro Container Site.

1646.   To date, Otis Elevator has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1647.   According to Metro Container Site records, Defendant Owens Corning ("Owens Corning") contributed at least 286 drums of materials containing hazardous substances to the Metro Container Site.

1648.   To date, Owens Corning has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1649.   According to Metro Container Site records, Defendant Owens-Illinois, Inc. d/b/a O-I ("Owens-Illinois") contributed at least 253 drums of materials containing hazardous substances to the Metro Container Site.

1650.   To date, Owens-Illinois has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1651.   According to Metro Container Site records, Defendant Oxford Grain & Hay Co. d/b/a Oxford Feed & Lumber ("Oxford Grain") contributed at least 29 drums of materials containing hazardous substances to the Metro Container Site.

1652.   To date, Oxford Grain has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1653.   According to Metro Container Site records, Defendant P.H. Glatfelter Company ("P.H. Glatfelter") contributed at least 2,315 drums of materials containing hazardous substances to the Metro Container Site.

1654.   To date, P.H. Glatfelter has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1655.   According to Metro Container Site records, Defendant P.M.E. Co. ("P.M.E.") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1656.   To date, P.M.E. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1657.   According to Metro Container Site records, Defendant P.R. Hoffman Machine Products, Inc. ("P.R. Hoffman") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1658.   To date, P.R. Hoffman has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1659.   According to Metro Container Site records, Defendant Pabst Brewing Company ("Pabst Brewing") contributed at least 384 drums of materials containing hazardous substances to the Metro Container Site.

1660.   To date, Pabst Brewing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1661.   According to Metro Container Site records, Defendant Packaging Corporation of America ("PCA") contributed at least 76 drums of materials containing hazardous substances to the Metro Container Site.

1662.   To date, PCA has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1663.   According to Metro Container Site records, Defendant Palmer Rossi Inc. ("Palmer Rossi") contributed at least 13 drums of materials containing hazardous substances to the Metro Container Site.

1664.   To date, Palmer Rossi has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1665.   According to Metro Container Site records, Defendant Pannell Manufacturing Corporation ("Pannell") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

1666.   To date, Pannell has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1667.   According to Metro Container Site records, Defendant Paradee Oil Company ("Paradee Oil") contributed at least 141 drums of materials containing hazardous substances to the Metro Container Site.

1668.   To date, Paradee Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1669.   According to Metro Container Site records, Defendant Parish Energy Fuels, Inc. d/b/a Webber Group ("Parish Energy") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

1670.   To date, Parish Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1671.   Defendant Park-Ohio Holdings Corporation ("Park-Ohio") is responsible for the waste attributable to "Industrial Fasteners."

1672.   According to Metro Container Site records, "Industrial Fasteners" contributed at least 42 drums of materials containing hazardous substances to the Metro Container Site.

1673.   To date, Park-Ohio has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1674.   According to Metro Container Site records, Defendant Parker Oil Company, Inc. ("Parker Oil") contributed at least 203 drums of materials containing hazardous substances to the Metro Container Site.

1675.   To date, Parker Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1676.   According to Metro Container Site records, Defendant Pars ("Pars") contributed at least 140 drums of materials containing hazardous substances to the Metro Container Site.

1677.   To date, Pars has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1678.   According to Metro Container Site records, Defendant Parts Elevator ("Parts Elevator") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1679.   To date, Parts Elevator has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1680.   According to Metro Container Site records, Defendant Pat Barrett Transmissions Inc. ("Pat Barrett") contributed at least 42 drums of materials containing hazardous substances to the Metro Container Site.

1681.   To date, Pat Barrett has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1682.   According to Metro Container Site records, Defendant Paul Bradigan & Sons Inc. d/b/a Bradigan Inc. ("Bradigan & Sons") contributed at least 476 drums of materials containing hazardous substances to the Metro Container Site.

1683.   To date, Bradigan & Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1684.   According to Metro Container Site records, Defendant Paul Chevrolet-Olds-Pontiac ("Paul Chevrolet") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

1685.   To date, Paul Chevrolet has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1686.   According to Metro Container Site records, Defendant Paulsen Wire Rope Corporation ("Paulsen Wire") contributed at least 49 drums of materials containing hazardous substances to the Metro Container Site.

1687.   To date, Paulsen Wire has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1688.   Defendant Peanut Processors, Inc. ("Peanut Processors") is responsible for the waste attributable to "Carrol's Transfer."

1689.   According to Metro Container Site records, "Carrol's Transfer" contributed at least 754 drums of materials containing hazardous substances to the Metro Container Site.

1690.   To date, Peanut Processors has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1691.   Defendant PECO Energy Company ("PECO Energy") is responsible for the waste attributable to "Phila. Electric Co." and "Philadelphia Electric."

1692.   According to Metro Container Site records, "Phila. Electric Co." and "Philadelphia Electric" contributed at least 558 drums of materials containing hazardous substances to the Metro Container Site.

1693.   To date, PECO Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1694.   According to Metro Container Site records, Defendant Pedroni Fuel Company ("Pedroni Fuel") contributed at least 1,304 drums of materials containing hazardous substances to the Metro Container Site.

1695.   To date, Pedroni Fuel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1696.   According to Metro Container Site records, Defendant Penn Mar Oil Company, Inc. ("Penn Mar Oil") contributed at least 102 drums of materials containing hazardous substances to the Metro Container Site.

1697.   To date, Penn Mar Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1698.   According to Metro Container Site records, Defendant Penna Box Div. ("Penna Box") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1699.   To date, Penna Box has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1700.   According to Metro Container Site records, Defendant Pennsylvania Machine Works Inc. ("Pennsylvania Machine") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1701.   To date, Pennsylvania Machine has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1702.   According to Metro Container Site records, Defendant Pennsylvania Truck Centers, Inc. ("Pennsylvania Truck") contributed at least 1,731 drums of materials containing hazardous substances to the Metro Container Site.

1703.   To date, Pennsylvania Truck has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1704.   Defendant Penske Truck Leasing Co., L.P. ("Penske Truck") is responsible for the waste attributable to "Leaseway Purchasing Corp."

1705.   According to Metro Container Site records, "Leaseway Purchasing Corp" contributed at least 171 drums of materials containing hazardous substances to the Metro Container Site.

1706.   Additionally, Penske Truck is responsible for the waste attributable to "Leaseway System of Baltimore."

1707.   According to Metro Container Site records, "Leaseway System of Baltimore" contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

1708.   To date, Penske Truck has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1709.   According to Metro Container Site records, Defendant People's Petroleum Products, Inc. d/b/a People's Oil ("People's Petroleum") contributed at least 594 drums of materials containing hazardous substances to the Metro Container Site.

1710.   To date, People's Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1711.   According to Metro Container Site records, Defendant Peoples Gas & Oil Company, Inc. ("Peoples Gas") contributed at least 1,786 drums of materials containing hazardous substances to the Metro Container Site.

1712.   To date, Peoples Gas has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1713.   Defendant Pepro Enterprises, Inc. ("Pepro Enterprises") is responsible for the waste attributable to "Temini Plastic."

1714.   According to Metro Container Site records, "Temini Plastic" contributed at least 63 drums of materials containing hazardous substances to the Metro Container Site.

1715.   To date, Pepro Enterprises has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1716.   According to Metro Container Site records, Defendant Petes T/A DJW ("Petes DJW") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

1717.   To date, Petes DJW has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1718.   According to Metro Container Site records, Defendant Petrol Plus, Inc. ("Petrol Plus") contributed at least 232 drums of materials containing hazardous substances to the Metro Container Site.

1719.   To date, Petrol Plus has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1720.   Defendant Petroleum Heat & Power Co., Inc. d/b/a Petro ("Petroleum Heat") is responsible for the waste attributable to "D.J. Witman."

1721.   According to Metro Container Site records, "D.J. Witman" contributed at least 28 drums of materials containing hazardous substances to the Metro Container Site.

1722.   To date, Petroleum Heat has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1723.   According to Metro Container Site records, Defendant Petroleum Sales & Service, Inc. ("Petroleum Sales") contributed at least 102 drums of materials containing hazardous substances to the Metro Container Site.

1724.   To date, Petroleum Sales has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1725.   According to Metro Container Site records, Defendant Petroleum Service Company ("Petroleum Service") contributed at least 6,017 drums of materials containing hazardous substances to the Metro Container Site.

1726.   To date, Petroleum Service has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1727.   According to Metro Container Site records, Defendant Petroleum World, Inc. ("Petroleum World") contributed at least 2,544 drums of materials containing hazardous substances to the Metro Container Site.

1728.   To date, Petroleum World has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1729.   According to Metro Container Site records, Defendant Philadelphia Beth. Herb ("Philadelphia Beth. Herb") contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

1730.   To date, Philadelphia Beth. Herb has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1731.   According to Metro Container Site records, Defendant Philadelphia Gas Works ("Philadelphia Gas") contributed at least 146 drums of materials containing hazardous substances to the Metro Container Site.

1732.   To date, Philadelphia Gas has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1733.   According to Metro Container Site records, Defendant Phoenix Inc. ("Phoenix") contributed at least 1,781 drums of materials containing hazardous substances to the Metro Container Site.

1734.   To date, Phoenix has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1735.   According to Metro Container Site records, Defendant Photo & Electric ("Photo & Electric") contributed at least 1,963 drums of materials containing hazardous substances to the Metro Container Site.

1736.   To date, Photo & Electric has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1737.   According to Metro Container Site records, Defendant Phumphrey Farm LLLP ("Phumphrey Farm") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

1738.   To date, Phumphrey Farm has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1739.   Defendant Pilkington North America Inc. ("Pilkington") is responsible for the waste attributable to "LOF Glass."

1740.   According to Metro Container Site records, "LOF Glass" contributed at least 168 drums of materials containing hazardous substances to the Metro Container Site.

1741.   To date, Pilkington has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1742.   According to Metro Container Site records, Defendant Pioneer Oil Company, Inc. ("Pioneer Oil") contributed at least 3,263 drums of materials containing hazardous substances to the Metro Container Site.

1743.   To date, Pioneer Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1744.   Defendant Pipeline Petroleum, Inc. ("Pipeline Petroleum") is responsible for the waste attributable to "Atlantic Oil & Heating."

1745.   According to Metro Container Site records, "Atlantic Oil & Heating" contributed at least 739 drums of materials containing hazardous substances to the Metro Container Site.

1746.   To date, Pipeline Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1747.   According to Metro Container Site records, Defendant Plant #2 ("Plant #2") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

1748.   To date, Plant #2 has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1749.   According to Metro Container Site records, Defendant Plaza Used Auto Parts ("Plaza Auto") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

1750.   To date, Plaza Auto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1751.   Defendant PLR Ecommerce, LLC ("PLR") is responsible for the waste attributable to "Poleroid."

1752.   According to Metro Container Site records, "Poleroid" contributed at least 37 drums of materials containing hazardous substances to the Metro Container Site.

1753.   To date, PLR has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1754.   According to Metro Container Site records, Defendant Point Bay Fuel LLC ("Point Bay Fuel") contributed at least 117 drums of materials containing hazardous substances to the Metro Container Site.

1755.   To date, Point Bay Fuel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1756.   According to Metro Container Site records, Defendant Point Bay Fuel, Inc. ("Bay Fuel") contributed at least 117 drums of materials containing hazardous substances to the Metro Container Site.

1757.   To date, Bay Fuel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1758.   Defendant PolyOne Corporation ("PolyOne") is responsible for the waste attributable to "O'Sullivan Corporation."

1759.   According to Metro Container Site records, "O'Sullivan Corporation" contributed at least 195 drums of materials containing hazardous substances to the Metro Container Site.

1760.   To date, PolyOne has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1761.   According to Metro Container Site records, Defendant Pomona Oil Co., Inc. d/b/a Pomona Heating & Cooling ("Pomona Oil") contributed at least 257 drums of materials containing hazardous substances to the Metro Container Site.

1762.   To date, Pomona Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1763.   According to Metro Container Site records, Defendant Pontarelli's Automotive & Marine Service Center Inc. ("Pontarelli's Automotive") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1764.   To date, Pontarelli's Automotive has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1765.   Defendant Ports America, Inc. ("Ports America") is responsible for the waste attributable to "International Terminal."

1766.   According to Metro Container Site records, "Dundalk Marine Terminal" contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

1767.   Additionally, Ports America is responsible for the waste attributable to "International Terminal."

1768.   According to Metro Container Site records, "International Terminal" contributed at least 424 drums of materials containing hazardous substances to the Metro Container Site.

