IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| METRO CONTAINER GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-cv-3623-GEKD |
| | ) | |
| AC&T CO., INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT TOLL BROTHERS, INC. WITHOUT PREJUDICE**

Plaintiff Metro Container Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Toll Brothers, Inc. from this cause without prejudice. Toll Brothers, Inc. has not filed an answer or motion for summary judgment in this cause.

Dated: September 26, 2018

Respectfully submitted,

THE JUSTIS LAW FIRM LLC

/s/Gary D. Justis
Gary D. Justis admitted *pro hac vice*
Rachel D. Guthrie admitted *pro hac vice*
Matthew T. Merryman admitted *pro hac vice*
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3712
Facsimile: (913) 955-3711
Email: gjustis@justislawfirm.com
rguthrie@justislawfirm.com
mmerryman@justislawfirm.com

Bruce J. Chasan, Esq.
Attorney I.D. No. 29227
Law Offices of Bruce J. Chasan, LLC
1500 JFK Boulevard, Suite 312
Philadelphia, PA 19102

215-567-4400
bjchasan@brucechasanlaw.com

ATTORNEYS FOR PLAINTIFF METRO CONTAINER GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Toll Brothers, Inc. without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Bruce J. Chasan
Bruce J. Chasan