IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| METRO CONTAINER GROUP, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:18-cv-03623-GEKP |
| AC&T CO., INC., *et al.,* | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT SADLER BROTHERS OIL CO., INC. WITHOUT PREJUDICE**

Plaintiff Metro Container Group, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Sadler Brothers Oil Co., Inc. from this cause without prejudice. Sadler Brothers Oil Co., Inc. has not filed an answer or motion for summary judgment in this cause.

Dated: July 11, 2019

Respectfully submitted,

THE JUSTIS LAW FIRM LLC

/s/Matthew T. Merryman
Gary D. Justis          admitted *pro hac vice*
Rachel D. Guthrie       admitted *pro hac vice*
Matthew T. Merryman admitted *pro hac vice*
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3712
Facsimile: (913) 955-3711
Email: gjustis@justislawfirm.com
      rguthrie@justislawfirm.com
      mmerryman@justislawfirm.com

Bruce J. Chasan, Esq.
Attorney I.D. No. 29227
Law Offices of Bruce J. Chasan, LLC
1500 JFK Blvd.
Suite 312
Philadelphia, PA 19102
Telephone: (215) 567-4400
Email: bjchasan@brucechasanlaw.com

ATTORNEY FOR PLAINTIFF METRO CONTAINER GROUP

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Sadler Brothers Oil Co., Inc. without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Matthew T. Merryman
Matthew T. Merryman