IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **METRO CONTAINER GROUP** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | **No. 18-3623** |
| **AC&T CO., INC. et al.,** *Defendants* | : : | |

## ORDER

**AND NOW** this 30th day of March, 2020, upon consideration of Plaintiff's unopposed motion to dismiss Defendant Regional Rail LLC with prejudice (Doc. No. 2033), the Court's Order dismissing Defendant Suffolk Sales and Service Corporation from this suit (Doc. No. 2010), Defendant Suffolk Sales and Service Corporation's motion to dismiss the crossclaim of Defendant Regional Rail LLC (Doc. No. 1347) and all other crossclaims (Doc. No. 1458), and Defendant Regional Rail LLC's intent to withdraw its crossclaims (Doc. No. 1129), it is **ORDERED** that the motion to dismiss (Doc. No. 2033) is **GRANTED,** and the motions to dismiss (Doc. Nos. 1347 and 1458) are **DEEMED MOOT.** Defendant Regional Rail LLC is **DISMISSED WITH PREJUDICE** from this case, pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own costs.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**