IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **METRO CONTAINER GROUP** *Plaintiff* | CIVIL ACTION |
| v. | No. 18-3623 |
| **AC&T CO., INC. et al.,** *Defendants* | |

## ORDER

**AND NOW** this 30th day of March, 2020, upon consideration of Plaintiff's unopposed motion to dismiss Defendants Ports America, Inc. and Delaware River Stevedores, Inc. with prejudice (Doc. No. 2041), Defendant Ports America, Inc.'s motion to dismiss (Doc. No. 1666), Defendant Delaware River Stevedores, Inc.'s letter joining the motions to dismiss (Doc. No. 1960), Defendant D&B Express, Inc.'s motion to dismiss the crossclaims of Defendant Delaware River Stevedores, Inc. (Doc. No. 1477), and Defendant Delaware River Stevedores, Inc.'s intention to withdraw its crossclaims (Doc. No. 1318), it is **ORDERED** that the motion to dismiss (Doc. No. 2041) is **GRANTED**, the motion to dismiss (Doc. No. 1666) is **DEEMED MOOT**, the letter joining the motions to dismiss (Doc. No. 1960) is **DEEMED MOOT**, and the motion to dismiss the crossclaims (Doc. No. 1477) is **DEEMED MOOT**. Defendants Ports America, Inc. and Delaware River Stevedores, Inc. are **DISMISSED WITH PREJUDICE** from this case, pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own costs.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**