**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **METRO CONTAINER GROUP,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **AC&T CO., INC.,** *et al.,* | : | **No. 18-3623** |
| *Defendants* | : | |

## ORDER

**AND NOW,** this _____ day of June, 2020, upon consideration of Defendant D&B Express, Inc.'s Motion for Reconsideration (Doc. No. 2052), the Response in Opposition (Doc. No. 2062), and the Reply in Support (Doc. No. 2068), it is **ORDERED** that the Motion (Doc. No. 2052) is **GRANTED,** for the reasons set forth in the accompanying Memorandum, as follows:

1.     The Court's partial denial of D&B Express' Motion to Dismiss in its March 27, 2020 Memorandum (Doc. No. 2043) and accompanying Order (Doc. No. 2046) is **VACATED;**

2.     D&B Express' Motion to Dismiss (Doc. No. 1403) is **GRANTED;**

3.     The remaining Counts II and III in the Amended Complaint (Doc. No. 664) against D&B Express are **DISMISSED WITH PREJUDICE;** and

4.     The claims against D&B Express in the Second Amended Complaint (Doc. No. 2067) are **STRICKEN.**

BY THE COURT:

_____

**GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE**