IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **METRO CONTAINER GROUP** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| v. | : | |
| | : | **No. 18-3623** |
| **AC&T CO., INC.,** *et al.,* | : | |
| *Defendants* | : | |

# ORDER

AND NOW this 12th day of November, 2020, upon consideration of Plaintiff's Unopposed Motion to Dismiss Defendants Berry Global, Inc. and Poly-Seal LLC with Prejudice (Doc. No. 2251), it is **ORDERED** that the Motion to Dismiss (Doc. No. 2251) is **GRANTED** and Defendants Berry Global, Inc. and Poly-Seal LLC are **DISMISSED WITH PREJUDICE** from this case. Each party shall bear its own costs.[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] As noted in Defendants Berry Global, Inc. and Poly-Seal LLC's Notice of Withdrawal (Doc. No. 2254), Berry Global, Inc. and Poly-Seal LLC withdrew their Motion to Dismiss (Doc. Nos. 2191 and 2192).