# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **METRO CONTAINER GROUP,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 18-cv-3623 |
| **AC&T CO., INC. et al.,** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 14th day of April, 2023, upon consideration of Rahway Steel Drum Co., Inc.'s Motion for Partial Summary Judgment (Doc. No. 2471), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the motion (Doc. No. 2471) is **DENIED** without prejudice.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1