1769.   Additionally, Ports America is responsible for the waste attributable to "I.T.O. Corp."

1770.   According to Metro Container Site records, "I.T.O. Corp." contributed at least 139 drums of materials containing hazardous substances to the Metro Container Site.

1771.   To date, Ports America has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1772.   Alternatively, Defendant Delaware River Stevedores, Inc. ("DRS") is responsible for the waste attributable to "Dundalk Marine Terminal," "International Terminal" and "I.T.O. Corp.," as alleged in Paragraph Nos. 1766, 1768 & 1770 above.

1773.   To date, DRS has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1774.   According to Metro Container Site records, Defendant The Potomac Edison Company ("Potomac Edison") contributed at least 21 drums of materials containing hazardous substances to the Metro Container Site.

1775.   To date, Potomac Edison has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1776.   According to Metro Container Site records, Defendant PPC Corp. ("PPC") contributed at least 283 drums of materials containing hazardous substances to the Metro Container Site.

1777.   To date, PPC has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1778.   Defendant PPL Corporation ("PPL") is responsible for the waste attributable to "P.A. Power & Light Co.," "P P & Light," and "PA Power & Light."

1779.   According to Metro Container Site records, "P.A. Power & Light Co.," "P P & Light," and "PA Power & Light" contributed at least 873 drums of materials containing hazardous substances to the Metro Container Site.

1780.   To date, PPL has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1781.   According to Metro Container Site records, Defendant The Pratt & Whitney Company, Inc. ("Pratt & Whitney") contributed at least 1,498 drums of materials containing hazardous substances to the Metro Container Site.

1782.   To date, Pratt & Whitney has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1783.   Defendant Praxair, Inc. ("Praxair") is responsible for the waste attributable to "Lig Carbonic Corp."

1784.   According to Metro Container Site records, "Lig Carbonic Corp" contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

1785.   To date, Praxair has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1786.   According to Metro Container Site records, Defendant Precision Custom Components, LLC ("Precision Components") contributed at least 36 drums of materials containing hazardous substances to the Metro Container Site.

1787.   To date, Precision Components has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1788.   According to Metro Container Site records, Defendant Precision Grinding Services, Inc. ("Precision Grinding") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

1789.   To date, Precision Grinding has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1790.   According to Metro Container Site records, Defendant Precision Roll Grinders Inc. ("Precision Roll") contributed at least 45 drums of materials containing hazardous substances to the Metro Container Site.

1791.   To date, Precision Roll has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1792.   According to Metro Container Site records, Defendant Press-Enterprise, Inc. ("Press-Enterprise") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

1793.   To date, Press-Enterprise has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1794.   According to Metro Container Site records, Defendant Princeton University ("Princeton") contributed at least 188 drums of materials containing hazardous substances to the Metro Container Site.

1795.   To date, Princeton has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1796.   According to Metro Container Site records, Defendant Professional Compounding Centers Of America, Inc. ("PCCA") contributed at least 200 drums of materials containing hazardous substances to the Metro Container Site.

1797.   To date, PCCA has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1798.   According to Metro Container Site records, Defendant Progress Lighting Inc. ("Progress Lighting") contributed at least 48 drums of materials containing hazardous substances to the Metro Container Site.

1799.   To date, Progress Lighting has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1800.   According to Metro Container Site records, Defendant PTL International ("PTL International") contributed at least 3,832 drums of materials containing hazardous substances to the Metro Container Site.

1801.   To date, PTL International has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1802.   According to Metro Container Site records, Defendant Public Service Enterprise Group ("PSEG") contributed at least 8,759 drums of materials containing hazardous substances to the Metro Container Site.

1803.   To date, PSEG has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1804.   Defendant Pure Fishing, Inc. d/b/a Penn Reels ("Pure Fishing") is responsible for the waste attributable to "Penn Fishing Tackle Manufacturing."

1805.   According to Metro Container Site records, "Penn Fishing Tackle Manufacturing" contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

1806.   To date, Pure Fishing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1807.   Defendant Purolator International, Inc. ("Purolator International") is responsible for the waste attributable to "Purlatel Armed Inc."

1808.   According to Metro Container Site records, "Purlatel Armed Inc." contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1809.   Additionally, Purolator International is responsible for the waste attributable to "Purolator Security."

1810.   According to Metro Container Site records, "Purolator Security" contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

1811.   To date, Purolator International has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1812.   Defendant Pyramid LLC ("Pyramid") is responsible for the waste attributable to "Petroleum" and "Petroleum Products."

1813.   According to Metro Container Site records, "Petroleum" and "Petroleum Products" contributed at least 5,417 drums of materials containing hazardous substances to the Metro Container Site.

1814.   To date, Pyramid has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1815.   According to Metro Container Site records, Defendant Q Petrol ("Q Petrol") contributed at least 80 drums of materials containing hazardous substances to the Metro Container Site.

1816. To date, Q Petrol has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1817. Defendant Quality Aire Co. ("Quality Aire") is responsible for the waste attributable to "S.W. Rawls."

1818. According to Metro Container Site records, "S.W. Rawls" contributed at least 2,349 drums of materials containing hazardous substances to the Metro Container Site.

1819. To date, Quality Aire has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1820. Defendant Quality Distribution, Inc. ("Quality Distribution") is responsible for the waste attributable to "Chemical Leaman Tank Lin."

1821. According to Metro Container Site records, "Chemical Leaman Tank Lin" contributed at least 290 drums of materials containing hazardous substances to the Metro Container Site.

1822. To date, Quality Distribution has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1823. According to Metro Container Site records, Defendant Quality Metal Finishing Co. ("Quality Metal") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1824. To date, Quality Metal has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1825. According to Metro Container Site records, Defendant Quanex Building Products Corporation ("Quanex Building") contributed at least 19 drums of materials containing hazardous substances to the Metro Container Site.

1826.   To date, Quanex Building has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1827.   According to Metro Container Site records, Defendant Quarles Petroleum Incorporated ("Quarles Petroleum") contributed at least 730 drums of materials containing hazardous substances to the Metro Container Site.

1828.   To date, Quarles Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1829.   According to Metro Container Site records, Defendant Quick Service Taxi Company, Inc. ("Quick Service Taxi") contributed at least 16 drums of materials containing hazardous substances to the Metro Container Site.

1830.   To date, Quick Service Taxi has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1831.   According to Metro Container Site records, Defendant R. Johns Transfer, Inc. ("R. Johns Transfer") contributed at least 200 drums of materials containing hazardous substances to the Metro Container Site.

1832.   To date, R. Johns Transfer has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1833.   According to Metro Container Site records, Defendant R.E. Carroll, Inc. ("R.E. Carroll") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

1834.   To date, R.E. Carroll has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1835.   According to Metro Container Site records, Defendant R.T. Rogers Oil Co., Inc. ("Rogers Oil") contributed at least 31 drums of materials containing hazardous substances to the Metro Container Site.

1836.   To date, Rogers Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1837.   According to Metro Container Site records, Defendant R&L Machine Shop, Inc. ("R&L Machine") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1838.   To date, R&L Machine has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1839.   According to Metro Container Site records, Defendant R&S Machine ("R&S Machine") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

1840.   To date, R&S Machine has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1841.   According to Metro Container Site records, Defendant R&W Oil Products, LLC ("R&W Oil") contributed at least 204 drums of materials containing hazardous substances to the Metro Container Site.

1842.   To date, R&W Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1843.   According to Metro Container Site records, Defendant Rahway Steel Drum Co., Inc. ("Rahway Steel") contributed at least 694 drums of materials containing hazardous substances to the Metro Container Site.

1844.   To date, Rahway Steel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1845.   According to Metro Container Site records, Defendant Railway Truck ("Railway Truck") contributed at least 16 drums of materials containing hazardous substances to the Metro Container Site.

1846.   To date, Railway Truck has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1847.   According to Metro Container Site records, Defendant Rasco Oil ("Rasco Oil") contributed at least 50 drums of materials containing hazardous substances to the Metro Container Site.

1848.   To date, Rasco Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1849.   According to Metro Container Site records, Defendant Rauneer Co. ("Rauneer") contributed at least 50 drums of materials containing hazardous substances to the Metro Container Site.

1850.   To date, Rauneer has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1851.   Defendant Rawl Sales & Processing Co. Inc. ("Rawl Sales") is responsible for the waste attributable to "Charles Coal & Oil."

1852.   According to Metro Container Site records, "Charles Coal & Oil" contributed at least 155 drums of materials containing hazardous substances to the Metro Container Site.

1853.   To date, Rawl Sales has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1854.   According to Metro Container Site records, Defendant Ray Machine Inc. ("Ray Machine") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1855.   To date, Ray Machine has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1856.   According to Metro Container Site records, Defendant Ray Murray Inc. ("Ray Murray") contributed at least 27 drums of materials containing hazardous substances to the Metro Container Site.

1857.   To date, Ray Murray has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1858.   According to Metro Container Site records, Defendant Rayco Auto Service ("Rayco Auto Service") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1859.   To date, Rayco Auto Service has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1860.   According to Metro Container Site records, Defendant Readco Kurimoto, LLC ("Readco Kurimoto") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1861.   To date, Readco Kurimoto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1862.   According to Metro Container Site records, Defendant Reading Commercial Heat Treating Co., Inc. ("Reading Commercial") contributed at least 20 drums of materials containing hazardous substances to the Metro Container Site.

1863.   To date, Reading Commercial has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1864.   According to Metro Container Site records, Defendant Reagent Chemical and Research, Inc. ("Reagent Chemical") contributed at least 191 drums of materials containing hazardous substances to the Metro Container Site.

1865.   To date, Reagent Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1866.   According to Metro Container Site records, Defendant Red's Motor Machine Co. Inc. ("Red's Motor") contributed at least 23 drums of materials containing hazardous substances to the Metro Container Site.

1867.   To date, Red's Motor has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1868.   According to Metro Container Site records, Defendant Red's of Jaffrey LLC ("Red's of Jaffrey") contributed at least 33 drums of materials containing hazardous substances to the Metro Container Site.

1869.   To date, Red's of Jaffrey has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1870.   According to Metro Container Site records, Defendant ReEnergy Holdings LLC ("ReEnergy") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

1871.   To date, ReEnergy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1872.   Defendant Refleg Corp. ("Refleg") is responsible for the waste attributable to "Premium Petroleum" and "Premium Petroleum Products."

1873.   According to Metro Container Site records, "Premium Petroleum" and "Premium Petroleum Products" contributed at least 216 drums of materials containing hazardous substances to the Metro Container Site.

1874.   To date, Refleg has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1875.   Defendant REH Holdings, Inc. ("REH Holdings") is responsible for the waste attributable to "H.J. Williams Co."

1876.   According to Metro Container Site records, "H.J. Williams Co." contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

1877.   To date, REH Holdings has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1878.   Defendant Reichhold LLC 2 ("Reichhold") is responsible for the waste attributable to "Reich Hold Chemical Inc."

1879.   According to Metro Container Site records, "Reich Hold Chemical Inc" contributed at least 610 drums of materials containing hazardous substances to the Metro Container Site.

1880.   To date, Reichhold has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1881.   According to Metro Container Site records, Defendant Reimer Brothers Inc. ("Reimer Brothers") contributed at least 204 drums of materials containing hazardous substances to the Metro Container Site.

1882.   To date, Reimer Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1883.   According to Metro Container Site records, Defendant Reinauer Transportation Companies, LLC ("Reinauer Transportation") contributed at least 26 drums of materials containing hazardous substances to the Metro Container Site.

1884.   To date, Reinauer Transportation has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1885.   According to Metro Container Site records, Defendant Reiner Group Inc. ("Reiner Group") contributed at least 21 drums of materials containing hazardous substances to the Metro Container Site.

1886.   To date, Reiner Group has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1887.   According to Metro Container Site records, Defendant Reinhardt-Andrus ("Reinhardt-Andrus") contributed at least 43 drums of materials containing hazardous substances to the Metro Container Site.

1888.   To date, Reinhardt-Andrus has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1889.   According to Metro Container Site records, Defendant Reinholdt ("Reinholdt") contributed at least 126 drums of materials containing hazardous substances to the Metro Container Site.

1890.   To date, Reinholdt has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1891.   According to Metro Container Site records, Defendant Reiss Manufacturing, Inc. ("Reiss Manufacturing") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

1892.   To date, Reiss Manufacturing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1893.   Defendant Reit Energy Company ("Reit Energy") is responsible for the waste attributable to "Reit Service Co."

1894.   According to Metro Container Site records, "Reit Service Co." contributed at least 857 drums of materials containing hazardous substances to the Metro Container Site.

1895.   To date, Reit Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1896.   According to Metro Container Site records, Defendant Reit Fuel Oil Co. ("Reit Fuel") contributed at least 2,415 drums of materials containing hazardous substances to the Metro Container Site.

1897.   To date, Reit Fuel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1898.   Defendant RelaDyne NE LLC d/b/a Automotive Service RelaDyne LLC ("ASI") is responsible for the waste attributable to "Automotive Service Inc."

1899.   According to Metro Container Site records, "Automotive Service Inc." contributed at least 2,005 drums of materials containing hazardous substances to the Metro Container Site.

1900.   To date, ASI has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1901.   According to Metro Container Site records, Defendant Reliable Industries, LLC ("Reliable Industries") contributed at least 2,012 drums of materials containing hazardous substances to the Metro Container Site.

1902.   Additionally, Reliable Industries is responsible for the waste attributable to "Reliable Recyclers."

1903.   According to Metro Container Site records, "Reliable Recyclers" contributed at least 3,642 drums of materials containing hazardous substances to the Metro Container Site.

1904.   To date, Reliable Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1905.   According to Metro Container Site records, Defendant Reliance Motor Coach Company, Inc. ("Reliance Motor") contributed at least 28 drums of materials containing hazardous substances to the Metro Container Site.

1906.   To date, Reliance Motor has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1907.   According to Metro Container Site records, Defendant Reneer Films Corporation ("Reneer Films") contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

1908.   To date, Reneer Films has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1909.   According to Metro Container Site records, Defendant Rex Oil Co. ("Rex Oil") contributed at least 26,327 drums of materials containing hazardous substances to the Metro Container Site.

1910.   To date, Rex Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1911.   According to Metro Container Site records, Defendant RFP, Inc. ("RFP") contributed at least 158 drums of materials containing hazardous substances to the Metro Container Site.

1912.   To date, RFP has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1913.   According to Metro Container Site records, Defendant Rhoades Oil Co. ("Rhoades Oil") contributed at least 198 drums of materials containing hazardous substances to the Metro Container Site.

1914.   To date, Rhoades Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1915.   According to Metro Container Site records, Defendant Rhoades Paving Incorporated ("Rhoades Paving") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

1916.   To date, Rhoades Paving has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1917.   Defendant Rhoads Energy Corporation ("Rhoads Energy") is responsible for the waste attributable to "Jerome H. Rhoads, Inc."

1918.   According to Metro Container Site records, "Jerome H. Rhoads, Inc." contributed at least 158 drums of materials containing hazardous substances to the Metro Container Site.

1919.   To date, Rhoads Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1920.   According to Metro Container Site records, Defendant Rhodes ("Rhodes") contributed at least 25 drums of materials containing hazardous substances to the Metro Container Site.

1921.   To date, Rhodes has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1922.   According to Metro Container Site records, Defendant Richards & Davis Co. ("Richards & Davis") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1923.   To date, Richards & Davis has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1924.   According to Metro Container Site records, Defendant Riggins, Inc. ("Riggins") contributed at least 20 drums of materials containing hazardous substances to the Metro Container Site.

1925.   To date, Riggins has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1926.   According to Metro Container Site records, Defendant RMR Corp. ("RMR") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1927.   To date, RMR has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1928.   According to Metro Container Site records, Defendant Roadwide ("Roadwide") contributed at least 21 drums of materials containing hazardous substances to the Metro Container Site.

1929.   To date, Roadwide has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1930.   According to Metro Container Site records, Defendant Robert E. Reedy & Sons, Inc. ("Reedy & Sons") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

1931.   To date, Reedy & Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1932.   Defendant Robertson Fuel Oil, Inc. ("Robertson Fuel") is responsible for the waste attributable to "B.A. Robertson & Sons."

1933.   According to Metro Container Site records, "B.A. Robertson & Sons" contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1934.   To date, Robertson Fuel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1935.   According to Metro Container Site records, Defendant Rockville Fuel & Feed Company, Incorporated ("Rockville Fuel") contributed at least 34 drums of materials containing hazardous substances to the Metro Container Site.

1936.   To date, Rockville Fuel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1937.   Defendant Rockwell Automation, Inc. ("Rockwell Automation") is responsible for the waste attributable to "Rockwell International."

1938.   According to Metro Container Site records, "Rockwell International" contributed at least 458 drums of materials containing hazardous substances to the Metro Container Site.

1939.   To date, Rockwell Automation has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1940.   According to Metro Container Site records, Defendant Rocky Mount Tire Distributors, Inc. d/b/a Rocky Mount Oil Company ("Rocky Mount Tire") contributed at least 92 drums of materials containing hazardous substances to the Metro Container Site.

1941.   To date, Rocky Mount Tire has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1942.   According to Metro Container Site records, Defendant Rois Manufacturing Co., Inc. ("Rois Manufacturing") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

1943.   To date, Rois Manufacturing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1944.   According to Metro Container Site records, Defendant Rome Express, Inc. ("Rome Express") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

1945.   To date, Rome Express has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1946.   Defendant Romulus Development Corp. ("Romulus") is responsible for the waste attributable to "APA" and "A.P.A. Leasing."

1947.   According to Metro Container Site records, "APA" and "A.P.A. Leasing" contributed at least 212 drums of materials containing hazardous substances to the Metro Container Site.

1948.   To date, Romulus has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1949.   According to Metro Container Site records, Defendant Ron Davis Tire Co. Inc. ("Davis Tire") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1950.   To date, Davis Tire has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1951.   According to Metro Container Site records, Defendant Root Oil Co., Inc. ("Root Oil") contributed at least 413 drums of materials containing hazardous substances to the Metro Container Site.

1952.   To date, Root Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1953.   According to Metro Container Site records, Defendant Routon River ("Routon River") contributed at least 71 drums of materials containing hazardous substances to the Metro Container Site.

1954.   To date, Routon River has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1955.   According to Metro Container Site records, Defendant Ryder System, Inc. ("Ryder System") contributed at least 875 drums of materials containing hazardous substances to the Metro Container Site.

1956.   To date, Ryder System has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1957.   According to Metro Container Site records, Defendant S. Roy ("S. Roy") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

1958.   To date, S. Roy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1959.   According to Metro Container Site records, Defendant S.B. Collins, Inc. ("S.B. Collins") contributed at least 192 drums of materials containing hazardous substances to the Metro Container Site.

1960.   To date, S.B. Collins has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1961.   According to Metro Container Site records, Defendant S.D. Richman Sons Inc. ("S.D. Richman") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1962.   To date, S.D. Richman has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1963.   According to Metro Container Site records, Defendant S.L.F., Inc. d/b/a Consumers Oil Corp. ("S.L.F.") contributed at least 1,257 drums of materials containing hazardous substances to the Metro Container Site.

1964.   To date, S.L.F. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1965.   According to Metro Container Site records, Defendant S&S Fuel Co., Inc. ("S&S Fuel") contributed at least 38 drums of materials containing hazardous substances to the Metro Container Site.

1966.   To date, S&S Fuel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1967.   According to Metro Container Site records, Defendant Sadler Brothers Oil Company, Inc. ("Sadler Brothers") contributed at least 1,450 drums of materials containing hazardous substances to the Metro Container Site.

1968.   To date, Sadler Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1969.   Defendant Saint-Gobain Abrasives, Inc. ("Saint-Gobain") is responsible for the waste attributable to "Carborundum."

1970.   According to Metro Container Site records, "Carborundum" contributed at least 59 drums of materials containing hazardous substances to the Metro Container Site.

1971.   To date, Saint-Gobain has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1972.   According to Metro Container Site records, Defendant Salem Corporation ("Salem Corporation") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

1973.   To date, Salem Corporation has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1974.   According to Metro Container Site records, Defendant Sales ("Sales") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

1975.   To date, Sales has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1976.   According to Metro Container Site records, Defendant Sallidy Oil Co., Inc. ("Sallidy Oil") contributed at least 13 drums of materials containing hazardous substances to the Metro Container Site.

1977.   To date, Sallidy Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1978.   According to Metro Container Site records, Defendant Salmon Oil Company ("Salmon Oil") contributed at least 582 drums of materials containing hazardous substances to the Metro Container Site.

1979.   To date, Salmon Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1980.   According to Metro Container Site records, Defendant Sam E. Fast & Son Inc. ("Fast & Son") contributed at least 625 drums of materials containing hazardous substances to the Metro Container Site.

1981.   To date, Fast & Son has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1982.   According to Metro Container Site records, Defendant Sam Miller & Son, Inc. ("Miller & Son") contributed at least 876 drums of materials containing hazardous substances to the Metro Container Site.

1983.   To date, Miller & Son has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1984.   According to Metro Container Site records, Defendant Samuel Kinder & Brother, Inc. ("Kinder & Brother") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

1985.   To date, Kinder & Brother has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1986.   According to Metro Container Site records, Defendant San Juan International ("San Juan International") contributed at least 102 drums of materials containing hazardous substances to the Metro Container Site.

1987.   To date, San Juan International has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1988.   According to Metro Container Site records, Defendant Savage Services Corporation ("Savage Services") contributed at least 199 drums of materials containing hazardous substances to the Metro Container Site.

1989.   To date, Savage Services has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1990.   According to Metro Container Site records, Defendant Savannah Oil & Chemical ("Savannah Oil") contributed at least 1,679 drums of materials containing hazardous substances to the Metro Container Site.

1991.   To date, Savannah Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1992.   According to Metro Container Site records, Defendant Savon Service Corp. ("Savon Service") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

1993.   To date, Savon Service has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1994.   According to Metro Container Site records, Defendant Scarborough Oil Co, Inc. ("Scarborough Oil") contributed at least 197 drums of materials containing hazardous substances to the Metro Container Site.

1995.   To date, Scarborough Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1996.   According to Metro Container Site records, Defendant Schatz Steinway Inc. ("Schatz Steinway") contributed at least 80 drums of materials containing hazardous substances to the Metro Container Site.

1997.   To date, Schatz Steinway has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

1998.   According to Metro Container Site records, Defendant Schaub Oil Service Inc. ("Schaub Oil Service") contributed at least 120 drums of materials containing hazardous substances to the Metro Container Site.

1999.   To date, Schaub Oil Service has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2000.   According to Metro Container Site records, Defendant Schiavone Construction Co. LLC ("Schiavone Construction") contributed at least 442 drums of materials containing hazardous substances to the Metro Container Site.

2001.   To date, Schiavone Construction has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2002.   Defendant Schindler Elevator Corporation ("Schindler Elevator") is responsible for the waste attributable to "Haughton Elevator."

2003.   According to Metro Container Site records, "Haughton Elevator" contributed at least 14 drums of materials containing hazardous substances to the Metro Container Site.

2004.   Additionally, Schindler Elevator is responsible for the waste attributable to "Schindler Haughton."

2005.   According to Metro Container Site records, "Schindler Haughton" contributed at least 17 drums of materials containing hazardous substances to the Metro Container Site.

2006.   To date, Schindler Elevator has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2007.   According to Metro Container Site records, Defendant Schubert Inc. ("Schubert") contributed at least 82 drums of materials containing hazardous substances to the Metro Container Site.

2008.   To date, Schubert has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2009.   According to Metro Container Site records, Defendant SCM Oil Co. ("SCM Oil") contributed at least 158 drums of materials containing hazardous substances to the Metro Container Site.

2010.   To date, SCM Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2011.   According to Metro Container Site records, Defendant Scot Lubricants, LLC ("Scot Lubricants") contributed at least 3,044 drums of materials containing hazardous substances to the Metro Container Site.

2012.   To date, Scot Lubricants has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2013.   According to Metro Container Site records, Defendant Scott Cars LP ("Scott Cars") contributed at least 13 drums of materials containing hazardous substances to the Metro Container Site.

2014.   To date, Scott Cars has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2015.   According to Metro Container Site records, Defendant Scullin Oil Co. ("Scullin Oil") contributed at least 555 drums of materials containing hazardous substances to the Metro Container Site.

2016.   To date, Scullin Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2017.   According to Metro Container Site records, Defendant Senick Inc. ("Senick") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

2018.   To date, Senick has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2019.   According to Metro Container Site records, Defendant Serta Simmons Bedding LLC ("Serta Simmons") contributed at least 25 drums of materials containing hazardous substances to the Metro Container Site.

2020.   To date, Serta Simmons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2021.   According to Metro Container Site records, Defendant Service Oil Company ("Service Oil") contributed at least 199 drums of materials containing hazardous substances to the Metro Container Site.

2022.   To date, Service Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2023.   According to Metro Container Site records, Defendant Shady Grove BP ("Shady Grove BP") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2024.   To date, Shady Grove BP has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2025.   Defendant Sheboygan Paint Company ("Sheboygan Paint") is responsible for the waste attributable to "Sentry Paint & Chem."

2026.   According to Metro Container Site records, "Sentry Paint & Chem." contributed at least 3,693 drums of materials containing hazardous substances to the Metro Container Site.

2027.   To date, Sheboygan Paint has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2028.   According to Metro Container Site records, Defendant Shellhorn & Hill, Inc. ("Shellhorn") contributed at least 508 drums of materials containing hazardous substances to the Metro Container Site.

2029.   To date, Shellhorn has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2030.   According to Metro Container Site records, Defendant Sherwood B. Kimmel Trucking & Excavating ("Sherwood Kimmel") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

2031.   To date, Sherwood Kimmel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2032.   According to Metro Container Site records, Defendant Shiffer Bituminous Service Company ("Shiffer Bituminous") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

2033.   To date, Shiffer Bituminous has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2034.   Defendant Shipley Energy Company ("Shipley Energy") is responsible for the waste attributable to "Jay Gress Incorporated."

2035.   According to Metro Container Site records, "Jay Gress Incorporated" contributed at least 13,553 drums of materials containing hazardous substances to the Metro Container Site.

2036.   Additionally, Shipley Energy is responsible for the waste attributable to "Shipley Humble."

2037.   According to Metro Container Site records, "Shipley Humble" contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

2038.   Additionally, Shipley Energy is responsible for the waste attributable to "Tower Sales Inc."

2039.   According to Metro Container Site records, "Tower Sales Inc." contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

2040.   Additionally, Shipley Energy is responsible for the waste attributable to "York Oil Service."

2041.   According to Metro Container Site records, "York Oil Service" contributed at least 62 drums of materials containing hazardous substances to the Metro Container Site.

2042.   To date, Shipley Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2043.   Alternatively, Defendant PPC Lubricants, Inc. ("PPC Lubricants") is responsible for the waste attributable to "Jay Gress Incorporated" as alleged in Paragraph No. 2035 above.

2044.   To date, PPC Lubricants has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2045.   Defendant Shipyard Creek, LLC ("Shipyard Creek") is responsible for the waste attributable to "G L S Inc." and "GLS Inc."

2046.   According to Metro Container Site records, "G L S Inc." and "GLS Inc" contributed at least 321 drums of materials containing hazardous substances to the Metro Container Site.

2047.   To date, Shipyard Creek has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2048.   According to Metro Container Site records, Defendant Shortlidge, S.C., Inc. ("Shortlidge") contributed at least 158 drums of materials containing hazardous substances to the Metro Container Site.

2049.   To date, Shortlidge has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2050.   According to Metro Container Site records, Defendant Shur Heat Oil Co., Inc. ("Shur Heat Oil") contributed at least 200 drums of materials containing hazardous substances to the Metro Container Site.

2051.   To date, Shur Heat Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2052.   Defendant Si-Tech Industries Incorporated ("Si-Tech Industries") is responsible for the waste attributable to "Reliable Oil Co."

2053.   According to Metro Container Site records, "Reliable Oil Co." contributed at least 34 drums of materials containing hazardous substances to the Metro Container Site.

2054.   To date, Si-Tech Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2055.   Defendant Siegfried USA, LLC ("Siegfried") is responsible for the waste attributable to "Penick."

2056.   According to Metro Container Site records, "Penick" contributed at least 46 drums of materials containing hazardous substances to the Metro Container Site.

2057.   To date, Siegfried has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2058.   According to Metro Container Site records, Defendant Silberline Manufacturing Co., Inc. ("Silberline") contributed at least 60 drums of materials containing hazardous substances to the Metro Container Site.

2059.   To date, Silberline has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2060.   According to Metro Container Site records, Defendant Silver Eagle ("Silver Eagle") contributed at least 684 drums of materials containing hazardous substances to the Metro Container Site.

2061.   To date, Silver Eagle has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2062.   According to Metro Container Site records, Defendant Simpson Investment Company ("Simpson Investment") contributed at least 56 drums of materials containing hazardous substances to the Metro Container Site.

2063.   To date, Simpson Investment has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2064.   Defendant Sinochem (USA) Inc. ("Sinochem") is responsible for the waste attributable to "U.S. Agriculture Chemical."

2065.   According to Metro Container Site records, "U.S. Agriculture Chemical" contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

2066.   To date, Sinochem has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2067.   According to Metro Container Site records, Defendant Six Painters ("Six Painters") contributed at least 45 drums of materials containing hazardous substances to the Metro Container Site.

2068.   To date, Six Painters has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2069.   According to Metro Container Site records, Defendant SKF USA, Inc. ("SKF") contributed at least 5,713 drums of materials containing hazardous substances to the Metro Container Site.

2070.   To date, SKF has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2071.   According to Metro Container Site records, Defendant Smith & Smith Transfer Co. Inc. ("Smith Transfer") contributed at least 111 drums of materials containing hazardous substances to the Metro Container Site.

2072.   To date, Smith Transfer has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2073.   According to Metro Container Site records, Defendant Smith Brothers, Inc. ("Smith Brothers") contributed at least 37 drums of materials containing hazardous substances to the Metro Container Site.

2074.   To date, Smith Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2075.   According to Metro Container Site records, Defendant Smith Oil Services, LLC ("Smith Oil") contributed at least 681 drums of materials containing hazardous substances to the Metro Container Site.

2076.   To date, Smith Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2077.   Defendant Smithfield Foods, Inc. d/b/a Esskay ("Smithfield Foods") is responsible for the waste attributable to "Mash's Hams Inc."

2078.   According to Metro Container Site records, "Mash's Hams Inc." contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

2079.   To date, Smithfield Foods has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2080.   According to Metro Container Site records, Defendant SMO, Incorporated d/b/a SMO Energy ("SMO") contributed at least 252 drums of materials containing hazardous substances to the Metro Container Site.

2081.   To date, SMO has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2082.   According to Metro Container Site records, Defendant Snedeker Energy LLC ("Snedeker Energy") contributed at least 389 drums of materials containing hazardous substances to the Metro Container Site.

2083.   To date, Snedeker Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2084.   According to Metro Container Site records, Defendant Solar Compounds Corporation ("Solar Compounds") contributed at least 340 drums of materials containing hazardous substances to the Metro Container Site.

2085.   To date, Solar Compounds has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2086.   According to Metro Container Site records, Defendant Solar Oil Co., Inc. ("Solar Oil") contributed at least 320 drums of materials containing hazardous substances to the Metro Container Site.

2087.   To date, Solar Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2088.   According to Metro Container Site records, Defendant The Solvents Recovery Service of New Jersey, Inc. ("Solvents Recovery") contributed at least 113,481 drums of materials containing hazardous substances to the Metro Container Site.

2089.   To date, Solvents Recovery has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2090.   According to Metro Container Site records, Defendant Sonoco Products Company ("Sonoco Products") contributed at least 31 drums of materials containing hazardous substances to the Metro Container Site.

2091.   To date, Sonoco Products has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2092.   Defendant Soundview Paper Company, LLC ("Soundview Paper") is responsible for the waste attributable to "Marcal Paper."

2093.   According to Metro Container Site records, "Marcal Paper" contributed at least 715 drums of materials containing hazardous substances to the Metro Container Site.

2094.   To date, Soundview Paper has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2095.   According to Metro Container Site records, Defendant Sousa's Wholesale Tire Center ("Sousa's Wholesale Tire") contributed at least 86 drums of materials containing hazardous substances to the Metro Container Site.

2096.   To date, Sousa's Wholesale Tire has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2097.   According to Metro Container Site records, Defendant Soutework Cooperage ("Soutework Cooperage") contributed materials containing hazardous substances to the Metro Container Site.

2098.   To date, Soutework Cooperage has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2099.   According to Metro Container Site records, Defendant Southampton Tire Center, Inc. ("Southampton Tire") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

2100.   To date, Southampton Tire has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2101.   According to Metro Container Site records, Defendant Southco Inc. ("Southco") contributed at least 107 drums of materials containing hazardous substances to the Metro Container Site.

2102.   To date, Southco has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2103.   According to Metro Container Site records, Defendant Southern Lubricants, Inc. ("Southern Lubricants") contributed at least 2,811 drums of materials containing hazardous substances to the Metro Container Site.

2104.   To date, Southern Lubricants has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2105.   According to Metro Container Site records, Defendant Southern Missouri Agr. Association ("SMOAA") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

2106.   To date, SMOAA has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2107.   According to Metro Container Site records, Defendant Southern Oil Company ("Southern Oil") contributed at least 1,592 drums of materials containing hazardous substances to the Metro Container Site.

2108.   To date, Southern Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2109.   According to Metro Container Site records, Defendant Southhampton Town Center ("Southhampton Town Center") contributed at least 13 drums of materials containing hazardous substances to the Metro Container Site.

2110.   To date, Southhampton Town Center has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2111.   According to Metro Container Site records, Defendant Spectron Systems Technology Inc. ("Spectron") contributed at least 400 drums of materials containing hazardous substances to the Metro Container Site.

2112.   To date, Spectron has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2113.   According to Metro Container Site records, Defendant Spencer Brothers Inc. ("Spencer Brothers") contributed at least 2,257 drums of materials containing hazardous substances to the Metro Container Site.

2114.   To date, Spencer Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2115.   According to Metro Container Site records, Defendant Spentonbush/Red Star Companies, Inc. ("Spentonbush") contributed at least 32 drums of materials containing hazardous substances to the Metro Container Site.

2116.   To date, Spentonbush has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2117.   According to Metro Container Site records, Defendant SPS Technologies, LLC ("SPS Technologies") contributed at least 44 drums of materials containing hazardous substances to the Metro Container Site.

2118.   To date, SPS Technologies has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2119.   According to Metro Container Site records, Defendant SREG Eden, LLC d/b/a Intelligencer ("SREG Eden") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

2120.   To date, SREG Eden has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2121.   According to Metro Container Site records, Defendant Staliner Oil ("Staliner Oil") contributed at least 182 drums of materials containing hazardous substances to the Metro Container Site.

2122.   To date, Staliner Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2123.   According to Metro Container Site records, Defendant Standard Motor Products, Inc. ("Standard Motor") contributed at least 57 drums of materials containing hazardous substances to the Metro Container Site.

2124.   To date, Standard Motor has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2125.   Defendant Standard Offset Printing Co., Inc. ("Standard Printing") is responsible for the waste attributable to "Lebanon Valley Offset, Inc."

2126.   According to Metro Container Site records, "Lebanon Valley Offset, Inc." contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

2127.   To date, Standard Printing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2128.   According to Metro Container Site records, Defendant Standard Steel, LLC ("Standard Steel") contributed at least 1,713 drums of materials containing hazardous substances to the Metro Container Site.

2129.   To date, Standard Steel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2130.   Defendant Standex Electronics, Inc. ("Standex Electronics") is responsible for the waste attributable to "Acme Manufacturing."

2131.   According to Metro Container Site records, "Acme Manufacturing" contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

2132.   To date, Standex Electronics has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2133.   According to Metro Container Site records, Defendant Stanley Black & Decker, Inc. ("Black & Decker") contributed at least 424 drums of materials containing hazardous substances to the Metro Container Site.

2134.   To date, Black & Decker has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2135.   Defendant Star Group, L.P. ("Star Group") is responsible for the waste attributable to "Lloyd J. Nolan Fuel."

2136.   According to Metro Container Site records, "Lloyd J. Nolan Fuel" contributed at least 75 drums of materials containing hazardous substances to the Metro Container Site.

2137.   Additionally, Star Group is responsible for the waste attributable to "Tioga Petroleum."

2138.   According to Metro Container Site records, "Tioga Petroleum" contributed at least 200 drums of materials containing hazardous substances to the Metro Container Site.

2139.   To date, Star Group has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2140.   According to Metro Container Site records, Defendant Star Oil ("Star Oil") contributed at least 499 drums of materials containing hazardous substances to the Metro Container Site.

2141.   To date, Star Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2142.   According to Metro Container Site records, Defendant State Road Builders Supply Co. ("State Road Builders") contributed at least 15 drums of materials containing hazardous substances to the Metro Container Site.

2143.   To date, State Road Builders has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2144.   According to Metro Container Site records, Defendant State Steel Drum Co. ("State Steel Drum") contributed at least 208 drums of materials containing hazardous substances to the Metro Container Site.

2145.   To date, State Steel Drum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2146.   According to Metro Container Site records, Defendant Statewood, Incorporated d/b/a State Line Oil ("Statewood") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

2147.   To date, Statewood has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2148.   According to Metro Container Site records, Defendant Stavola Contracting Co. Inc. ("Stavola") contributed at least 157 drums of materials containing hazardous substances to the Metro Container Site.

2149.   To date, Stavola has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2150.   According to Metro Container Site records, Defendant Stegman Services ("Stegman Services") contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

2151.   To date, Stegman Services has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2152.   According to Metro Container Site records, Defendant Stein Harvy Corp. ("Stein Harvy") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2153.   To date, Stein Harvy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2154.   Defendant Stephenson Oil Company ("Stephenson Oil") is responsible for the waste attributable to "R.J. Stephenson" and "R.J. Stephenson Inc."

2155.   According to Metro Container Site records, "R.J. Stephenson" and "R.J. Stephenson Inc." contributed at least 284 drums of materials containing hazardous substances to the Metro Container Site.

2156.   To date, Stephenson Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2157.   Defendant Steuart Petroleum Company ("Steuart Petroleum") is responsible for the waste attributable to "Hardesty & Monroe."

2158.   According to Metro Container Site records, "Hardesty & Monroe" contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

2159.   To date, Steuart Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2160.   According to Metro Container Site records, Defendant Stevens Paint & Wallpaper Store ("Stevens Paint") contributed at least 786 drums of materials containing hazardous substances to the Metro Container Site.

2161.   To date, Stevens Paint has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2162.   According to Metro Container Site records, Defendant Stiff Oil Co. ("Stiff Oil") contributed at least 26 drums of materials containing hazardous substances to the Metro Container Site.

2163.   To date, Stiff Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2164.   According to Metro Container Site records, Defendant Stockman Oil Two, Inc. ("Stockman Oil") contributed at least 573 drums of materials containing hazardous substances to the Metro Container Site.

2165.   To date, Stockman Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2166.   According to Metro Container Site records, Defendant Stough Oil ("Stough Oil") contributed at least 48 drums of materials containing hazardous substances to the Metro Container Site.

2167.   To date, Stough Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2168.   According to Metro Container Site records, Defendant Stratos, Inc. ("Stratos") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

2169.   To date, Stratos has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2170.   According to Metro Container Site records, Defendant Strefling Oil Co. ("Strefling Oil") contributed at least 114 drums of materials containing hazardous substances to the Metro Container Site.

2171.   To date, Strefling Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2172.   According to Metro Container Site records, Defendant Suburban Propane Partners, LP ("Suburban Propane") contributed at least 8 drums of materials containing hazardous substances to the Metro Container Site.

2173.   To date, Suburban Propane has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2174.   According to Metro Container Site records, Defendant Suffolk Chemical Company ("Suffolk Chemical") contributed at least 33 drums of materials containing hazardous substances to the Metro Container Site.

2175.   To date, Suffolk Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2176.   According to Metro Container Site records, Defendant Suffolk Energies, Inc. ("Suffolk Energies") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

2177.   To date, Suffolk Energies has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2178.   According to Metro Container Site records, Defendant Sumter Petroleum Co., Inc. ("Sumter Petroleum") contributed at least 1,130 drums of materials containing hazardous substances to the Metro Container Site.

2179.   To date, Sumter Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2180.   According to Metro Container Site records, Defendant Sun Auto Truck ("Sun Auto Truck") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

2181.   To date, Sun Auto Truck has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2182.   According to Metro Container Site records, Defendant Sunroc Corporation ("Sunroc") contributed at least 71 drums of materials containing hazardous substances to the Metro Container Site.

2183.   To date, Sunroc has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2184.   According to Metro Container Site records, Defendant Super Quik, Inc. ("Super Quik") contributed at least 94 drums of materials containing hazardous substances to the Metro Container Site.

2185.   To date, Super Quik has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2186.   According to Metro Container Site records, Defendant Superior Building ("Superior Building") contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

2187.   To date, Superior Building has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2188.   Defendant Superior Bulk Logistics, Inc. ("Superior Bulk") is responsible for the waste attributable to "Matlack Inc."

2189.   According to Metro Container Site records, "Matlack Inc." contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

2190.   Additionally, Superior Bulk is responsible for the waste attributable to "Superior Carriers."

2191.   According to Metro Container Site records, "Superior Carriers" contributed at least 36 drums of materials containing hazardous substances to the Metro Container Site.

2192.   To date, Superior Bulk has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2193.   According to Metro Container Site records, Defendant Superior Drum and Barrel Co., Inc. ("Superior Drum") contributed at least 39,581 drums of materials containing hazardous substances to the Metro Container Site.

2194.   To date, Superior Drum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2195.   Defendant Superior Plus Energy Services Inc. ("Superior Plus") is responsible for the waste attributable to "Griffith Oil."

2196.   According to Metro Container Site records, "Griffith Oil" contributed at least 195 drums of materials containing hazardous substances to the Metro Container Site.

2197.   Additionally, Superior Plus is responsible for the waste attributable to "Moore Bros. Oil Co."

2198.   According to Metro Container Site records, "Moore Bros. Oil Co." contributed at least 1,794 drums of materials containing hazardous substances to the Metro Container Site.

2199.   To date, Superior Plus has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2200.   According to Metro Container Site records, Defendant Superior Printing Ink Co. Inc. ("Superior Printing") contributed at least 5,041 drums of materials containing hazardous substances to the Metro Container Site.

2201.   To date, Superior Printing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2202.   According to Metro Container Site records, Defendant Sutherland Ind. Center ("Sutherland") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

2203.   To date, Sutherland has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2204.   According to Metro Container Site records, Defendant Synco Chemical Corporation ("Synco Chemical") contributed at least 376 drums of materials containing hazardous substances to the Metro Container Site.

2205.   To date, Synco Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2206.   Defendant T and E Trucking LLC ("T and E Trucking") is responsible for the waste attributable to "Capital Services."

2207.   According to Metro Container Site records, "Capital Services" contributed at least 90 drums of materials containing hazardous substances to the Metro Container Site.

2208.   To date, T and E Trucking has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2209.   According to Metro Container Site records, Defendant T. Epstein and Sons ("Epstein and Sons") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

2210.   To date, Epstein and Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2211.   According to Metro Container Site records, Defendant T. Idolt2worth ("T. Idolt2worth") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

2212.   To date, T. Idolt2worth has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2213.   According to Metro Container Site records, Defendant T.R.I. ("T.R.I.") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

2214.   To date, T.R.I. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2215.   According to Metro Container Site records, Defendant T.R.M. Inc. ("T.R.M.") contributed at least 17 drums of materials containing hazardous substances to the Metro Container Site.

2216.   To date, T.R.M. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2217.   According to Metro Container Site records, Defendant T&D Terminal ("T&D Terminal") contributed at least 34 drums of materials containing hazardous substances to the Metro Container Site.

2218.   To date, T&D Terminal has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2219.   According to Metro Container Site records, Defendant T&R Carrier ("T&R Carrier") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

2220.   To date, T&R Carrier has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2221.   Defendant Talley Petroleum Enterprises Inc. ("Talley Petroleum") is responsible for the waste attributable to "City Suburban Oil."

2222.   According to Metro Container Site records, "City Suburban Oil" contributed at least 11 drums of materials containing hazardous substances to the Metro Container Site.

2223.   To date, Talley Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2224.   According to Metro Container Site records, Defendant Talon Paint Products, Inc. ("Talon Paint") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

2225.   To date, Talon Paint has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2226.   According to Metro Container Site records, Defendant Tanselns Abbey ("Tanselns Abbey") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2227.   To date, Tanselns Abbey has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2228.   According to Metro Container Site records, Defendant Tasty Baking Company ("Tasty Baking") contributed at least 424 drums of materials containing hazardous substances to the Metro Container Site.

2229.   To date, Tasty Baking has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2230.   According to Metro Container Site records, Defendant Tawanda ("Tawanda") contributed at least 228 drums of materials containing hazardous substances to the Metro Container Site.

2231.   To date, Tawanda has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2232.   According to Metro Container Site records, Defendant Taylor Oil Co., Inc. ("Taylor Oil") contributed at least 790 drums of materials containing hazardous substances to the Metro Container Site.

2233.   To date, Taylor Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2234.   According to Metro Container Site records, Defendant Taylor Wharton International LLC ("Taylor Wharton") contributed at least 384 drums of materials containing hazardous substances to the Metro Container Site.

2235.   To date, Taylor Wharton has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2236.   Defendant Tech Cast, LLC ("Tech Cast") is responsible for the waste attributable to "Qanes Alloy Casting Co."

2237.   According to Metro Container Site records, "Qanes Alloy Casting Co" contributed at least 57 drums of materials containing hazardous substances to the Metro Container Site.

2238.   To date, Tech Cast has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2239.   Defendant Technip USA, Inc. ("Technip") is responsible for the waste attributable to "Stone & Webster."

2240.   According to Metro Container Site records, "Stone & Webster" contributed at least 78 drums of materials containing hazardous substances to the Metro Container Site.

2241.   To date, Technip has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2242.   Defendant Techtronic Industries North America, Inc. ("Techtronic Industries") is responsible for the waste attributable to "Regina Corp."

2243.   According to Metro Container Site records, "Regina Corp." contributed at least 22 drums of materials containing hazardous substances to the Metro Container Site.

2244.   To date, Techtronic Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2245.   According to Metro Container Site records, Defendant Tenneco, Inc. ("Tenneco") contributed at least 82 drums of materials containing hazardous substances to the Metro Container Site.

2246.   To date, Tenneco has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2247.   According to Metro Container Site records, Defendant Terwood Auto Repair, Inc. ("Terwood Auto") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2248.   To date, Terwood Auto has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2249.   According to Metro Container Site records, Defendant Tevis Oil, Inc. ("Tevis Oil") contributed at least 282 drums of materials containing hazardous substances to the Metro Container Site.

2250.   To date, Tevis Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2251.   According to Metro Container Site records, Defendant Texas Eastern Transmission, LP ("Texas Transmission") contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

2252.   To date, Texas Transmission has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2253.   According to Metro Container Site records, Defendant TFCO, Inc. ("TFCO") contributed at least 15 drums of materials containing hazardous substances to the Metro Container Site.

2254.   To date, TFCO has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2255.   According to Metro Container Site records, Defendant Thomas Corp. ("Thomas Corp.") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2256.   To date, Thomas Corp. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2257.   According to Metro Container Site records, Defendant Thompson Oil Company ("Thompson Oil") contributed at least 18 drums of materials containing hazardous substances to the Metro Container Site.

2258.   To date, Thompson Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2259.   According to Metro Container Site records, Defendant Thompson Steel Company, Inc. ("Thompson Steel") contributed at least 770 drums of materials containing hazardous substances to the Metro Container Site.

2260.   To date, Thompson Steel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2261.   According to Metro Container Site records, Defendant Thyssenkrupp Budd Company ("Thyssenkrupp Budd") contributed at least 1,486 drums of materials containing hazardous substances to the Metro Container Site.

2262.   To date, Thyssenkrupp Budd has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2263.   Defendant Thyssenkrupp Elevator Corporation ("Thyssenkrupp Elevator") is responsible for the waste attributable to "General Elevator."

2264.   According to Metro Container Site records, "General Elevator" contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2265.   To date, Thyssenkrupp Elevator has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2266.   According to Metro Container Site records, Defendant Tilcon Inc. ("Tilcon") contributed at least 150 drums of materials containing hazardous substances to the Metro Container Site.

2267.   To date, Tilcon has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2268.   According to Metro Container Site records, Defendant Tilley Chemical Co., Inc. ("Tilley Chemical") contributed at least 631 drums of materials containing hazardous substances to the Metro Container Site.

2269.   To date, Tilley Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2270.   According to Metro Container Site records, Defendant Times Oil Corporation ("Times Oil") contributed at least 182 drums of materials containing hazardous substances to the Metro Container Site.

2271.   To date, Times Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2272.   Defendant Timken Gears & Services Inc. d/b/a Philadelphia Gear ("Timken Gears") is responsible for the waste attributable to "Palmyra Industries" and "Paraya Industries."

2273.   According to Metro Container Site records, "Palmyra Industries" and "Paraya Industries" contributed at least 17 drums of materials containing hazardous substances to the Metro Container Site.

2274.   Additionally, Timken Gears is responsible for the waste attributable to "Philadelphia Gear."

2275.   According to Metro Container Site records, "Philadelphia Gear" contributed at least 1,571 drums of materials containing hazardous substances to the Metro Container Site.

2276.   To date, Timken Gears has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2277.   According to Metro Container Site records, Defendant Tire Craft of Toms River Inc. ("Tire Craft") contributed at least 41 drums of materials containing hazardous substances to the Metro Container Site.

2278.   To date, Tire Craft has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2279.   According to Metro Container Site records, Defendant Tire Craftt ("Tire Craftt") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

2280.   To date, Tire Craftt has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2281.   According to Metro Container Site records, Defendant Tolino's Fuel Service, Inc. ("Tolino's Fuel") contributed at least 15 drums of materials containing hazardous substances to the Metro Container Site.

2282.   To date, Tolino's Fuel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2283.   Defendant Toll Brothers, Inc. ("Toll Brothers") is responsible for the waste attributable to "Crediblly Farms."

2284.   According to Metro Container Site records, "Crediblly Farms" contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

2285.   To date, Toll Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2286.   According to Metro Container Site records, Defendant Tom's Sunoco ("Tom's Sunoco") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

2287.   To date, Tom's Sunoco has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2288.   According to Metro Container Site records, Defendant Tony DePaul & Son ("Tony DePaul") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

2289.   To date, Tony DePaul has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2290.   According to Metro Container Site records, Defendant Tool Sales & Service Company, Inc. ("Tool Sales") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

2291.   To date, Tool Sales has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2292.   According to Metro Container Site records, Defendant Tower Products, Inc. ("Tower Products") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

2293.   To date, Tower Products has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2294.   According to Metro Container Site records, Defendant Trailways Transportation System Inc. ("Trailways Transportation") contributed at least 11 drums of materials containing hazardous substances to the Metro Container Site.

2295.   To date, Trailways Transportation has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2296.   According to Metro Container Site records, Defendant Transportation Supplies ("Transportation Supplies") contributed at least 114 drums of materials containing hazardous substances to the Metro Container Site.

2297.   To date, Transportation Supplies has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2298.   According to Metro Container Site records, Defendant Tray & Ridley ("Tray & Ridley") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

2299.   To date, Tray & Ridley has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2300.   Defendant Trelleborg Wheel Systems Americas, Inc. ("Trelleborg Wheel") is responsible for the waste attributable to "Redco Corp."

2301.   According to Metro Container Site records, "Redco Corp." contributed at least 38 drums of materials containing hazardous substances to the Metro Container Site.

2302.   To date, Trelleborg Wheel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2303.   According to Metro Container Site records, Defendant Tretolite Chemical ("Tretolite Chemical") contributed at least 160 drums of materials containing hazardous substances to the Metro Container Site.

2304.   To date, Tretolite Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2305.   According to Metro Container Site records, Defendant Treuls Oil ("Treuls Oil") contributed at least 50 drums of materials containing hazardous substances to the Metro Container Site.

2306.   To date, Treuls Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2307.   According to Metro Container Site records, Defendant Tri Gas & Oil Co., Inc. ("Tri Gas & Oil") contributed at least 1,792 drums of materials containing hazardous substances to the Metro Container Site.

2308.   To date, Tri Gas & Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2309.   According to Metro Container Site records, Defendant Tri-State Petroleum Corporation ("Tri-State Petroleum") contributed at least 477 drums of materials containing hazardous substances to the Metro Container Site.

2310.   To date, Tri-State Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2311.   According to Metro Container Site records, Defendant Triangle Oil Company ("Triangle Oil") contributed at least 25 drums of materials containing hazardous substances to the Metro Container Site.

2312.   To date, Triangle Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2313.   According to Metro Container Site records, Defendant Triboro Coach Holding Corp. ("Triboro Coach") contributed at least 78 drums of materials containing hazardous substances to the Metro Container Site.

2314.   To date, Triboro Coach has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2315.   Defendant Tribune Media Company ("Tribune Media") is responsible for the waste attributable to "A.S. Abell Co."

2316.   According to Metro Container Site records, "A.S. Abell Co." contributed at least 132 drums of materials containing hazardous substances to the Metro Container Site.

2317.   To date, Tribune Media has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2318.   According to Metro Container Site records, Defendant Trinchiria Brothers ("Trinchiria Brothers") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2319.   To date, Trinchiria Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2320.   According to Metro Container Site records, Defendant Truck Load Transport ("Truck Load Transport") contributed at least 37 drums of materials containing hazardous substances to the Metro Container Site.

2321.   To date, Truck Load Transport has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2322.   According to Metro Container Site records, Defendant TSI Leaseway Belt ("TSI Leaseway") contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

2323.   To date, TSI Leaseway has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2324.   According to Metro Container Site records, Defendant TSI, Inc. ("TSI") contributed at least 56 drums of materials containing hazardous substances to the Metro Container Site.

2325.   To date, TSI has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2326.   According to Metro Container Site records, Defendant Turner Construction Company Inc. ("Turner Construction") contributed at least 48 drums of materials containing hazardous substances to the Metro Container Site.

2327.   To date, Turner Construction has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2328.   According to Metro Container Site records, Defendant Turnhatic Inc. ("Turnhatic") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

2329.   To date, Turnhatic has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2330.   According to Metro Container Site records, Defendant U.S. Axle, Inc. ("U.S. Axle") contributed materials containing hazardous substances to the Metro Container Site.

2331.   To date, U.S. Axle has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2332.   According to Metro Container Site records, Defendant U.S. Drape Forge ("U.S. Drape Forge") contributed at least 11 drums of materials containing hazardous substances to the Metro Container Site.

2333.   To date, U.S. Drape Forge has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2334.   According to Metro Container Site records, Defendant U.S. Metal Forms & Tubes, Inc. ("U.S. Metal") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

2335.   To date, U.S. Metal has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2336.   According to Metro Container Site records, Defendant U.S. Silica Company, Inc. ("U.S. Silica") contributed at least 44 drums of materials containing hazardous substances to the Metro Container Site.

2337.   To date, U.S. Silica has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2338.   Defendant U.S. Truck Lines Inc. ("U.S. Truck") is responsible for the waste attributable to "Polit Freight Carries."

2339.   According to Metro Container Site records, "Polit Freight Carries" contributed at least 140 drums of materials containing hazardous substances to the Metro Container Site.

2340.   To date, U.S. Truck has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2341.   According to Metro Container Site records, Defendant UGI Corporation ("UGI") contributed at least 82 drums of materials containing hazardous substances to the Metro Container Site.

2342.   To date, UGI has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2343.   According to Metro Container Site records, Defendant Ultra Power ("Ultra Power") contributed at least 21 drums of materials containing hazardous substances to the Metro Container Site.

2344.   To date, Ultra Power has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2345.   According to Metro Container Site records, Defendant Ultralene Petroleum Products ("Ultralene Petroleum") contributed at least 70 drums of materials containing hazardous substances to the Metro Container Site.

2346.   To date, Ultralene Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2347.   According to Metro Container Site records, Defendant UniFirst Corporation ("UniFirst") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

2348.   To date, UniFirst has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2349.   Defendant Unilever United States, Inc. ("Unilever") is responsible for the waste attributable to "Breyers Ice Cream."

2350.   According to Metro Container Site records, "Breyers Ice Cream" contributed at least 13 drums of materials containing hazardous substances to the Metro Container Site.

2351.   To date, Unilever has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2352.   According to Metro Container Site records, Defendant Union Coal Co. ("Union Coal") contributed at least 137 drums of materials containing hazardous substances to the Metro Container Site.

2353.   To date, Union Coal has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2354.   According to Metro Container Site records, Defendant Union Fuel Company ("Union Fuel") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

2355.   To date, Union Fuel has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2356.   According to Metro Container Site records, Defendant United AW Company ("United AW") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2357.   To date, United AW has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2358.   According to Metro Container Site records, Defendant United Container Company ("United Container") contributed at least 74 drums of materials containing hazardous substances to the Metro Container Site.

2359.   To date, United Container has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2360.   Defendant United Continental Holdings, Inc. ("United Continental") is responsible for the waste attributable to "Peoples Express."

2361.   According to Metro Container Site records, "Peoples Express" contributed at least 32 drums of materials containing hazardous substances to the Metro Container Site.

2362.   To date, United Continental has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2363.   According to Metro Container Site records, Defendant United Gilsonite Laboratories, Inc. ("United Gilsonite Labs") contributed at least 94 drums of materials containing hazardous substances to the Metro Container Site.

2364.   To date, United Gilsonite Labs has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2365.   According to Metro Container Site records, Defendant The United Illuminating Company ("United Illuminating") contributed at least 23 drums of materials containing hazardous substances to the Metro Container Site.

2366.   To date, United Illuminating has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2367.   According to Metro Container Site records, Defendant United Oil ("United Oil") contributed at least 330 drums of materials containing hazardous substances to the Metro Container Site.

2368.   To date, United Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2369.   According to Metro Container Site records, Defendant United Parcel Service of America, Inc. ("UPS") contributed at least 65 drums of materials containing hazardous substances to the Metro Container Site.

2370.   To date, UPS has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2371.   According to Metro Container Site records, Defendant Universal Machine Co. of Pottstown, Inc. ("Universal Machine") contributed at least 14 drums of materials containing hazardous substances to the Metro Container Site.

2372.   To date, Universal Machine has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2373.   According to Metro Container Site records, Defendant The University of Pennsylvania ("PENN") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

2374.   To date, PENN has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2375.   According to Metro Container Site records, Defendant The University of Pittsburgh ("PITT") contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

2376.   To date, PITT has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2377.   Defendant UPS Ground Freight, Inc. ("UPS") is responsible for the waste attributable to "Overnite Transportation."

2378.   According to Metro Container Site records, "Overnite Transportation" contributed at least 264 drums of materials containing hazardous substances to the Metro Container Site.

2379.   To date, UPS has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2380.   Defendant USS Associates Inc. ("USS Associates") is responsible for the waste attributable to "U.S.S Chem."

2381.   According to Metro Container Site records, "U.S.S Chem" contributed at least 208 drums of materials containing hazardous substances to the Metro Container Site.

2382.   To date, USS Associates has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2383.   According to Metro Container Site records, Defendant V.G.I. ("V.G.I.") contributed materials containing hazardous substances to the Metro Container Site.

2384.   To date, V.G.I. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2385.   Defendant Vacu Braze, Inc. ("Vacu Braze") is responsible for the waste attributable to "PA Metallurgical Inc." and "PA. Metallurgical Inc."

2386.   According to Metro Container Site records, "PA Metallurgical Inc." and "PA. Metallurgical Inc." contributed at least 45 drums of materials containing hazardous substances to the Metro Container Site.

2387.   To date, Vacu Braze has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2388.   According to Metro Container Site records, Defendant Valco Cincinnati, Inc. ("Valco Cincinnati") contributed at least 182 drums of materials containing hazardous substances to the Metro Container Site.

2389.   To date, Valco Cincinnati has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2390.   According to Metro Container Site records, Defendant Vales Brass & Copper Co. ("Vales Brass") contributed at least 105 drums of materials containing hazardous substances to the Metro Container Site.

2391.   To date, Vales Brass has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2392.   According to Metro Container Site records, Defendant Valley Forge Flag Company, Inc. ("Valley Forge Flag") contributed at least 6 drums of materials containing hazardous substances to the Metro Container Site.

2393.   To date, Valley Forge Flag has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2394.   According to Metro Container Site records, Defendant Valley Maintenance & Supply Co., Inc. ("Valley Maintenance") contributed at least 46 drums of materials containing hazardous substances to the Metro Container Site.

2395.   To date, Valley Maintenance has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2396.   According to Metro Container Site records, Defendant Valley Oil Corporation ("Valley Oil") contributed at least 48 drums of materials containing hazardous substances to the Metro Container Site.

2397.   To date, Valley Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2398.   According to Metro Container Site records, Defendant Valley Petroleum, Inc. ("Valley Petroleum") contributed at least 844 drums of materials containing hazardous substances to the Metro Container Site.

2399.   To date, Valley Petroleum has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2400.   According to Metro Container Site records, Defendant Valspar Corporation ("Valspar") contributed at least 532 drums of materials containing hazardous substances to the Metro Container Site.

2401.   To date, Valspar has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2402.   According to Metro Container Site records, Defendant Van Sant Equipment Corp. ("Van Sant") contributed at least 93 drums of materials containing hazardous substances to the Metro Container Site.

2403.   To date, Van Sant has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2404.   According to Metro Container Site records, Defendant Vanco ("Vanco") contributed at least 62 drums of materials containing hazardous substances to the Metro Container Site.

2405.   To date, Vanco has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2406.   Defendant The Vane Brothers Company ("Vane Brothers") is responsible for the waste attributable to "Marine Launch."

2407.   According to Metro Container Site records, "Marine Launch" contributed at least 3,589 drums of materials containing hazardous substances to the Metro Container Site.

2408.   Additionally, Vane Brothers is responsible for the waste attributable to "River Associates."

2409.   According to Metro Container Site records, "River Associates" contributed at least 3,010 drums of materials containing hazardous substances to the Metro Container Site.

2410.   To date, Vane Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2411.   Defendant Vantage Specialty Chemicals, Inc. ("Vantage") is responsible for the waste attributable to "B&B Chemical."

2412.   According to Metro Container Site records, "B&B Chemical" contributed at least 62 drums of materials containing hazardous substances to the Metro Container Site.

2413.   To date, Vantage has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2414.   According to Metro Container Site records, Defendant Varouh Oil, Inc. ("Varouh Oil") contributed at least 76 drums of materials containing hazardous substances to the Metro Container Site.

2415.   To date, Varouh Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2416.   According to Metro Container Site records, Defendant Varsity Transit, Inc. ("Varsity Transit") contributed at least 66 drums of materials containing hazardous substances to the Metro Container Site.

2417.   To date, Varsity Transit has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2418.   According to Metro Container Site records, Defendant Verona Oil Company, Inc. ("Verona Oil") contributed at least 258 drums of materials containing hazardous substances to the Metro Container Site.

2419.   To date, Verona Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2420.   Defendant Vibracoustic USA, Inc. ("Vibracoustic") is responsible for the waste attributable to "Yale Rubber Mfg Co."

2421.   According to Metro Container Site records, "Yale Rubber Mfg Co" contributed at least 20 drums of materials containing hazardous substances to the Metro Container Site.

2422.   To date, Vibracoustic has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2423.   According to Metro Container Site records, Defendant Vitols Tool & Machine Corp. ("Vitols Tool") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

2424.   To date, Vitols Tool has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2425.   According to Metro Container Site records, Defendant Voestalpine AG ("Voestalpine") contributed at least 28 drums of materials containing hazardous substances to the Metro Container Site.

2426.   To date, Voestalpine has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2427.   According to Metro Container Site records, Defendant Voith Hydro, Inc. ("Voith Hydro") contributed at least 68 drums of materials containing hazardous substances to the Metro Container Site.

2428.   To date, Voith Hydro has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2429.   Defendant Vorteq Coil Finishers, LLC ("Vorteq Coil") is responsible for the waste attributable to "Prior Coated Metal."

2430.   According to Metro Container Site records, "Prior Coated Metal" contributed at least 68 drums of materials containing hazardous substances to the Metro Container Site.

2431.   To date, Vorteq Coil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2432.   According to Metro Container Site records, Defendant Vymcal ("Vymcal") contributed materials containing hazardous substances to the Metro Container Site.

2433.   To date, Vymcal has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2434.   According to Metro Container Site records, Defendant W. Schuab ("W. Schuab") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

2435.   To date, W. Schuab has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2436.   According to Metro Container Site records, Defendant The W.C. & A.N. Miller Development Company ("W.C. & A.N. Miller") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2437.   To date, W.C. & A.N. Miller has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2438.   According to Metro Container Site records, Defendant W.C. Newman Company, Incorporated ("W.C. Newman") contributed at least 9 drums of materials containing hazardous substances to the Metro Container Site.

2439.   To date, W.C. Newman has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2440.   According to Metro Container Site records, Defendant W.C. Spikes Co. ("W.C. Spikes") contributed at least 70 drums of materials containing hazardous substances to the Metro Container Site.

2441.   To date, W.C. Spikes has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2442.   According to Metro Container Site records, Defendant W.D. Graham Builders, Inc. ("W.D. Graham") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

2443.   To date, W.D. Graham has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2444.   According to Metro Container Site records, Defendant W.H. Jones Company, Inc. ("W.H. Jones") contributed at least 565 drums of materials containing hazardous substances to the Metro Container Site.

2445.   To date, W.H. Jones has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2446.   According to Metro Container Site records, Defendant W.K. Hobbs, Inc. ("W.K. Hobbs") contributed at least 678 drums of materials containing hazardous substances to the Metro Container Site.

2447.   To date, W.K. Hobbs has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2448.   According to Metro Container Site records, Defendant W.L. Miller Company ("W.L. Miller") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

2449.   To date, W.L. Miller has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2450.   According to Metro Container Site records, Defendant Wacrer Company ("Wacrer") contributed at least 28 drums of materials containing hazardous substances to the Metro Container Site.

2451.   To date, Wacrer has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2452.   According to Metro Container Site records, Defendant Walter F. Schwab Company ("Schwab Company") contributed at least 3 drums of materials containing hazardous substances to the Metro Container Site.

2453.   To date, Schwab Company has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2454.   According to Metro Container Site records, Defendant The Ward Machinery Company ("Ward Machinery") contributed at least 7 drums of materials containing hazardous substances to the Metro Container Site.

2455.   To date, Ward Machinery has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2456.   According to Metro Container Site records, Defendant Warner Co. ("Warner") contributed at least 60 drums of materials containing hazardous substances to the Metro Container Site.

2457.   To date, Warner has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2458.   According to Metro Container Site records, Defendant Warner Manufacturing Co. ("Warner Manufacturing") contributed at least 78 drums of materials containing hazardous substances to the Metro Container Site.

2459.   To date, Warner Manufacturing has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2460.   According to Metro Container Site records, Defendant Warner Oil Company ("Warner Oil") contributed at least 280 drums of materials containing hazardous substances to the Metro Container Site.

2461.   To date, Warner Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2462.   According to Metro Container Site records, Defendant Warren Lightning Rod Company ("Warren Lightening") contributed at least 1 drum of materials containing hazardous substances to the Metro Container Site.

2463.   To date, Warren Lightening has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2464.   According to Metro Container Site records, Defendant Warren Oil Company, LLC ("Warren Oil") contributed at least 752 drums of materials containing hazardous substances to the Metro Container Site.

2465.   To date, Warren Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2466.   According to Metro Container Site records, Defendant Washington T.B.A. Center ("Washington T.B.A. Center") contributed at least 14 drums of materials containing hazardous substances to the Metro Container Site.

2467.   To date, Washington T.B.A. Center has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2468.   According to Metro Container Site records, Defendant Wasnicks-Auto Supply ("Wasnicks-Auto Supply") contributed at least 58 drums of materials containing hazardous substances to the Metro Container Site.

2469.   To date, Wasnicks-Auto Supply has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2470.   According to Metro Container Site records, Defendant Water Chem ("Water Chem") contributed at least 25 drums of materials containing hazardous substances to the Metro Container Site.

2471.   To date, Water Chem has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2472.   According to Metro Container Site records, Defendant Waterbury Gulf L.L.C. ("Waterbury Gulf") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2473.   To date, Waterbury Gulf has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2474.   According to Metro Container Site records, Defendant Weeks Engineering ("Weeks Engineering") contributed at least 252 drums of materials containing hazardous substances to the Metro Container Site.

2475.   To date, Weeks Engineering has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2476.   According to Metro Container Site records, Defendant Weier NC ("Weier NC") contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

2477.   To date, Weier NC has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2478.   According to Metro Container Site records, Defendant Weiner Brothers Inc. ("Weiner Brothers") contributed at least 39 drums of materials containing hazardous substances to the Metro Container Site.

2479.   To date, Weiner Brothers has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2480.   According to Metro Container Site records, Defendant Weis Markets, Inc. ("Weis Markets") contributed at least 21 drums of materials containing hazardous substances to the Metro Container Site.

2481.   To date, Weis Markets has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2482.   According to Metro Container Site records, Defendant Welles Mill Co., Inc. ("Welles Mill") contributed at least 38 drums of materials containing hazardous substances to the Metro Container Site.

2483.   Additionally, Welles Mill is responsible for the waste attributable to "Browning Oil."

2484.   According to Metro Container Site records, "Browning Oil" contributed at least 91 drums of materials containing hazardous substances to the Metro Container Site.

2485.   To date, Welles Mill has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2486.   According to Metro Container Site records, Defendant Wertz Motor Coaches, Inc. ("Wertz Motor") contributed at least 35 drums of materials containing hazardous substances to the Metro Container Site.

2487.   To date, Wertz Motor has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2488.   According to Metro Container Site records, Defendant Western Kraft Corporation ("Western Kraft") contributed at least 5 drums of materials containing hazardous substances to the Metro Container Site.

2489.   To date, Western Kraft has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2490.   Alternatively, Defendant Willamette Industries, Inc. ("Willamette") is responsible for the waste attributable to "Western Kraft," as alleged in Paragraph No. 2490 above.

2491.   To date, Willamette has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2492.   According to Metro Container Site records, Defendant WHC Energy Services LLC ("WHC Energy") contributed at least 75 drums of materials containing hazardous substances to the Metro Container Site.

2493.   To date, WHC Energy has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2494.   According to Metro Container Site records, Defendant Wheelabrator Technologies, Inc. ("Wheelabrator Technologies") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

2495.   To date, Wheelabrator Technologies has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2496.   According to Metro Container Site records, Defendant White Oil Company ("White Oil") contributed at least 8,307 drums of materials containing hazardous substances to the Metro Container Site.

2497.   To date, White Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2498.   According to Metro Container Site records, Defendant Wilger & Son Inc. ("Wilger & Son") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2499.   To date, Wilger & Son has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2500.   According to Metro Container Site records, Defendant Wilkinson Industries, Inc. ("Wilkinson Industries") contributed at least 128 drums of materials containing hazardous substances to the Metro Container Site.

2501.   To date, Wilkinson Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2502.   According to Metro Container Site records, Defendant William H. Cooper's Sons, Inc. ("Cooper's Sons") contributed at least 59,435 drums of materials containing hazardous substances to the Metro Container Site.

2503.   To date, Cooper's Sons has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2504.   According to Metro Container Site records, Defendant William J. Jones & Son Inc. ("Jones & Son") contributed at least 6,105 drums of materials containing hazardous substances to the Metro Container Site.

2505.   To date, Jones & Son has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2506.   According to Metro Container Site records, Defendant Williams Oil Company, Inc. ("Williams Oil") contributed at least 146 drums of materials containing hazardous substances to the Metro Container Site.

2507.   To date, Williams Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2508.   According to Metro Container Site records, Defendant Williamson Ind. ("Williamson Ind.") contributed at least 17 drums of materials containing hazardous substances to the Metro Container Site.

2509.   To date, Williamson Ind. has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2510.   According to Metro Container Site records, Defendant Wilson Forging ("Wilson Forging") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

2511.   To date, Wilson Forging has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2512.   According to Metro Container Site records, Defendant Wilson Oil, Inc. ("Wilson Oil") contributed at least 13 drums of materials containing hazardous substances to the Metro Container Site.

2513.   To date, Wilson Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2514.   According to Metro Container Site records, Defendant Winfall Oil ("Winfall Oil") contributed at least 19 drums of materials containing hazardous substances to the Metro Container Site.

2515.   To date, Winfall Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2516.   According to Metro Container Site records, Defendant Witco Supply Co. ("Witco Supply") contributed at least 35 drums of materials containing hazardous substances to the Metro Container Site.

2517.   To date, Witco Supply has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2518.   According to Metro Container Site records, Defendant Wollenweber's Trucking Company ("Wollenweber's Trucking") contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2519.   To date, Wollenweber's Trucking has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2520.   Defendant Wolters Kluwer N.V. ("Wolters Kluwer") is responsible for the waste attributable to "Waverly Press."

2521.   According to Metro Container Site records, "Waverly Press" contributed at least 2 drums of materials containing hazardous substances to the Metro Container Site.

2522.   To date, Wolters Kluwer has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2523.   Defendant Wood River Capital, LLC d/b/a Lake Armitage Corporation ("Wood River Capital") is responsible for the waste attributable to "Buffalo Tank Co."

2524.   According to Metro Container Site records, "Buffalo Tank Co." contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

2525.   To date, Wood River Capital has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2526.   Defendant Woodfin Heating, Inc. ("Woodfin Heating") is responsible for the waste attributable to "Foster Fuel" and "Foster Fuel & Coal."

2527.   According to Metro Container Site records, "Foster Fuel" and "Foster Fuel & Coal" contributed at least 552 drums of materials containing hazardous substances to the Metro Container Site.

2528.   To date, Woodfin Heating has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2529.   According to Metro Container Site records, Defendant Woodlawn Oil Company, Inc. ("Woodlawn Oil") contributed at least 10 drums of materials containing hazardous substances to the Metro Container Site.

2530.   To date, Woodlawn Oil has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2531.   According to Metro Container Site records, Defendant Woodstream Corporation ("Woodstream") contributed at least 25 drums of materials containing hazardous substances to the Metro Container Site.

2532.   To date, Woodstream has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2533.   Defendant Worthington Industries, Inc. ("Worthington Industries") is responsible for the waste attributable to "National Rolling Mills Inc."

2534.   According to Metro Container Site records, "National Rolling Mills Inc." contributed at least 254 drums of materials containing hazardous substances to the Metro Container Site.

2535.   Additionally, Worthington Industries is responsible for the waste attributable to "Worthington."

2536.   According to Metro Container Site records, "Worthington" contributed at least 41 drums of materials containing hazardous substances to the Metro Container Site.

2537.   To date, Worthington Industries has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2538.   According to Metro Container Site records, Defendant WV-Dyper Baby Services ("Dyper Baby Services") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

2539.   To date, Dyper Baby Services has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2540.   According to Metro Container Site records, Defendant Yearsley's Service Ltd. ("Yearsley's Service") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

2541.   To date, Yearsley's Service has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2542.   According to Metro Container Site records, Defendant York International Corporation ("York International") contributed at least 37 drums of materials containing hazardous substances to the Metro Container Site.

2543.   To date, York International has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2544.   According to Metro Container Site records, Defendant Yost M. Kunts Inc. ("Yost M. Kunts") contributed at least 4 drums of materials containing hazardous substances to the Metro Container Site.

2545.   To date, Yost M. Kunts has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2546.   Defendant YRC, Inc. ("YRC") is responsible for the waste attributable to "Roadway Express Corp."

2547.   According to Metro Container Site records, "Roadway Express Corp." contributed at least 214 drums of materials containing hazardous substances to the Metro Container Site.

2548.   To date, YRC has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2549.   According to Metro Container Site records, Defendant YYX ("YYX") contributed at least 60 drums of materials containing hazardous substances to the Metro Container Site.

2550.   To date, YYX has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2551.   According to Metro Container Site records, Defendant Zenith Products Corporation ("Zenith Products") contributed at least 39 drums of materials containing hazardous substances to the Metro Container Site.

2552.   Additionally, Zenith Products is responsible for the waste attributable to "Zenith Metal."

2553.   According to Metro Container Site records, "Zenith Metal" contributed at least 229 drums of materials containing hazardous substances to the Metro Container Site.

2554.   Additionally, Zenith Products is responsible for the waste attributable to "Zenith Metal Products."

2555.   According to Metro Container Site records, "Zenith Metal Products" contributed at least 2,337 drums of materials containing hazardous substances to the Metro Container Site.

2556.   To date, Zenith Products has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

2557.   According to Metro Container Site records, Defendant Ziegler Chemical & Mineral Corp. ("Ziegler Chemical") contributed at least 12 drums of materials containing hazardous substances to the Metro Container Site.

2558.   To date, Ziegler Chemical has not paid any response costs incurred by the Metro Container Group at the Metro Container Site.

## COUNT I – COST RECOVERY UNDER CERCLA

2559.   Plaintiff realleges and incorporates by reference Paragraph Nos. 1 through 2558 of this Complaint as if fully restated herein.

2560.   Section 107(a)(3)-(4) of CERCLA, 42 U.S.C. §§ 9607(a)(3)-(4), provides, in relevant part, that:

> Notwithstanding any other provision or rule of law, and subject only to the defenses set forth in subsection (b) of this section --
>
> (3) any person who by contract, agreement, or otherwise arranged for disposal or treatment, or arranged with a transporter for transport for disposal or treatment, of hazardous substances owned or possessed by such person, by any other party or entity, at any facility or incineration vessel owned or operated by another party or entity and containing such hazardous substances, and
>
> (4) any person who accepts or accepted any hazardous substances for transport to disposal or treatment facilities, incineration vessels or sites selected by such person, from which there is a release, or threatened release which causes the incurrence of response costs, of a hazardous substance, shall be liable for -- (A) all costs of removal or remedial action incurred by... a State... not inconsistent with the national contingency plan; (B) any other necessary costs of response incurred by any other person consistent with the national contingency plan;....

2561.   "Disposal" is defined in CERCLA Section 101(29) by reference to the Solid Waste Disposal Act ("SWDA"). 42 U.S.C. § 9601(29). The SWDA defines "disposal" as "the discharge, deposit, injection, dumping, spilling, leaking, or placing of any solid waste or hazardous waste into or on any land or water so that such solid waste or hazardous waste or any constituent thereof may enter the environment or be emitted into the air or discharged into any waters, including ground waters." 42 U.S.C. § 6903(3).

2562.   "Facility" is defined in CERCLA Section 101(9) as "any building, structure, installation, equipment, pipe or pipeline" or "any site or area where a hazardous substance has been deposited, stored, disposed of, or placed...." 42 U.S.C. § 9601(9).

2563.   "Hazardous substance" is defined in CERCLA Section 101(14) by reference to other federal statutes and by reference to a list of substances published by EPA at 40 C.F.R. § 302.4. 42 U.S.C. § 9601(14).

2564.   "Owner" or "Operator" is defined in CERCLA Section 101(20) as "... in the case of an onshore facility or an offshore facility, any person owning or operating such facility...." 42 U.S.C. § 9601(20).

2565.   "Person" is defined in CERCLA Section 101(21) as "an individual, firm, corporation, association, partnership, consortium, joint venture, commercial entity, United States Government, State, municipality, commission, political subdivision of a State, or any interstate body." 42 U.S.C. § 9601(20).

2566.   "Release" is defined in CERCLA Section 101(22) as "any spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping or disposing into the environment (including the abandonment or discarding of barrels, containers, and other closed receptacles containing any hazardous substance or pollutant or contaminant)...." 42 U.S.C. § 9601(22).

2567.   "Response" is defined in CERCLA Section 101(25), and includes "removal" actions, "remedial" actions, and enforcement activities related thereto. 42 U.S.C. § 9601(25).

2568.   The Metro Container Site is a "facility" within the meaning of Section 101(9) of CERCLA, 42 U.S.C. § 9601(9).

2569.   There has been a "release" and/or a threatened "release" of "hazardous substances" at the Metro Container Site which has caused the incurrence of "response costs" by the Metro Container Group, within the meanings of Sections 101(22), 101(14) and 107 of CERCLA, 42 U.S.C. §§ 9601(22), 9601(14) and 9607.

2570.   Plaintiff is a "person" within the meaning of Section 101(21) of CERCLA, 42 U.S.C. § 9601(21).

2571.   Each of the Defendants is a "person" within the meaning of Section 101(21) of CERCLA, 42 U.S.C. § 9601(21).

2572.   Pursuant to CERCLA, 42 U.S.C. §§ 9607(a)(3) and/or 9607(a)(4), each Defendant is liable as an arranger or generator of materials containing hazardous substances, which materials were treated and/or disposed at the Metro Container Site; and/or a transporter of hazardous substances who selected the Metro Container Site for the treatment and/or disposal of such hazardous substances, and who transported such hazardous substances to the Site.

2573.   As a result of the release and threatened release of hazardous substances at or from the Metro Container Site, the Metro Container Group has incurred response costs and will continue to incur costs of "response," as that term is defined by Section 101(25) of CERCLA, 42 U.S.C. § 9601(25).

2574.   The response costs incurred by Plaintiff in connection with the Metro Container Site are consistent with the NCP.

2575.   Pursuant to CERCLA Sections 107 and 113, 42 U.S.C. §§ 9607 and 9613, each Defendant is strictly, jointly and severally liable for the voluntary past and future response costs incurred and to be incurred by Plaintiff in response to the release or threatened release of hazardous substances at and from the Metro Container Site.

WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment in its favor and against all Defendants holding that each Defendant is strictly, jointly and severally liable for the voluntary response costs incurred and to be incurred by Plaintiff, including appropriate pre-judgment interest, in connection with the release and/or threatened release of hazardous

substances at the Metro Container Site. Plaintiff further requests that this Court award interest and costs of suit, including reasonable attorney's fees and consultant fees as permitted by law; and order any such other relief as the Court may deem just and appropriate under the circumstances.

## COUNT II – CONTRIBUTION UNDER CERCLA

2576.   Plaintiff realleges and incorporates by reference Paragraph Nos. 1 through 2575 of this Complaint as if fully restated herein.

2577.   Sections 113(f)(1) and (3)(B) of CERCLA, 42 U.S.C. §§ 9613(f)(1) and (3)(B), provide, in relevant part, that:

> Any person may seek contribution from any other person who is liable or potentially liable under section 9607(a)....

> A person who has resolved its liability to the United States or a State for some or all of a response action or for some or all of the costs of such action in an administrative or judicially approved settlement may seek contribution from any person who is not party to a settlement....

2578.   Plaintiff has resolved its liability to EPA for matters covered in the RI/FS AOC and Removal Action AOC.

2579.   All Defendants are liable parties under CERCLA, but have not resolved their liability to Plaintiff or EPA.

2580.   To date, Plaintiff has been compelled to incur and/or otherwise pay over $4,500,000 in response costs at the Metro Container Site under the RI/FS AOC and Removal Action AOC.

2581.   Plaintiff is entitled to contribution from all Defendants under Section 113(f) of CERCLA, 42 U.S.C. § 9613(f), for Defendants' respective equitable shares of all costs and damages incurred by Plaintiff, including applicable interest as provided for in Section 107(a) of CERCLA, 42 U.S.C. § 9607(a).

WHEREFORE, Plaintiff respectfully requests that this Court enter a declaratory judgment against all Defendants finding that they are each liable under CERCLA and are obligated to pay for their equitable shares of all past and future response costs, including appropriate pre-judgment interest, associated with the Metro Container Site. Plaintiff further requests that this Court award interest and costs of suit, including reasonable attorney's fees and consultant fees as permitted by law; and order any such other relief as the Court may deem just and appropriate under the circumstances.

## COUNT III – DECLARATORY RELIEF UNDER CERCLA

2582.   Plaintiff alleges and incorporates by reference Paragraph Nos. 1 through 2581 of this Complaint as if fully restated herein.

2583.   There is a present and actual controversy between Plaintiff and all Defendants concerning their respective rights and obligations with respect to the response costs associated with Metro Container Site.

2584.   Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), provides, in relevant part, that:

> In any such action described in this subsection, the court shall enter a declaratory judgment on liability for response costs or damages that will be binding on any subsequent action or actions to recover further response costs or damages. A subsequent action or actions under section 9607 of this title for further response costs at the vessel or facility may be maintained at any time during the response action, but must be commenced no later than 3 years after the date of completion of all response action. Except as otherwise provided in this paragraph, an action may be commenced under section 9607 of this title for recovery of costs at any time after such costs have been incurred.

2585.   Plaintiff seeks a declaratory judgment under Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), against all Defendants holding them liable for their respective equitable shares of response costs, that will be binding in any subsequent action to recover further response

costs.

2586.   Plaintiff is entitled to judgment against all Defendants for past and future response costs incurred in connection with the Metro Container Site.

WHEREFORE, Plaintiff respectfully prays that this Court enter a declaratory judgment against all Defendants finding that they are each liable under CERCLA and are obligated to pay for their equitable shares of all past and future response costs associated with the Metro Container Site. Plaintiff further requests that this Court award interest and costs of suit, including reasonable attorney's fees and consultant fees as permitted by law; and order any such relief as the Court may deem just and appropriate under the circumstances.

Dated:    August 24, 2018                    Respectfully submitted,

Bruce J. Chasan, Esq.
Attorney I.D. No. 29227
Law Offices of Bruce J. Chasan, LLC
1500 JFK Boulevard, Suite 312
Philadelphia, PA 19102

215-567-4400
bjchasan@brucechasanlaw.com

ATTORNEYS FOR PLAINTIFF METRO
CONTAINER GROUP